**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11, Subchapter V |
| QLESS, INC., | Case No. 24-11395 (BLS) |
| Debtor.[1] | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**QLESS, INC. (CASE NO. 24-11395)**

---

[1]     The Debtor's principal place of business and service address is 21 Miller Alley, Suite 210, Pasadena CA 91105.

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**
**Case Name:  QLESS, INC.**
**Case No.:  24-bk-11395**

These Global Notes (the "Global Notes") relate to and are a part of the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules").

In preparing the Schedules, the Debtor relied on information derived from its currently available books and records. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of the Schedules, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules. Accordingly, the Debtor reserves its right to amend the Schedules as necessary and appropriate.

The Schedules are not prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and contain unaudited information subject to further review and potential adjustment.

<u>Causes of Action</u>. Despite making reasonable efforts to identify all known assets, the Debtor may not have listed all of the causes of action or potential causes of action against third parties as assets in Statement of Financial Affairs, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to avoid and recover assets or transfers. The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, right of indemnity, etc. ("Cause of Action") it may have.

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

      Copy line 88 from *Schedule A/B* ........................................................................................    $ _____0.00

    1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* .....................................................................................    $ _____5,269,445.33

    1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* .......................................................................................    $ _____5,269,445.33

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ......................    $ _____6,444,513.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................................    $ _____234,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................    + $ _____1,432,862.37

4. **Total liabilities**

    Lines 2 + 3a + 3b ...........................................................................................................    $ _____8,111,375.37

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

| | | | |
|---|---|---|---|
| 2.1 None | | | $ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Brex Treasury LLC | Checking | 1009 | $ 0.00 |
| 3.2 BridgeBank, a division of Western Alliance Bank | Checking | 1820 | $ 0.00 |
| 3.3 BridgeBank, a division of Western Alliance Bank | Checking | 2482 | $ 0.00 |
| 3.4 BridgeBank, a division of Western Alliance Bank | Checking | 6337 | $ 23,016.74 |
| 3.5 Celtic Bank, NA | Checking | 2934 | $ 92,314.98 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 None | | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 115,331.72 |
   |---|

Debtor:   QLess, Inc.
          _____
          Name

Case number *(if known)*:   24-11395
                            _____

---

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 7.  **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1  Security deposit - Providence Partners LLC | $                8,624.45 |
| 8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 8.1  See Schedule A/B 8 Attachment | $              226,728.94 |
| 9.  **Total of Part 2.** | |
| Add lines 7 through 8. Copy the total to line 81. | $              235,353.39 |

Debtor:   QLess, Inc.
          _____
          Name

Case number *(if known)*   24-11395
                           _____

---

| **Part 3:** | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11a. | 90 days old or less: | Accounts Receivable | $ 738,335.76 | - $ | | =..... ➔ | $ | 738,335.76 |
| 11b. | Over 90 days old: | Accounts Receivable | $ 6,020.69 | - $ | | =..... ➔ | $ | 6,020.69 |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $ | 744,356.45 |
| --- | --- |

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*: 24-11395
_____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                              % of ownership:

_____  _____  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____  _____  $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

| Debtor: | QLess, Inc. | Case number *(if known)*: | 24-11395 |
| | Name | | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ | | $ |
| 20. **Work in progress** | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| 22. **Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes.  Description _____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*: 24-11395

---

**Part 6:**　**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
      - ☐ No
      - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes.  Description _____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*: 24-11395

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Miscellaneous office furniture | $          18,493.79 | GAAP | $          18,493.79 |
| **40. Office fixtures** | | | |
| 40.1  None | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Miscellaneous office equipment including all computer equipment, systems equipment | $          76,454.35 | GAAP | $          76,454.35 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$          94,948.14

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor: QLess, Inc.

Name

Case number *(if known)*: 24-11395

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | $ | | $ |
| **49. Aircraft and accessories** | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | $ | | $ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Debtor: | QLess, Inc. | Case number *(if known):* | 24-11395 |
|---------|-------------|---------------------------|----------|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Office Space - 21 Miller Alley Ste 210, Pasadena, CA 91103 | Leasehold | $          0.00 | | $     Undetermined |
| 55.2  Office Space - 9777 Pyramid Court, Englewood, CO 80112 | Leasehold | $          0.00 | | $     Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$          0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*: 24-11395

---

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ 0.00 | | $ Undetermined |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ 0.00 | | $ Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer lists | $ 0.00 | | $ Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 Capitalized Proprietary Software | $ 4,079,455.63 | GAAP | $ 4,079,455.63 |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 4,079,455.63

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor:  QLess, Inc.                                              Case number *(if known)*:  24-11395
_____                             _____
Name

---

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.
☑  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1  None                                  $ _____  - $ _____  =..... ➔  $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  See Schedule A/B 72 Attachment          Tax year _____          $          Undetermined

73. **Interests in insurance policies or annuities**

73.1  Millennial Specialty Insurance LLC dba Founder Shield - 10SBABB2K8R          $          0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  None                                                     $ _____

Nature of claim          _____

Amount requested          $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None                                                     $ _____

Nature of claim          _____

Amount requested          $ _____

76. **Trusts, equitable or future interests in property**

76.1  None                                                     $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  None                                                     $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $          0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑  No
☐  Yes

| Debtor: | QLess, Inc. | Case number *(if known)*: | 24-11395 |
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 115,331.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 235,353.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 744,356.45 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 94,948.14 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 4,079,455.63 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 5,269,445.33 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................................... | | $ 5,269,445.33 |

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.1 **Creditor's name**

Brex, Inc.
Creditor's Name

**Creditor's mailing address**

Notice Name
650 S 500 W
Street
Ste 209

| Salt Lake City | UT | 84101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑  No
☐  Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Brex checking account -1009

$    Undetermined    $    Undetermined

**Describe the lien**
Credit Card Agreement

**Is the creditor an insider or related party?**
☑  No
☐  Yes

**Is anyone else liable on this claim?**
☑  No
☐  Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent
☑  Unliquidated
☐  Disputed

Debtor: QLess, Inc.

Name

Case number *(if known)*    24-11395

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
*Amount of claim*
Do not deduct the value of collateral.

**Column B**
*Value of collateral that supports this claim*

2.2 **Creditor's name**

Celtic Bank Corporation

Creditor's Name

**Creditor's mailing address**

Notice Name

268 S State St

Street

Ste 300

Salt Lake City    UT    84111

City    State    ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**    2/21/2023

**Last 4 digits of account number**    370

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As described ion CA UCC U230004152318    $ 6,444,513.00    $ Undetermined

**Describe the lien**

CA UCC U230004152318

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 6,444,513.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 234,000.00 | $ |

Internal Revenue Service
Creditor Name

*Check all that apply.*

☑  Contingent

☐  Unliquidated

☑  Disputed

Creditor's Notice name

Centralized Insolvency Operation
Address

**Basis for the claim:**

PO Box 7346

Tax Lien

Philadelphia        PA          19101-7346
City              State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑  No

**Specify Code subsection of PRIORITY unsecured**

☐  Yes

**claim:** 11 U.S.C. § 507(a) (8)

Debtor: QLess, Inc.

Name

Case number *(if known)*:  24-11395

**2.2 Priority creditor's name and mailing address**

State of Washington Dept of Revenue

Creditor Name

Creditor's Notice name

PO BOX 47478

Address

| Olympia | WA | 98504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2Q-2024

**Last 4 digits of account number** 6849

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $_____ Undetermined $_____

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Sales Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

AAA AMERICAN ARBITRATION ASSOCIATION
_____
Creditor Name

_____
Creditor's Notice name

120 Broadway Fl 21,
_____
Address

_____

| New York | NY | 10271 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

6/5/2024
_____

**Last 4 digits of account**

**number** 42DC

**As of the petition filing date, the claim is:** $ _____ 10,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Professional services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.2** **Nonpriority creditor's name and mailing address**

Alex Backer
_____
Creditor Name

_____
Creditor's Notice name

Hadsell Stormer Renick & Dai LLP,
_____
Address

128 Norht Fair Oaks Ave, Ste 107
_____

| Pasadena | CA | 91103 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*

☒  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Arbitration Plaintiff
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: QLess, Inc.

Name

Case number *(if known)*   24-11395

**3.3 Nonpriority creditor's name and mailing address**

Cerocaru Investment Trust

Creditor Name

Creditor's Notice name

1200 Cortez Dr.

Address

| Glendale | CA | 91207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 249,998.61

*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021 recapitalization event

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

Chipman Brown Cicero & Cole, LLP

Creditor Name

Creditor's Notice name

1313 N Market St Ste 5400

Address

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/31/2024

**Last 4 digits of account**

**number** 1412

**As of the petition filing date, the claim is:** $ 17,332.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: QLess, Inc.

Name

Case number *(if known)*  24-11395

**3.5** **Nonpriority creditor's name and mailing address**

Comcast

Creditor Name

Creditor's Notice name

PO Box 37601

Address

| Philadelphia | PA | 19101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/1/2024

**Last 4 digits of account**

**number** 1660

**As of the petition filing date, the claim is:** $ 655.81

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Utilities

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

Dailey LLP

Creditor Name

Creditor's Notice name

218 W Front Street

Address

| Media | PA | 19063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,723.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: QLess, Inc.

Case number (if known): 24-11395

Name

**3.7 Nonpriority creditor's name and mailing address**

Insivia Technologies, LLC

Creditor Name

Creditor's Notice name

PO BOX 470164

Address

| Broadview Heights | OH | 44147 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 20,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

KBB Capital LLC

Creditor Name

Creditor's Notice name

444 Mount Auburn St #5

Address

| Watertown | MA | 02472 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 99,998.96

*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021 recapitalization event

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: QLess, Inc.    Case number (if known): 24-11395
Name

**3.9 Nonpriority creditor's name and mailing address**

Mark Wood
Creditor Name

Creditor's Notice name

Address on file
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                112,499.35
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

Palisades Growth Capital II, L.P.
Creditor Name

Creditor's Notice name

11726 San Vicente Blvd #450
Address

Los Angeles     CA          90049
City          State          ZIP Code

Country

**Date or dates debt was incurred**

6/18/2024

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                250,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Unsecured Debt

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: QLess, Inc.

Name

Case number *(if known)*  24-11395

**3.11 Nonpriority creditor's name and mailing address**

Plaintiffs in Ab Inventio, LLC et al. v. Palisades Growth Capital II, L.P. et. al., C.A. No. 2023-1279-JTL.

Creditor Name

Creditor's Notice name

Ballard Spahr LLP

Address

919 N Market St, 11th Flr

| Wilington | DE | 19801-3034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Plaintiffs

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.12 Nonpriority creditor's name and mailing address**

Potter Anderson & Corroon LLP

Creditor Name

Creditor's Notice name

1313 North Market Street

Address

| Wilmington | DE | 19899 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/2024

**Last 4 digits of account**

**number** 0817

**As of the petition filing date, the claim is:**  $ _____67,408.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: QLess, Inc.
Name

Case number *(if known)*   24-11395

**3.13** **Nonpriority creditor's name and mailing address**

Providence Partners LLC
Creditor Name

Creditor's Notice name

2618 San Miguel Dr. #265
Address

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
6/1/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              8,506.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Unpaid rent for June 2024

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**

Ricardo Backer
Creditor Name

Creditor's Notice name

Address on file
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             24,998.91
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: QLess, Inc.

Case number *(if known)* 24-11395

**3.15 Nonpriority creditor's name and mailing address**

Scherzer International
Creditor Name

Creditor's Notice name

21550 Oxnard St Ste 1050
Address

| Woodland Hills | CA | 91367 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/18/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 380.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

STUBBS ALDERTON & MARKILES, LLP
Creditor Name

Creditor's Notice name

15260 Ventura Blvd 20th Fl
Address

| Sherman Oaks | CA | 91403 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2023

**Last 4 digits of account**

**number** SS01

**As of the petition filing date, the claim is:** $ 46,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: QLess, Inc.
Name

Case number *(if known)* 24-11395

**3.17 Nonpriority creditor's name and mailing address**

Tom Mitchell
Creditor Name

Creditor's Notice name

Address on file
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**
10/20/2021

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            216,665.17
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

US Small Business Administration
Creditor Name

Creditor's Notice name

Office of the General Counsel
Address

312 North Spring Street, 5th Floor

Los Angeles    CA    90012
City    State    ZIP Code

Country

**Date or dates debt was incurred**
4/9/2020

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            127,237.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

PPP loan audit

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: QLess, Inc.

Case number *(if known)*: 24-11395

Name

---

**3.19 Nonpriority creditor's name and mailing address**

WILKS LAW LLC

Creditor Name

Creditor's Notice name

4250 Lancaster Pike, Ste 200

Address

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/31/2024

**Last 4 digits of account**

**number** 1581

**As of the petition filing date, the claim is:** $ 30,352.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

WOLFLICK KHACHATURIAN & BOUAYAD, APC

Creditor Name

Creditor's Notice name

130 N. Brand Boulevard, Suite 410

Address

| Glendale | CA | 91203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/31/2024

**Last 4 digits of account**

**number** 200M

**As of the petition filing date, the claim is:** $ 91,872.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: QLess, Inc.

Case number *(if known)*: 24-11395

Name

3.21 **Nonpriority creditor's name and mailing address**

Xianzhong "Dave" Chen

Creditor Name

Creditor's Notice name

Address on file

Address

City            State          ZIP Code

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                              13,331.96

*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event

**Is the claim subject to offset?**

☑ No

☐ Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City            State            ZIP Code | | |
| Country | | |

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $ | 234,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** $ | 1,432,862.37 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,666,862.37 |

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement | Amazon Web Services (AWS)<br>Name |
| | | Notice Name |
| | | 410 Terry Avenue North<br>Address |
| **State the term remaining** | Month to Month | |
| **List the contract number of any government contract** | | |
| | | Seattle        WA        98109<br>City        State        ZIP Code |
| | | Country |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | Office lease and Debtor is lessee | BPP East Union LLC<br>Name |
| | | Notice Name |
| | | c/o Shopcore Properties, LP |
| **State the term remaining** | 4 months (expires 10/31/2024) | Address |
| | | Two Liberty Place |
| **List the contract number of any government contract** | | 50 S 16th St, Ste 3325 |
| | | Philadelphia        PA        19102<br>City        State        ZIP Code |
| | | Country |

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*:  24-11395

| | | | |
|---|---|---|---|
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement | Datadog |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 620 8TH AVE FL 45 |
| | **State the term remaining** | Month to Month | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York |  NY |  10018 |
| | | | City |  State |  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement | Definitive Healthcare, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 492 Old Connecticut Path Suite 401 |
| | **State the term remaining** | 2 months (expires 9/7/2024) | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Framingham |  MA |  01701 |
| | | | City |  State |  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement | G2.com, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 S. Wacker Dr., #600 |
| | **State the term remaining** | 13 months (expires 7/30/2025) | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago |  IL |  60606 |
| | | | City |  State |  ZIP Code |
| | | | |
| | | | Country |

Debtor: QLess, Inc.
Name

Case number *(if known)*    24-11395

**2.6** **State what the contract or lease is for and the nature of the debtor's interest**    Vendor services agreement

GSA
Name

Notice Name

**State the term remaining**    Month to Month

450 Golden Gate Avenue
Address

**List the contract number of any government contract**

| San Francisco | CA | 94102 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.7** **State what the contract or lease is for and the nature of the debtor's interest**    Vendor services agreement

Insperity
Name

Notice Name

**State the term remaining**    6 months (expires 12/31/2024)

19001 Crescent Springs Dr
Address

**List the contract number of any government contract**

| Kingwood | TX | 77339 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.8** **State what the contract or lease is for and the nature of the debtor's interest**    Vendor services agreement

Maxio, LLC
Name

Notice Name

**State the term remaining**    5 months (expires 11/18/2024)

6575 The Corners Pkwy NW Suite 400
Address

**List the contract number of any government contract**

| Peachtree Corners | GA | 30092 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: QLess, Inc.
Name

Case number *(if known)*: 24-11395

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement |
| | | |
| | **State the term remaining** | 7 months (expires 1/10/2025) |
| | **List the contract number of any government contract** | |

Mosaic Finance, Inc.
Name

Notice Name

12520 High Bluff Drive, Ste 340
Address

| San Diego | CA | 92130 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Office lease and Debtor is lessee |
| | | |
| | **State the term remaining** | 25 months (expires 7/31/2026) |
| | **List the contract number of any government contract** | |

Providence Partners LLC
Name

Notice Name

2618 San Miguel Dr #265
Address

| Newport Beach | CA | 92660 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement |
| | | |
| | **State the term remaining** | Month to Month |
| | **List the contract number of any government contract** | |

Twilio Inc
Name

Notice Name

101 Spear Street, Suite 500
Address

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: QLess, Inc.
Name

Case number *(if known)*: 24-11395

| | | | | |
|---|---|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Options for holder to purchase Company stock based upon certain terms and conditions | | Various holders of warrant agreements (List of holders of warrants can be provided upon request) |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | Various |
| | **State the term remaining** | Various | | Address |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Various | Various |
| | | | Various | Various |
| | | | City | State |

Various
ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor services agreement | | ZoomInfo Technologies LLC |
| | | | | Name |
| | | | | |
| | | | | Notice Name |
| | | | | 805 Broadway Street, Suite 900 |
| | **State the term remaining** | 1 month (expires 7/15/2024) | | Address |
| | | | | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Vancouver | WA |

Vancouver
City

WA
State

98660
ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/17/2024
　　　　　　　 MM / DD / YYYY

✖ / s / James Harvey
Signature of individual signing on behalf of debtor

James Harvey
Printed name

Chief Executive Officer
Position or relationship to debtor

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 8
Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| D&O Liability and E&O Cyber Insurance | Founder Shield | $1,245.88 |
| D&O tail insurance | Founder Shield | $20,082.57 |
| Professional Services | American Arbitration Association | $36,500.00 |
| Professional Services | Interim-CFOs | $37,250.00 |
| Retainer | Sherwood Partners Inc. | $24,521.50 |
| Software | BeyondTrust Corporation | $546.23 |
| Software | Definitive Healthcare | $7,888.89 |
| Software | Eshares, Inc | $1,380.56 |
| Software | Hubspot | $28,659.07 |
| Software | Maxio LLC | $17,140.62 |
| Software | Mosaic Finance, Inc. | $3,183.33 |
| Software | Mosaic Finance, Inc. | $458.33 |
| Software | Okta, Inc (Auth0) | $38,261.64 |
| Software | Salesforce.com | $1,155.00 |
| Software | Seamless | $1,290.21 |
| Software | Slack | $637.24 |
| Software | Vanta Inc | $3,944.44 |
| Software | WP Engine | $571.94 |
| Software | Zoominfo | $2,011.49 |
| | **TOTAL** | **$226,728.94** |

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Number | Description | Expiration Date | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 2286998 | trademark; Canada; Cl. 42; FLEXAPPOINTMENTS | 10/13/2033 | $0.00 | | Undetermined |
| 2316213 | trademark; Canada; Cl. 42; QLESS TEMPO | 9/28/2033 | $0.00 | | Undetermined |
| 2435812 | trademark; Australia; Cl. 42; QLESS TEMPO | 3/18/2034 | $0.00 | | Undetermined |
| 9919259 | trademark; EU; Cl. 35, 38, 42; QLESS | 4/26/2031 | $0.00 | | Undetermined |
| 12506341 | trademark; EU; Cl. 35, 38, 42; MOBILE QUEUEING | 1/16/2034 | $0.00 | | Undetermined |
| 18294313 | trademark; EU; Cl. 35, 38, 42; QLESS Logo | 8/21/2030 | $0.00 | | Undetermined |
| 85161169 | trademark; USA; Cl. 42; QLESS | 1/3/2032 | $0.00 | | Undetermined |
| 85857784 | trademark; USA; Cl. 42; FLEXAPPOINTMENTS | 4/15/2024 | $0.00 | | Undetermined |
| 86006370 | trademark; USA; Cl. 42; MOBILE QUEUEING | 12/23/2024 | $0.00 | | Undetermined |
| 86013711 | trademark; USA; Cl. 42; MOBILE LINE MANAGEMENT | 12/23/2024 | $0.00 | | Undetermined |
| 86013716 | trademark; USA; Cl. 42; MOBILE WAIT MANAGEMENT | 3/31/2025 | $0.00 | | Undetermined |
| 86553664 | trademark; USA; Cl. 42; THE WAIT IS OVER | 5/24/2026 | $0.00 | | Undetermined |
| 90465830 | trademark; USA; Cl. 42; QLESS Logo | 11/23/2027 | $0.00 | | Undetermined |
| 90465830 | trademark; USA; Cl. 42; QLESS Logo | 11/23/2031 | $0.00 | | Undetermined |
| 98202024 | trademark; USA; Cl. 42; QLESS TEMPO | 6/24/2034 | $0.00 | | Undetermined |
| P171-AU | patent; AUSTRALIA | 6/8/2032 | $0.00 | | Undetermined |
| P171-CA | patent; CANADA | 6/8/2032 | $0.00 | | Undetermined |
| P171-USCIP | patent; US | 5/20/2028 | $0.00 | | Undetermined |
| UK00003593575 | trademark; UK; Cl. 35, 38, 42; QLESS Logo | 2/10/2031 | $0.00 | | Undetermined |
| UK00909919259 | trademark; UK; Cl. 35, 38, 42; QLESS | 2/12/2031 | $0.00 | | Undetermined |
| UK00912506341 | trademark; UK; Cl. 35, 38, 42; MOBILE QUEUEING | 7/16/2024 | $0.00 | | Undetermined |
| | | | **TOTAL:** $0.00 | **TOTAL:** | Undetermined |

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Internet domain name - acabemosconlascolas.com | $0.00 | | Undetermined |
| Internet domain name - FLEXAPPOINTMENTS.COM | $0.00 | | Undetermined |
| Internet domain name - mobilequeueing.com | $0.00 | | Undetermined |
| Internet domain name - mobilequeues.com | $0.00 | | Undetermined |
| Internet domain name - MYQLESS.COM | $0.00 | | Undetermined |
| Internet domain name - QLESS.AG | $0.00 | | Undetermined |
| Internet domain name - QLESS.AM | $0.00 | | Undetermined |
| Internet domain name - QLESS.AT | $0.00 | | Undetermined |
| Internet domain name - QLESS.BZ | $0.00 | | Undetermined |
| Internet domain name - QLESS.CO.NZ | $0.00 | | Undetermined |
| Internet domain name - QLESS.COM.AG | $0.00 | | Undetermined |
| Internet domain name - QLESS.COM.BZ | $0.00 | | Undetermined |
| Internet domain name - QLESS.COM.CO | $0.00 | | Undetermined |
| Internet domain name - QLESS.COM.ES | $0.00 | | Undetermined |
| Internet domain name - QLESS.COM.MX | $0.00 | | Undetermined |
| Internet domain name - qless.com.my | $0.00 | | Undetermined |
| Internet domain name - QLESS.COM.TW | $0.00 | | Undetermined |
| Internet domain name - QLESS.CZ | $0.00 | | Undetermined |
| Internet domain name - QLESS.FM | $0.00 | | Undetermined |
| Internet domain name - QLESS.FR | $0.00 | | Undetermined |
| Internet domain name - QLESS.GS | $0.00 | | Undetermined |
| Internet domain name - QLESS.IT | $0.00 | | Undetermined |
| Internet domain name - qless.la | $0.00 | | Undetermined |
| Internet domain name - QLESS.ME | $0.00 | | Undetermined |
| Internet domain name - QLESS.MS | $0.00 | | Undetermined |
| Internet domain name - qless.net | $0.00 | | Undetermined |
| Internet domain name - qless.services | $0.00 | | Undetermined |
| Internet domain name - QLESS.TK | $0.00 | | Undetermined |
| Internet domain name - QLESS.TV | $0.00 | | Undetermined |
| Internet domain name - QLESS.TW | $0.00 | | Undetermined |

**In re: QLess, Inc.**

**Case No. 24-11395**

Schedule A/B 61

Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Internet domain name - QLESS.WS | $0.00 | | Undetermined |
| Internet domain name - qlessam.am | $0.00 | | Undetermined |
| Internet domain name - qlessam.com | $0.00 | | Undetermined |
| Internet domain name - virtualines.com | $0.00 | | Undetermined |
| Internet domain name and website - qless.com | $0.00 | | Undetermined |
| TOTAL: | **$0.00** | TOTAL: | Undetermined |

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current Value of Debtor's Interest | Loss booked per Company records |
|---|---|---|---|
| NOTE: The following details out the NOL's as filed in Company tax returns and does not reflect the current value of debtor's interest | | | |
| Federal NOL | 2012 | Undetermined | $688,292.00 |
| Federal NOL | 2013 | Undetermined | $264,877.00 |
| Federal NOL | 2014 | Undetermined | $976,579.00 |
| Federal NOL | 2015 | Undetermined | $2,232,584.00 |
| Federal NOL | 2016 | Undetermined | $3,127,559.00 |
| Federal NOL | 2017 | Undetermined | $4,242,602.00 |
| Federal NOL | 2018 | Undetermined | $4,821,967.00 |
| Federal NOL | 2019 | Undetermined | $4,692,494.00 |
| Federal NOL | 2020 | Undetermined | $1,831,800.00 |
| Federal NOL | 2021 | Undetermined | $5,475,743.00 |
| Federal NOL | 2022 | Undetermined | $4,989,314.00 |
| Federal NOL | 2023 | Undetermined | Undetermined |
| State of Arizona NOL | 2016 | Undetermined | $70,964.00 |
| State of Arizona NOL | 2017 | Undetermined | $8,567.00 |
| State of Arizona NOL | 2018 | Undetermined | $101,131.00 |
| State of Arizona NOL | 2019 | Undetermined | $103,999.00 |
| State of Arizona NOL | 2020 | Undetermined | $31,114.00 |
| State of Arizona NOL | 2021 | Undetermined | $80,428.00 |
| State of Arizona NOL | 2022 | Undetermined | $41,077.00 |
| State of California NOL | 2012 | Undetermined | $687,052.00 |
| State of California NOL | 2013 | Undetermined | $256,847.00 |
| State of California NOL | 2014 | Undetermined | $957,225.00 |
| State of California NOL | 2015 | Undetermined | $2,238,819.00 |
| State of California NOL | 2016 | Undetermined | $195,428.00 |
| State of California NOL | 2017 | Undetermined | $449,539.00 |
| State of California NOL | 2018 | Undetermined | $634,002.00 |
| State of California NOL | 2019 | Undetermined | $646,735.00 |
| State of California NOL | 2020 | Undetermined | $627,533.00 |

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current Value of Debtor's Interest | Loss booked per Company records |
|---|---|---|---|
| NOTE: The following details out the NOL's as filed in Company tax returns and does not reflect the current value of debtor's interest | | | |
| State of California NOL | 2021 | Undetermined | $1,104,447.00 |
| State of California NOL | 2022 | Undetermined | $1,353,165.00 |
| State of Colorado NOL | 2016 | Undetermined | $26,252.00 |
| State of Colorado NOL | 2017 | Undetermined | $16,536.00 |
| State of Colorado NOL | 2018 | Undetermined | $25,702.00 |
| State of Colorado NOL | 2019 | Undetermined | $17,687.00 |
| State of Colorado NOL | 2020 | Undetermined | $21,692.00 |
| State of Colorado NOL | 2021 | Undetermined | $95,935.00 |
| State of Colorado NOL | 2022 | Undetermined | $56,692.00 |
| District of Columbia NOL | 2016 | Undetermined | $4,917.00 |
| District of Columbia NOL | 2017 | Undetermined | $33,685.00 |
| District of Columbia NOL | 2018 | Undetermined | $8,193.00 |
| District of Columbia NOL | 2019 | Undetermined | $3,488.00 |
| District of Columbia NOL | 2020 | Undetermined | $7,786.00 |
| District of Columbia NOL | 2021 | Undetermined | $20,818.00 |
| State of Florida NOL | 2016 | Undetermined | $286,087.00 |
| State of Florida NOL | 2017 | Undetermined | $406,189.00 |
| State of Florida NOL | 2018 | Undetermined | $361,742.00 |
| State of Florida NOL | 2019 | Undetermined | $214,059.00 |
| State of Florida NOL | 2020 | Undetermined | $173,454.00 |
| State of Florida NOL | 2021 | Undetermined | $451,578.00 |
| State of Florida NOL | 2022 | Undetermined | $239,001.00 |
| State of Georgia NOL | 2016 | Undetermined | $34,187.00 |
| State of Georgia NOL | 2017 | Undetermined | $79,256.00 |
| State of Georgia NOL | 2018 | Undetermined | $82,042.00 |
| State of Georgia NOL | 2019 | Undetermined | $149,337.00 |
| State of Georgia NOL | 2020 | Undetermined | $54,442.00 |
| State of Georgia NOL | 2021 | Undetermined | $209,058.00 |

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current Value of Debtor's Interest | Loss booked per Company records |
|---|---|---|---|
| NOTE: The following details out the NOL's as filed in Company tax returns and does not reflect the current value of debtor's interest | | | |
| State of Georgia NOL | 2022 | Undetermined | $173,457.00 |
| State of Idaho NOL | 2016 | Undetermined | $3,928.00 |
| State of Idaho NOL | 2017 | Undetermined | $42,010.00 |
| State of Idaho NOL | 2018 | Undetermined | $38,951.00 |
| State of Idaho NOL | 2019 | Undetermined | $30,428.00 |
| State of Idaho NOL | 2020 | Undetermined | $11,925.00 |
| State of Idaho NOL | 2021 | Undetermined | $41,227.00 |
| State of Idaho NOL | 2022 | Undetermined | $36,622.00 |
| State of Kansas NOL | 2016 | Undetermined | $104,742.00 |
| State of Kansas NOL | 2017 | Undetermined | $115,645.00 |
| State of Kansas NOL | 2018 | Undetermined | $145,170.00 |
| State of Kansas NOL | 2019 | Undetermined | $85,767.00 |
| State of Kansas NOL | 2020 | Undetermined | $28,796.00 |
| State of Kansas NOL | 2021 | Undetermined | $82,988.00 |
| State of Kansas NOL | 2022 | Undetermined | $44,387.00 |
| State of Massachusetts NOL | 2016 | Undetermined | $4,547.00 |
| State of Massachusetts NOL | 2017 | Undetermined | $31,245.00 |
| State of Massachusetts NOL | 2018 | Undetermined | $64,476.00 |
| State of Massachusetts NOL | 2019 | Undetermined | $29,434.00 |
| State of Massachusetts NOL | 2020 | Undetermined | $14,452.00 |
| State of Massachusetts NOL | 2021 | Undetermined | $64,608.00 |
| State of Massachusetts NOL | 2022 | Undetermined | $61,527.00 |
| State of New Jersey NOL | 2016 | Undetermined | $38,776.00 |
| State of New Jersey NOL | 2017 | Undetermined | $52,583.00 |
| State of New Jersey NOL | 2018 | Undetermined | $59,407.00 |
| State of New Jersey NOL | 2019 | Undetermined | $149,810.00 |
| State of New Jersey NOL | 2020 | Undetermined | $31,930.00 |
| State of New Jersey NOL | 2021 | Undetermined | $112,647.00 |

**In re: QLess, Inc.**
**Case No. 24-11395**
Schedule A/B 72
Tax refunds and unused net operating losses (NOLs)

| Description | Tax Year | Current Value of Debtor's Interest | Loss booked per Company records |
|---|---|---|---|
| NOTE: The following details out the NOL's as filed in Company tax returns and does not reflect the current value of debtor's interest | | | |
| State of New Jersey NOL | 2022 | Undetermined | $271,476.00 |
| State of Oregon NOL | 2016 | Undetermined | $8,014.00 |
| State of Oregon NOL | 2017 | Undetermined | $30,748.00 |
| State of Oregon NOL | 2018 | Undetermined | $10,363.00 |
| State of Oregon NOL | 2019 | Undetermined | $2,841.00 |
| State of Oregon NOL | 2020 | Undetermined | $5,661.00 |
| State of Oregon NOL | 2021 | Undetermined | $49,030.00 |
| State of Virginia NOL | 2016 | Undetermined | $93,135.00 |
| State of Virginia NOL | 2017 | Undetermined | $9,197.00 |
| State of Virginia NOL | 2018 | Undetermined | $14,619.00 |
| State of Virginia NOL | 2019 | Undetermined | $58,760.00 |
| State of Virginia NOL | 2020 | Undetermined | $22,685.00 |
| | **TOTAL:** | **Undetermined** | **$14,945,901.00** |