## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| QLESS, INC., | Case No. 24-11395 (BLS) |
| Debtor.[1] | |

## STATEMENT OF FINANCIAL AFFAIRS FOR
## QLESS, INC. (CASE NO. 24-11395)

---

[1]    The Debtor's principal place of business and service address is 21 Miller Alley, Suite 210, Pasadena CA 91105.

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**
**Case Name:  QLESS, INC.**
**Case No.:  24-bk-11395**

These Global Notes (the "Global Notes") relate to and are a part of the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules").

In preparing the Schedules, the Debtor relied on information derived from its currently available books and records. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of the Schedules, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules. Accordingly, the Debtor reserves its right to amend the Schedules as necessary and appropriate.

The Schedules are not prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and contain unaudited information subject to further review and potential adjustment.

Causes of Action. Despite making reasonable efforts to identify all known assets, the Debtor may not have listed all of the causes of action or potential causes of action against third parties as assets in Statement of Financial Affairs, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to avoid and recover assets or transfers. The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, right of indemnity, etc. ("Cause of Action") it may have.

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 24-11395 (BLS)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024 <br> MM / DD / YYYY   to   Filing date | ☑ Operating a business <br> ☐ Other _____ | $ 4,235,352.59 |
| **For prior year:** | From 1/1/2023 <br> MM / DD / YYYY   to   12/31/2023 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 8,177,249.69 |
| **For the year before that:** | From 1/1/2022 <br> MM / DD / YYYY   to   12/31/2022 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | $ 7,993,566.45 |

Debtor: QLess, Inc.

Name

Case number *(if known):*  24-11395

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2024 MM / DD / YYYY | to Filing date | Interest | $ 41,460.51 |
| | | | | Credit card cash back reward | $ 10,852.00 |
| **For prior year:** | From | 1/1/2023 MM / DD / YYYY | to 12/31/2023 MM / DD / YYYY | Interest | $ 108,415.99 |
| | | | | Credit card cash back reward | $ 23,400.00 |
| **For the year before that:** | From | 1/1/2022 MM / DD / YYYY | to 12/31/2022 MM / DD / YYYY | Interest | $ 5,131.24 |
| | | | | Credit card cash back reward | $ 13,527.00 |

Debtor: QLess, Inc.                                                      Case number (if known):    24-11395

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1  See SOFA 3 Attachment | | $ | ☐    Secured debt |
| Creditor's Name | | | ☐    Unsecured loan repayments |
| | | | ☐    Suppliers or vendors |
| Street | | | ☐    Services |
| | | | ☐    Other |
| City           State        ZIP Code | | | |
| Country | | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1  See SOFA 4 Attachment | | $ | |
| Insider's Name | | | |
| Street | | | |
| City           State        ZIP Code | | | |
| Country | | | |
| **Relationship to Debtor** | | | |

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*:  24-11395
_____

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ | _____ | _____ | $ _____ |
| Creditor's Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State          ZIP Code | | | |
| _____ | | | |
| Country | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ | _____ | _____ | $ _____ |
| Creditor's Name | | | |
| _____ | | | |
| Street | | | |
| _____ | Last 4 digits of account number: XXXX– _____ | | |
| City          State          ZIP Code | | | |
| _____ | | | |
| Country | | | |

| Debtor: | QLess, Inc. | | | Case number *(if known)* | 24-11395 |
|---|---|---|---|---|---|
| | Name | | | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Ab Inventio, LLC et al. v. Palisades Growth Capital II, L.P. et. al., | Shareholder litigation | COURT OF CHANCERY OF THE STATE OF DELAWARE<br>Name<br><br>34 The Circle<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | C.A. No. 2023-1279-JTL. | | Georgetown     DE     19947<br>City     State     ZIP Code<br><br>Country | |
| 7.2 | Alex Backer v. QLess, Inc. | Breach of contract | American Arbitration Association<br>Name<br><br>120 Broadway Fl 21,<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 01-22-0002-3444 | | New York     NY     10271<br>City     State     ZIP Code<br><br>Country | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| | Custodian's name and address | Description of the Property | Value |
|---|---|---|---|
| 8.1 | | | $ |
| | Custodian's name | | **Court name and address** |
| | Street | **Case title** | Name |
| | | | |
| | | | Street |
| | City     State     ZIP Code | **Case number** | |
| | | | City     State     ZIP Code |
| | Country | **Date of order or assignment** | |
| | | | Country |

Debtor:  QLess, Inc.
_____
Name

Case number *(if known)*:  24-11395
_____

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 _____ | _____ | | $ _____ |
| Creditor's Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Country | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

Debtor:  QLess, Inc.                                                                    Case number *(if known)*:    24-11395
          Name

| Part 5: | Certain Losses |

**10.**  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

Debtor:  QLess, Inc.
_____
Name

Case number *(if known)*:  24-11395
_____

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Pachulski Stang Ziehl & Jones LLP | | 6/6/2024, 6/18/2024 | $ 300,000.00 |

**Address**

10100 Santa Monica Blvd, Suite 1300
Street

Los Angeles          CA          90067
City          State          ZIP Code

Country

**Email or website address**

www.pszjlaw.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.2 | Saul Ewing LLP | | 5/21/2024, 5/23/2024 | $ 166,738.00 |

**Address**

1500 Market St
Street

Flr 38

Philadelphia          PA          19102
City          State          ZIP Code

Country

**Email or website address**

www.saul.com

**Who made the payment, if not debtor?**

Debtor: QLess, Inc.                                                          Case number *(if known):*   24-11395
_____
Name

| | | | |
|---|---|---|---|
| 11.3 Sherwood Consulting LLC | | 5/28/2024 | $ 75,000.00 |

**Address**

3945 Freedom Cir
Street

Ste 560

Santa Clara       CA          95054
City           State       ZIP Code

_____
Country

**Email or website address**

www.shwd.us

**Who made the payment, if not debtor?**

_____

| | | | |
|---|---|---|---|
| 11.4 Verita Global | | 6/12/2024 | $ 20,000.00 |

**Address**

222 N Pacific Coast Hwy
Street

El Segundo        CA          90245
City           State       ZIP Code

_____
Country

**Email or website address**

www.VeritaGlobal.com

**Who made the payment, if not debtor?**

_____

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

**Trustee**

_____

Debtor:   QLess, Inc.
_____
Name

Case number *(if known)*:   24-11395
_____

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | | | | $ |

**Address**

_____
Street

_____

_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

_____

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*: 24-11395
_____

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 150 S Los Robles Ave | | | From 5/15/2015 | To 8/31/2022 |
| Street | | | | |
| Ste 900 | | | | |
| Pasadena | CA | 91101 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| 14.2 21 Miller Alley | | | From 9/1/2022 | To Present |
| Street | | | | |
| Ste 210 | | | | |
| Pasadena | CA | 91103 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| 14.3 9777 Pyramid Court | | | From 12/9/2020 | To 3/31/2021 |
| Street | | | | |
| Ste 110 | | | | |
| Englewood | CO | 80112 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| 14.4 9777 Pyramid Court | | | From 4/1/2021 | To Present |
| Street | | | | |
| Ste 120 | | | | |
| Englewood | CO | 80112 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

Debtor: QLess, Inc.

Name

Case number *(if known):* 24-11395

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 |  |  |
| Facility Name |  |  |
|  |  |  |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|  |  | Check all that apply: |
| City          State          ZIP Code |  | ☐ Electronically |
|  |  | ☐ Paper |
| Country |  |  |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  QLess, Inc.
_____     Case number *(if known)*:  24-11395
Name

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

☒  Yes. State the nature of the information collected and retained.    See Note
_____

Does the debtor have a privacy policy about that information?

☐  No

☒  Yes

*Note: The debtor collects first name, last name and phone and/or email address to*
*support delivering our service to the customers of our customers. The visitors*
*providing PII data acknowledge privacy policy and terms of service before they*
*proceed in providing any PII information. The debtor does not collect any special*
*category data like social security numbers*

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other**
**pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

☒  Yes. Does the debtor serve as plan administrator?

☐  No. Go to Part 10.

☒  Yes. Fill in below:

| | Name of plan | Employer identification number of the plan |
|---|---|---|
| 17.1 | Qless Inc. | EIN:  27-1155885 |

Has the plan been terminated?

☒  No

☐  Yes

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: QLess, Inc.

Name

Case number *(if known)*:  24-11395

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Bank of America<br>Name<br><br>21700 Hawthorne Blvd<br>Street<br><br>Torrance   CA   90503<br>City   State   ZIP Code<br><br>Country | XXXX-5812 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 5/31/2024 | $   0.00 |
| 18.2 | Bank of America<br>Name<br><br>21700 Hawthorne Blvd<br>Street<br><br>Torrance   CA   90503<br>City   State   ZIP Code<br><br>Country | XXXX-1235 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 10/13/2023 | $   100.00 |
| 18.3 | UBS<br>Name<br><br>677 Washington Blvd<br>Street<br><br>Stamford   CA   06901<br>City   State   ZIP Code<br><br>Country | XXXX-0533 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 6/13/2024 | $   1,700.03 |
| 18.4 | CIBC<br>Name<br><br>120 S LaSalle St<br>Street<br><br>Chicago   IL   60603<br>City   State   ZIP Code<br><br>Country | XXXX-2870 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 6/10/2024 | $   819.98 |

Debtor:   QLess, Inc.                                           Case number *(if known)*:   24-11395
          Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | | | | ☐ No |
| | Name | | | |
| | | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Pasadena Tri City Ventures | Diane Bello, Pilar Ransom | marketing materials, tradeshow booth supplies, and all marketing event items | ☐ No |
| | Name | | | |
| | 150 S Los Robles Ave | | | ☑ Yes |
| | Street | | | |
| | Storage #9 | | | |
| | Pasadena      CA      91101 | Address | | |
| | City          State          ZIP Code | | | |
| | | 21 Miller Alley Ste 210 Pasadena CA 91105 | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  QLess, Inc.
_____
Name

Case number *(if known)*:  24-11395
_____

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State        ZIP Code<br><br>_____<br>Country | _____ | _____ | $ _____ |

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*:    24-11395
_____

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | _____ | Name _____ | _____ | ☐ Pending |
| | | Street _____ | | ☐ On appeal |
| | **Case Number** | _____ | | ☐ Concluded |
| | _____ | City    State    ZIP Code | | |
| | | Country _____ | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name _____ | Name _____ | _____ | _____ |
| | Street _____ | Street _____ | | |
| | City    State    ZIP Code | City    State    ZIP Code | | |
| | Country _____ | Country _____ | | |

Debtor:    QLess, Inc.

Name

Case number *(if known)*:    24-11395

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City        State        ZIP Code | City        State        ZIP Code | | |
| | Country | Country | | |

Debtor: QLess, Inc.

Name

Case number *(if known)*    24-11395

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | | | EIN: |
| | Name | | **Dates business existed** |
| | | | From _____ To _____ |
| | Street | | |
| | | | |
| | City          State          ZIP Code | | |
| | Country | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and Address | Dates of service |
|---|---|---|
| 26a.1 | See SOFA 26a Attachment | From _____ To _____ |
| | Name | |
| | Street | |
| | | |
| | City          State          ZIP Code | |
| | Country | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared  a financial statement within 2 years before filing this case.

☐ None

| | Name and Address | Dates of service |
|---|---|---|
| 26b.1 | Armanino LLP | From  3/2024  To  Present |
| | Name | |
| | 2700 Camino Ramon | |
| | Street | |
| | Ste 350 | |
| | San Ramon          CA          94583 | |
| | City          State          ZIP Code | |
| | Country | |

Debtor: QLess, Inc.

Name

Case number *(if known)*: 24-11395

26b.2  Cohn Reznick LLP                                    From  9/2020       To  3/2024

Name

1900 Avenue of the Stars

Street

28th Flr

Los Angeles          CA              90067

City                 State           ZIP Code

Country

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1  Clear Point LLC | |
| Name | |
| 7447 Rogue River Hwy | |
| Street | |
| | |
| Grants Pass          OR          97527 | |
| City          State          ZIP Code | |
| | |
| Country | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1  Bridge Bank |
| Name |
| 55 Almaden Blvd |
| Street |
| |
| San Jose          CA          95113 |
| City          State          ZIP Code |
| |
| Country |

Debtor:  QLess, Inc.

Name

Case number *(if known)*    24-11395

| Name and address | | | |
|---|---|---|---|
| 26d.2 | Celtic Bank Corporation | | |
| | Name | | |
| | 268 S State St | | |
| | Street | | |
| | Ste 300 | | |
| | Salt Lake City | UT | 84111 |
| | City | State | ZIP Code |
| | | | |
| | Country | | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1 | | |
| | Name | |
| | Street | |
| | | |
| | City          State          ZIP Code | |
| | | |
| | Country | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1 | See SOFA 28 Attachment | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes. Identify below.

| Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1 | Derek Francis | Address on File | Chief Revenue Officer | From 5/15/2023  To  3/5/2024 |
| 29.2 | Neil Hudspith | Address on File | Director | From 5/16/2023  To  6/9/2024 |

Debtor: QLess, Inc.

Name

Case number *(if known)*:  24-11395

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See SOFA Question 4 | | | |

Name

Street

City          State          ZIP Code

Country

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN: |

**Part 14:**   **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/17/2024
_____
MM / DD / YYYY

✘    / s / James Harvey                                        Printed name   James Harvey
_____                                        _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Executive Officer
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐    No

☑    Yes

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | City | State | Zip | Country | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|---|
| Amazon Web Services | 410 Terry Avenue North | Seattle | WA | 98109 | | 6/18/2024 | $35,447.59 | Services |
| Armanino LLP | 2700 Camino Ramon, Suite 350 | San Ramon | CA | 94583 | | 4/8/2024 | $2,100.00 | Services |
| Armanino LLP | 2700 Camino Ramon, Suite 350 | San Ramon | CA | 94583 | | 4/23/2024 | $1,681.56 | Services |
| Armanino LLP | 2700 Camino Ramon, Suite 350 | San Ramon | CA | 94583 | | 5/13/2024 | $5,400.00 | Services |
| Armanino LLP | 2700 Camino Ramon, Suite 350 | San Ramon | CA | 94583 | | 6/18/2024 | $28,350.00 | Services |
| Armanino LLP | 2700 Camino Ramon, Suite 350 | San Ramon | CA | 94583 | | 6/18/2024 | $29,400.00 | Services |
| Brad Benson | 2543 MAYOTTE WAY | CASTLE ROCK | CO | 80109 | | 6/6/2024 | $1,015.31 | Expense Reimbursement |
| Brad Benson | 2543 MAYOTTE WAY | CASTLE ROCK | CO | 80109 | | 6/6/2024 | $1,537.74 | Expense Reimbursement |
| Brad Benson | 2543 MAYOTTE WAY | CASTLE ROCK | CO | 80109 | | 6/6/2024 | $1,744.62 | Expense Reimbursement |
| Brad Benson | 2543 MAYOTTE WAY | CASTLE ROCK | CO | 80109 | | 6/6/2024 | $3,957.99 | Expense Reimbursement |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 4/8/2024 | $187,918.19 | Credit Card Payment |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 5/2/2024 | $185,257.87 | Credit Card Payment |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 5/6/2024 | $65,783.43 | Credit Card Payment |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 6/8/2024 | $206,529.16 | Credit Card Payment |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 6/18/2024 | $23,832.75 | Credit Card Payment |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 6/18/2024 | $70,000.00 | Credit Card Payment |
| Brex Credit Card | 650 S 500 W. Suite 209 | Salt Lake City | UT | 84101 | | 6/19/2024 | $18,904.11 | Credit Card Payment |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 3/21/2024 | $20.00 | Bank Fees |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 4/1/2024 | $66,008.00 | Secured Debt Interest Payment |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 4/12/2024 | $20.00 | Bank Fees |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 5/1/2024 | $66,008.00 | Secured Debt Interest Payment |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 5/7/2024 | $20.00 | Bank Fees |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 5/24/2024 | $20.00 | Bank Fees |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 5/24/2024 | $20.00 | Bank Fees |
| Celtic Bank | 268 S State St, Ste 300 | Salt Lake City | UT | 84111 | | 5/31/2024 | $66,008.00 | Secured Debt Interest Payment |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 3/26/2024 | $1,085.96 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 4/9/2024 | $445.00 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 4/12/2024 | $2,334.85 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 4/25/2024 | $1,658.06 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 5/21/2024 | $150.00 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 5/21/2024 | $236.92 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 5/21/2024 | $1,416.98 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 5/21/2024 | $2,042.57 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | Lone Tree | CO | 80124 | | 5/30/2024 | $1,445.44 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | LONE TREE | CO | 80124 | | 6/4/2024 | $1,006.93 | Expense Reimbursement |
| Charles Meyer | 8111 SWEET WATER RD | LONE TREE | CO | 80124 | | 6/17/2024 | $1,199.31 | Expense Reimbursement |
| Ellucian Company, LP | 2003 Edmund Halley Dr Ste 500 | Reston | VA | 20191 | | 6/18/2024 | $10,000.00 | Services |
| HARRY WILSON | 7 Lime Close | Syston | England | LE7 2AZ | | 3/26/2024 | $3,299.23 | Services |
| HARRY WILSON | 7 Lime Close | Syston | England | LE7 2AZ | | 4/25/2024 | $3,189.34 | Services |
| HARRY WILSON | 7 Lime Close | Syston | England | LE7 2AZ | | 5/30/2024 | $3,587.44 | Services |
| Hogan Lovells US LLP | 8350 Broad Street | Tysons | VA | 22102 | | 5/2/2024 | $6,940.34 | Services |
| Hogan Lovells US LLP | 8350 Broad Street | Tysons | VA | 22102 | | 5/14/2024 | $2,961.25 | Services |
| Interim CFOs LLC | 500 W Putnam Ave Ste 400 | Greenwich | CT | 06830 | | 5/30/2024 | $30,000.00 | Services |
| Interim CFOs LLC | 500 W Putnam Ave Ste 400 | Greenwich | CT | 06830 | | 6/17/2024 | $15,000.00 | Services |
| Lucas Chervin | Pje. Calden 870 | Buenos Aires | | | Argentina | 3/26/2024 | $4,441.66 | Services |
| Lucas Chervin | Pje. Calden 870 | Buenos Aires | | | Argentina | 4/26/2024 | $4,441.66 | Services |
| Lucas Chervin | Pje. Calden 870 | Buenos Aires | | | Argentina | 5/29/2024 | $4,441.66 | Services |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | City | State | Zip | Country | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|---|
| Mariana Gun | Vera 624 | Buenos Aires | Argentina | | | 3/29/2024 | $5,400.00 | Services |
| Mariana Gun | Vera 624 | Buenos Aires | Argentina | | | 4/30/2024 | $5,400.00 | Services |
| Mariana Gun | Vera 624 | Buenos Aires | Argentina | | | 5/30/2024 | $5,400.00 | Services |
| Mario Parris | 23 Cottage Heights | St George | Barbados | | | 4/9/2024 | $5,500.00 | Services |
| Mario Parris | 23 Cottage Heights | St George | Barbados | | | 5/13/2024 | $5,500.00 | Services |
| Mario Parris | 23 Cottage Heights | St George | Barbados | | | 6/4/2024 | $5,500.00 | Services |
| Mario Parris | 23 Cottage Heights | St George | Barbados | | | 6/7/2024 | $5,500.00 | Services |
| Matias N Chervin | Pje. Calden 870 | Buenos Aires | Argentina | | | 3/27/2024 | $4,233.33 | Services |
| Matias N Chervin | Pje. Calden 870 | Buenos Aires | Argentina | | | 4/26/2024 | $4,233.33 | Services |
| Matias N Chervin | Pje. Calden 870 | Buenos Aires | Argentina | | | 5/2/2024 | $4,233.33 | Services |
| Matias N Chervin | Pje. Calden 870 | Buenos Aires | Argentina | | | 5/29/2024 | $4,233.33 | Services |
| Maxio, LLC | 6575 The Corners Pkwy NW Suite 400 | Peachtree Corners | GA | 30092 | | 5/29/2024 | $23,552.00 | Services |
| Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street 16th Floor | Wilmington | DE | 19899 | | 6/18/2024 | $150,000.00 | Services |
| Obvious Pixel | 326 Bonanza Way | Danville | CA | 94526 | | 4/8/2024 | $7,500.00 | Services |
| Obvious Pixel | 326 Bonanza Way | Danville | CA | 94526 | | 5/1/2024 | $7,500.00 | Services |
| Obvious Pixel | 326 Bonanza Way | Danville | CA | 94526 | | 6/3/2024 | $1,000.00 | Services |
| Obvious Pixel | 326 Bonanza Way | Danville | CA | 94526 | | 6/3/2024 | $3,500.00 | Services |
| Obvious Pixel | 326 Bonanza Way | Danville | CA | 94526 | | 6/3/2024 | $7,500.00 | Services |
| Obvious Pixel | 326 Bonanza Way | Danville | CA | 94526 | | 6/6/2024 | $7,500.00 | Services |
| Okta, Inc. | 100 1st Street, 14th Floor | San Francisco | CA | 94105 | | 5/29/2024 | $44,290.00 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 4/3/2024 | $2,530.20 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 4/26/2024 | $6,652.50 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 4/26/2024 | $7,409.04 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 5/13/2024 | $7,432.44 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 5/13/2024 | $8,390.74 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 5/20/2024 | $13,575.75 | Services |
| Olea Kiosks Inc. | 13845 Artesia Blvd | Cerritos | CA | 90703 | | 5/20/2024 | $15,003.39 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 4/11/2024 | $12,320.00 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 4/15/2024 | $10,080.00 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 4/26/2024 | $8,960.00 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 5/7/2024 | $12,320.00 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 5/28/2024 | $12,320.00 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 6/1/2024 | $12,320.00 | Services |
| Precise Computer Solutions, LLC | 15935 Gresham Street | North Hills | CA | 91343 | | 6/7/2024 | $10,080.00 | Services |
| Providence Partners LLC | 2618 San Miguel Dr. #265 | Newport Beach | CA | 92660 | | 4/2/2024 | $8,506.45 | Services |
| Providence Partners LLC | 2618 San Miguel Dr. #265 | Newport Beach | CA | 92660 | | 5/2/2024 | $8,506.45 | Services |
| QLESS AM LLC | 15,40 Vardanants street | Yerevan | Armenia | | | 4/17/2024 | $209,054.00 | Services |
| QLESS AM LLC | 15,40 Vardanants street | Yerevan | Armenia | | | 5/13/2024 | $231,101.00 | Services |
| QLESS AM LLC | 15,40 Vardanants street | Yerevan | Armenia | | | 6/17/2024 | $200,000.00 | Services |
| Rimon P.C. | 420 W Main St Ste 101B | Boise | ID | 83702 | | 6/11/2024 | $4,400.00 | Services |
| Rimon P.C. | 420 W Main St Ste 101B | Boise | ID | 83702 | | 6/18/2024 | $3,200.00 | Services |
| Sheridan College | 14530 Trafalgar Road | Oakville | Ontario | L6H2L1 | Canada | 3/21/2024 | $8,759.96 | Refund for customer overpayment |
| Sol Maria Delgado | Av. Cabildo 1547 floor:3rd flat | Buenos Aires | Argentina | | | 3/29/2024 | $3,789.64 | Services |
| Sol Maria Delgado | Av. Cabildo 1547 floor:3rd flat | Buenos Aires | Argentina | | | 4/30/2024 | $4,582.96 | Services |
| Sol Maria Delgado | Av. Cabildo 1547 floor:3rd flat | Buenos Aires | Argentina | | | 5/30/2024 | $4,871.44 | Services |
| Stacia  Wilkins | 1460 Pineridge Lane | Castle Pines | CO | 80108 | | 4/1/2024 | $40,000.00 | Employee Severance |
| Trigram LLC | 925 N College Ave E118 | Tempe | AZ | 85281 | | 6/5/2024 | $20,000.00 | Services |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | City | State | Zip | Country | Date | Total amount or value | Reason for payment or transfer (e.g. Secured debt, Unsecured loan repayments, Suppliers or vendors, Services, or Other) |
|---|---|---|---|---|---|---|---|---|
| University of Toronto | 215 Huron Street, 5th Fl, ITS | Toronto | Ontario | M5S 1A2 | Canada | 3/21/2024 | $10,436.93 | Refund for customer overpayment |
| Walker Sands, LLC | 55 W Monroe St, 39th Fl | Chicago | IL | 60603 | | 6/3/2024 | $13,350.00 | Services |
| Walker Sands, LLC | 55 W Monroe St, 39th Fl | Chicago | IL | 60603 | | 6/7/2024 | $16,000.00 | Services |
| WOLFLICK KHACHATURIAN & BOUAYAD, APC | 130 N. Brand Boulevard, Suite 410 | Glendale | CA | 91203 | | 4/8/2024 | $885.50 | Services |
| WOLFLICK KHACHATURIAN & BOUAYAD, APC | 130 N. Brand Boulevard, Suite 410 | Glendale | CA | 91203 | | 4/8/2024 | $924.00 | Services |
| WOLFLICK KHACHATURIAN & BOUAYAD, APC | 130 N. Brand Boulevard, Suite 410 | Glendale | CA | 91203 | | 4/16/2024 | $20,868.10 | Services |
| WOLFLICK KHACHATURIAN & BOUAYAD, APC | 130 N. Brand Boulevard, Suite 410 | Glendale | CA | 91203 | | 4/22/2024 | $19,148.00 | Services |
| WOLFLICK KHACHATURIAN & BOUAYAD, APC | 130 N. Brand Boulevard, Suite 410 | Glendale | CA | 91203 | | 5/2/2024 | $884.00 | Services |
| WOLFLICK KHACHATURIAN & BOUAYAD, APC | 130 N. Brand Boulevard, Suite 410 | Glendale | CA | 91203 | | 5/16/2024 | $11,706.95 | Services |
| York University | 4700 Keele St | Toronto | Ontario | M3J 1P3 | Canada | 5/14/2024 | $13,595.65 | Refund for customer overpayment |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 7/10/2023 | $26,754.00 | Consulting - June 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 8/17/2023 | $26,481.00 | Consulting - July 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 9/11/2023 | $25,166.70 | Consulting - August 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 10/6/2023 | $21,506.64 | Consulting - September 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 11/6/2023 | $20,975.25 | Consulting - October 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 11/29/2023 | $7,500.00 | Consulting - November 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/2/2024 | $7,500.00 | Consulting - November 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/2/2024 | $7,500.00 | Consulting - December 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/2/2024 | $8,025.00 | Consulting - December 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/16/2024 | $7,631.25 | Consulting - January 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 2/1/2024 | $11,968.75 | Consulting - January 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 2/15/2024 | $11,000.00 | Consulting - February 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 2/21/2024 | $10,000.00 | Consulting - February 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 3/1/2024 | $11,000.00 | Consulting - February 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 3/20/2024 | $11,000.00 | Consulting - March 2023 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 4/1/2024 | $11,000.00 | Consulting - March 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 4/16/2024 | $11,000.00 | Consulting - April 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 5/1/2024 | $11,000.00 | Consulting - April 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 5/15/2024 | $11,000.00 | Consulting - May 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 5/31/2024 | $11,000.00 | Consulting - May 2024 | Independent contractor (Interim Head of Finance) |
| Clear Point LLC | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 6/3/2024 | $31,200.00 | Consulting - June 2024 | Independent contractor (Interim Head of Finance) |
| Derek Francis | Address on File | | | | 6/30/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 6/30/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 7/14/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Derek Francis | Address on File | | | | 7/31/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 7/31/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 8/15/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 8/31/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 8/31/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 9/15/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 9/29/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 9/29/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 10/13/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 10/31/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 10/31/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 11/15/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 11/30/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 11/30/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 12/15/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 12/29/2023 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 12/29/2023 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 1/12/2024 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 1/31/2024 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 1/31/2024 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 2/2/2024 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 2/15/2024 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 2/15/2024 | Amount Redacted | Commissions | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 2/29/2024 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 3/5/2024 | Amount Redacted | Payroll | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 3/29/2024 | Amount Redacted | Severance | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 4/15/2024 | Amount Redacted | Severance | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 4/30/2024 | Amount Redacted | Severance | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 5/15/2024 | Amount Redacted | Severance | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 5/31/2024 | Amount Redacted | Severance | Former Chief Revenue Officer |
| Derek Francis | Address on File | | | | 6/7/2024 | Amount Redacted | Severance | Former Chief Revenue Officer |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 6/30/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 7/14/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 7/31/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 8/15/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 8/31/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 9/15/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 9/29/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 10/13/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 10/31/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 11/15/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 11/30/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 12/15/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 12/27/2023 | Amount Redacted | Business Expense Reimbursement | CEO |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 12/29/2023 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/12/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/31/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 2/15/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 2/29/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 3/15/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 3/29/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 4/15/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 4/30/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 5/15/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 5/31/2024 | Amount Redacted | Payroll | CEO |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 6/15/2024 | Amount Redacted | Payroll | CEO |
| M. Freddie Reiss | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 6/14/2024 | Amount Redacted | Director Fees | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 06/30/2023 | Amount Redacted | Consulting - June 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 08/01/2023 | Amount Redacted | Consulting - July 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 08/30/2023 | Amount Redacted | Consulting - August 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 9/29/2023 | Amount Redacted | Consulting - September 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 10/30/2023 | Amount Redacted | Consulting - October 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 11/29/2023 | Amount Redacted | Consulting - November 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 12/28/2023 | Amount Redacted | Consulting - December 2023 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 1/30/2024 | Amount Redacted | Consulting - January 2024 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 2/29/2024 | Amount Redacted | Consulting - February 2024 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 3/29/2024 | Amount Redacted | Consulting - March 2024 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 4/29/2024 | Amount Redacted | Consulting - April 2024 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 5/29/2024 | Amount Redacted | Consulting - May 2024 | Director |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | 6/18/2024 | Amount Redacted | Consulting - June 2024 | Director |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 26a
Books, records and financial statements - Accountants and bookkeepers

| Name | Address 1 | Address 2 | City | State | Zip | Title | Dates of service |
|------|-----------|-----------|------|-------|-----|-------|------------------|
| Amy Muradyan | Address on file | | | | | Financial Controller | 9/26/2022 to 9/19/2023 |
| Clear Point LLC | 7447 Rogue River Hwy | | Grants Pass | OR | 97527 | Interim Head of Finance | 1/2023 to present |
| Julie Chuang | Address on file | | | | | Controller | 6/22/2020 to 10/7/2022 |
| Nicholas Thomas | Address on file | | | | | Senior Director of Finance and Accounting | 8/1/2023 to 1/29/2024 |
| Said Malikov | Address on file | | | | | CFO | 12/16/2019 to 6/30/2022 |

**In re: QLess, Inc.**
**Case No. 24-11395**
Attachment 28
Current Partners, Officers, Directors and Shareholders

| Name | Address 1 | City | State | Zip | Position and nature of any interest | % of interest, if any |
|------|-----------|------|-------|-----|-------------------------------------|-----------------------|
| Anders Richardson | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | Director | 0.00% |
| Clear Point LLC (Al Sejcek) | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | INTERIM Head of Finance | 0.09% |
| James Harvey | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | CEO, Director | 3.3% |
| M. Freddie Reiss | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | Director | 0.00% |
| Mark Tapling | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | Director | 0.00% |
| Nathaniel Hochman | 21 Miller Alley, Suite 210 | Pasadena | CA | 91105 | Director | 0.00% |