**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11, Subchapter V |
| QLESS, INC., | Case No. 24-11395 (BLS) |
| Debtor.[1] | |

**AMENDED**
**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**QLESS, INC. (CASE NO. 24-11395)**

Amended Schedules:
- Schedule D: Creditors Who Have Claims Secured by Property

- Schedule E/F: Creditors Who Have Unsecured Claims

---

[1]    The Debtor's principal place of business and service address is 21 Miller Alley, Suite 210, Pasadena CA 91105.

**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**
**Case Name:  QLESS, INC.**
**Case No.:  24-bk-11395**

These Global Notes (the "Global Notes") relate to and are a part of the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules").

In preparing the Schedules, the Debtor relied on information derived from its currently available books and records. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of the Schedules, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules. Accordingly, the Debtor reserves its right to amend the Schedules as necessary and appropriate.

The Schedules are not prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") and contain unaudited information subject to further review and potential adjustment.

<u>Causes of Action</u>. Despite making reasonable efforts to identify all known assets, the Debtor may not have listed all of the causes of action or potential causes of action against third parties as assets in Statement of Financial Affairs, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to avoid and recover assets or transfers. The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, right of indemnity, etc. ("Cause of Action") it may have.

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* .....................................................................................    $      0.00

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* .................................................................................    $      5,269,445.33

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ...................................................................................    $      5,269,445.33

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,*from line 3 of *Schedule D* .....................    $      6,678,513.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................    + $      1,432,862.37

4. **Total liabilities**

    Lines 2 + 3a + 3b ...........................................................................................................    $      8,111,375.37

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1 Creditor's name**

Brex, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

650 S 500 W

Street

Ste 209

| Salt Lake City | UT | 84101 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Brex checking account -1009

$ Undetermined    $ Undetermined

**Describe the lien**

Credit Card Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Debtor: QLess, Inc.

Name

Case number *(if known)*: 24-11395

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

Celtic Bank Corporation

Creditor's Name

**Creditor's mailing address**

Notice Name

268 S State St

Street

Ste 300

Salt Lake City    UT    84111

City    State    ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**    2/21/2023

**Last 4 digits of account number**    370

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

As described ion CA UCC 2300011554320    $    6,444,513.00    $    Undetermined

**Describe the lien**

CA UCC 2300011554320

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

*Amended Herein*

| Debtor: | QLess, Inc. | Case number *(if known)* | 24-11395 |
|---|---|---|---|
| | Name | | |

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3 Creditor's name**

**Describe debtor's property that is subject to a lien**

Internal Revenue Service
Creditor's Name

$     234,000.00    $     Undetermined

**Creditor's mailing address**

Centralized Insolvency Operation
Notice Name

**Describe the lien**

P.O. Box 7346
Street

Tax Lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

| Philadelphia | PA | 19101-7346 |
|---|---|---|
| City | State | ZIP Code |

Country

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

*Amended Herein*

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$     6,678,513.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| NONE | Line | |
| Name | | |
| NONE | | |
| Notice Name | | |
| Street | | |
| City | State | ZIP Code |
| Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : QLess, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11395 (BLS)

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $    Undetermined | $ |
| State of Washington Dept of Revenue | | | |
| Creditor Name | ☐ Contingent | | |
| | ☑ Unliquidated | | |
| Creditor's Notice name | ☐ Disputed | | |
| PO BOX 47478 | | | |
| Address | **Basis for the claim:** | | |
| | Sales Tax | | |
| Olympia         WA         98504 | | | |
| City         State         ZIP Code | | | |
| Country | | | |
| **Date or dates debt was incurred** | | | |
| 2Q-2024 | | | |
| **Last 4 digits of account number** 6849 | **Is the claim subject to offset?** ☑ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1 Nonpriority creditor's name and mailing address**

AAA AMERICAN ARBITRATION ASSOCIATION
Creditor Name

_____
Creditor's Notice name

120 Broadway Fl 21,
Address

_____

| New York | NY | 10271 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
6/5/2024

**Last 4 digits of account**

**number**  42DC

**As of the petition filing date, the claim is:** $ _____ 10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2 Nonpriority creditor's name and mailing address**

Alex Backer
Creditor Name

_____
Creditor's Notice name

Hadsell Stormer Renick & Dai LLP,
Address

128 Norht Fair Oaks Ave, Ste 107

| Pasadena | CA | 91103 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Arbitration Plaintiff
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: QLess, Inc.
Name

Case number (if known)    24-11395

| | |
|---|---|
| 3.3 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 249,998.61 |
| Cerocaru Investment Trust | *Check all that apply.* |
| Creditor Name | ☑ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☑ Disputed |
| | **Basis for the claim:** |
| 1200 Cortez Dr. | Shareholder who may be owed for 2021 |
| Address | recapitalization event |

| | | | |
|---|---|---|---|
| Glendale | CA | 91207 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | |
|---|---|
| 3.4 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 17,332.44 |
| Chipman Brown Cicero & Cole, LLP | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 1313 N Market St Ste 5400 | Professional services |
| Address | |

| | | | |
|---|---|---|---|
| Wilmington | DE | 19801 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

3/31/2024

**Last 4 digits of account**

**number** 1412

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: QLess, Inc.

Case number *(if known)*: 24-11395

---

**3.5** **Nonpriority creditor's name and mailing address**

Comcast
Creditor Name

Creditor's Notice name

PO Box 37601
Address

Philadelphia | PA | 19101
City | State | ZIP Code

Country

**Date or dates debt was incurred**
6/1/2024

**Last 4 digits of account**

number  1660

As of the petition filing date, the claim is:  $  655.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Utilities

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

Dailey LLP
Creditor Name

Creditor's Notice name

218 W Front Street
Address

Media | PA | 19063
City | State | ZIP Code

Country

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account**

number

As of the petition filing date, the claim is:  $  44,723.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| Debtor: | QLess, Inc. | | Case number *(if known)* | 24-11395 |
|---|---|---|---|---|
| | Name | | | |

**3.7 Nonpriority creditor's name and mailing address**

Insivia Technologies, LLC
Creditor Name

Creditor's Notice name

PO BOX 470164
Address

| Broadview Heights | OH | 44147 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

KBB Capital LLC
Creditor Name

Creditor's Notice name

444 Mount Auburn St #5
Address

| Watertown | MA | 02472 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 99,998.96
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021 recapitalization event

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | QLess, Inc. | | Case number (if known) | 24-11395 |
| | Name | | | |

**3.9 Nonpriority creditor's name and mailing address**

Mark Wood
Creditor Name

Creditor's Notice name

1030 N. Diane St
Address

| Mesa | AZ | 85203 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    112,499.35
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

Palisades Growth Capital II, L.P.
Creditor Name

Creditor's Notice name

11726 San Vicente Blvd #450
Address

| Los Angeles | CA | 90049 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
6/18/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    250,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Unsecured Debt

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | QLess, Inc. |
|---|---|
| | Name |

Case number *(if known)*    24-11395

---

**3.11 Nonpriority creditor's name and mailing address**

Plaintiffs in Ab Inventio, LLC et al. v. Palisades Growth Capital II, L.P. et. al., C.A. No. 2023-1279-JTL.

Creditor Name

Creditor's Notice name

Ballard Spahr LLP

Address

919 N Market St, 11th Flr

| Wilington | DE | 19801-3034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation Plaintiffs

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.12 Nonpriority creditor's name and mailing address**

Potter Anderson & Corroon LLP

Creditor Name

Creditor's Notice name

1313 North Market Street

Address

| Wilmington | DE | 19899 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/2024

**Last 4 digits of account**

**number** 0817

**As of the petition filing date, the claim is:**    $                67,408.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: QLess, Inc.
_____
Name

Case number *(if known)*  24-11395
_____

**3.13 Nonpriority creditor's name and mailing address**

Providence Partners LLC
_____
Creditor Name

_____
Creditor's Notice name

2618 San Miguel Dr. #265
_____
Address

_____

_____

Newport Beach      CA            92660
_____
City            State          ZIP Code

_____
Country

**Date or dates debt was incurred**
6/1/2024
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            8,506.45
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Unpaid rent for June 2024
_____

**Is the claim subject to offset?**
☑  No

☐  Yes

**3.14 Nonpriority creditor's name and mailing address**

Ricardo Backer
_____
Creditor Name

_____
Creditor's Notice name

Puerto Principe 2531
_____
Address

_____

_____

Caba 1428
_____
City            State          ZIP Code

ARGENTINA
_____
Country

**Date or dates debt was incurred**
10/20/2021
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            24,998.91
*Check all that apply.*

☑  Contingent

☐  Unliquidated

☑  Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event
_____

**Is the claim subject to offset?**
☑  No

☐  Yes

Debtor: QLess, Inc.

Case number *(if known)*  24-11395

**3.15  Nonpriority creditor's name and mailing address**

Scherzer International

Creditor Name

Creditor's Notice name

21550 Oxnard St Ste 1050

Address

| Woodland Hills | CA | 91367 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/18/2024

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                                380.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.16  Nonpriority creditor's name and mailing address**

STUBBS ALDERTON & MARKILES, LLP

Creditor Name

Creditor's Notice name

15260 Ventura Blvd 20th Fl

Address

| Sherman Oaks | CA | 91403 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2023

**Last 4 digits of account**

**number  SS01**

**As of the petition filing date, the claim is:**   $                           46,900.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: QLess, Inc.
Name

Case number *(if known)*    24-11395

**3.17 Nonpriority creditor's name and mailing address**

Tom Mitchell
Creditor Name

Creditor's Notice name

810 Fairfield Circle
Address

| Pasadena | CA | 91106 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                216,665.17
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021 recapitalization event

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

US Small Business Administration
Creditor Name

Creditor's Notice name

Office of the General Counsel
Address

312 North Spring Street, 5th Floor

| Los Angeles | CA | 90012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/9/2020

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                127,237.00
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

PPP loan audit

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: QLess, Inc.

Case number *(if known)*: 24-11395

---

3.19 **Nonpriority creditor's name and mailing address**

WILKS LAW LLC
Creditor Name

Creditor's Notice name

4250 Lancaster Pike, Ste 200
Address

| Wilmington | DE | 19805 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/31/2024

**Last 4 digits of account**

number  1581

**As of the petition filing date, the claim is:**  $                    30,352.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**

WOLFLICK KHACHATURIAN & BOUAYAD, APC
Creditor Name

Creditor's Notice name

130 N. Brand Boulevard, Suite 410
Address

| Glendale | CA | 91203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/31/2024

**Last 4 digits of account**

number  200M

**As of the petition filing date, the claim is:**  $                    91,872.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Professional services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  QLess, Inc.
Name

Case number *(if known)*:  24-11395

3.21 **Nonpriority creditor's name and mailing address**

Xianzhong "Dave" Chen
Creditor Name

Creditor's Notice name

Address on file
Address

City                    State            ZIP Code

Country

**Date or dates debt was incurred**

10/20/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            13,331.96
*Check all that apply.*

☑  Contingent

☐  Unliquidated

☑  Disputed

**Basis for the claim:**

Shareholder who may be owed for 2021
recapitalization event

**Is the claim subject to offset?**

☑  No

☐  Yes

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐    Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City           State           ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $                    0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $            1,432,862.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            1,432,862.37 |

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : QLess, Inc. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 24-11395 (BLS) |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- [ ] *Schedule H: Codebtors* (Official Form 206H)

- [ ] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- [x] Amended *Schedule*    Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Summary of Assets and Liabilities for Non-Individuals

- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/31/2024
            MM / DD / YYYY

✖ / s / James Harvey
Signature of individual signing on behalf of debtor

James Harvey
Printed name

Chief Executive Officer
Position or relationship to debtor