# EXHIBIT B

Common stock valuation for

# QLESS Inc. dba QLESS

**Valuation date** Jan. 31, 2023

Prepared by Carta Valuations LLC on May 5, 2023



carta

# TABLE OF CONTENTS

## Introduction

Letter of engagement ............................................................................................................. 3

Valuation summary ................................................................................................................ 5

## Company overview

Company overview ................................................................................................................ 6

Financials overview .............................................................................................................. 7

Capitalization ....................................................................................................................... 8

Discussion of methodology ................................................................................................... 9

## Valuation results

Comparable public companies statistics ............................................................................. 12

Subject company transaction method ................................................................................. 14

Equity allocation discussion ............................................................................................... 20

Discount for lack of marketability ....................................................................................... 26

## Report certification

Carta Valuations LLC Qualifications .................................................................................... 27

Representation of Carta Valuations LLC .............................................................................. 28

Statement of assumptions and limiting conditions ............................................................... 29

## Appendix

Economic overview .............................................................................................................. 35

Economic outlook ............................................................................................................... 42

Major products .................................................................................................................... 46

Operating conditions ........................................................................................................... 48

Industry structure ............................................................................................................... 50

Valuation methodologies ..................................................................................................... 54

Allocation ........................................................................................................................... 57

Discount for lack of marketability ....................................................................................... 62

CONFIDENTIAL

carta

**James Harvey**                                                                                                                              May 5, 2023

Chief Executive Officer

**QLESS INC. DBA QLESS**

150 S LOS ROBLES AVE, SUITE 900 Pasadena, CA 91101

This report details the valuation analysis used to derive the fair market value of the common equity of QLESS Inc. dba QLESS (hereinafter referred to as "QLESS" or the "Company") on a per share basis ("Subject Interest") as of Jan. 31, 2023 ("Valuation Date"). It is understood that the valuation of the Subject Interest, as developed in this report, will be used for tax planning and financial reporting purposes in recognition of Internal Revenue Code Section 409A ("409A") and FASB Accounting Standards Codification Topic 718 – Stock Compensation ("ASC 718"). As such, this report should not be used for any other purpose.

The analysis was prepared following the guidance of the American Institute of Certified Public Accountants ("AICPA") Accounting and Valuation Guide: Valuation of Privately-Held-Company Equity Securities Issued as Compensation (the "AICPA Guide").

The definition of fair market value is predicated on IRS Revenue Ruling 59-60.

## STANDARD OF VALUE

For income tax purposes, the appropriate standard of value is fair market value ("FMV"), which is defined as:

*The price, expressed in terms of cash equivalents, at which such property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or to sell, and when both have reasonable knowledge of relevant facts.*

For financial reporting purposes, the appropriate standard of value is fair value ("FV"), which is defined as:

*The amount at which an asset (or liability) could be bought (or incurred) or sold (or settled) in a current transaction between willing parties, that is, other than in a forced or liquidation sale.*

According to the May 7, 2003 FASB Board meeting, the above definition of fair value is consistent with the definition of fair market value in Internal Revenue Ruling 59-60. We are not aware of any facts that would cause a difference in our conclusions on a fair market value basis compared with fair value. As such, it is not unreasonable that our conclusion of fair value for financial reporting purposes be consistent with our conclusion of fair market value for tax reporting purposes.

## SCOPE OF ENGAGEMENT

This report was created in compliance with guidance regarding valuation methodologies published by the AICPA.

carta

We considered differences between the Company's preferred and common shares, as applicable, with respect to liquidation preferences, conversion rights, voting rights, and other features. We also considered appropriate adjustments to recognize lack of marketability related to the Subject Interest.

## SCOPE OF ANALYSIS

Carta Valuations, LLC has based this report on information provided and represented by the management of QLESS ("Management"). Our review and analysis included, but was not necessarily limited to, the following steps:

- Communication with Management concerning the assets, financial and operating history and forecasted future operations of the Company;
- Analysis of audited and unaudited historical and forecast financial statements, as applicable, and other financial and operational data concerning the Company;
- Review of corporate documents including, but not limited to, the capitalization summary of preferred stock ("Preferred Stock" or "Preferred Shares"), Common Stock, options and warrants;
- Analysis of the Company, its financial and operating history, the nature of its product(s)/service(s), technologies and its competitive position;
- Analysis of the industry in which the Company competes, the stage of the development of the Company's target markets and the pace of adoption of its chosen technology platforms;
- Research and analysis concerning comparable public companies and transactions involving comparable public and private companies;
- Analysis concerning the current economic conditions and outlook for the US economy, as well as applicable global economic conditions; and
- Analysis and estimation of the FMV and FV of the common equity on a non-marketable, minority interest basis as of the Valuation Date.

## CONCLUSIONS

Based on the information provided and the analysis conducted, and subject to the attached Statement of Assumptions and Limiting Conditions, it is our opinion that the fair value and fair market value of one share of the Company's common stock on a non-marketable, minority basis as of the Valuation Date is as follows:

Common Stock of QLESS: **$0.15**

Carta Valuations LLC's fee for this service is not contingent upon the results of the Valuation expressed herein. This Valuation is subject to the terms and conditions of the master subscription agreement between eShares, Inc. (an affiliate of Carta Valuations LLC) and QLESS executed on Sept. 13, 2022.

carta

## VALUATION SUMMARY

*Company value*

| Approach | Value | Weighting |
|---|---:|---:|
| Market approach (subject company transaction method) | $27,692,000 | 100.00% |
| **Concluded value** | **$27,692,000** | **100.00%** |

*Common share value*

| Inputs | Conclusion |
|---|---:|
| Allocation methodology | Option pricing model |
| Fully marketable value | $0.23 |
| Discount for lack of marketability | 35.00% |
| **Concluded fair market value** | **$0.15** |

CONFIDENTIAL

QLESS 000169

carta

## COMPANY OVERVIEW

QLess, Inc. develops Software-as-a-Service queue management solutions. The platform watches, learns and fore-casts future wait times using various statistical analysis techniques. It serves education, healthcare, government, and retail customers worldwide. The Company provides its products through direct and reseller sales channels. QLess, Inc. was founded in 2007 and is based in Pasadena, California.

**Company Update**

The Company recently closed its Series A-1 Preferred round of financing. The financing included a due diligence process and was determined to be an arm's length transaction. Accordingly, Carta Valuations LLC has relied primarily upon the recent financing for this analysis. In terms of operational updates, the Company restructured the executive management team, hiring a permanent CEO, and new Head of Product & Technology, to lead growth and product development efforts. The Company is launching a newly designed product in 2023 and development efforts in 2022 have continued on pace and in line with expectations. A preferred equity round was successfully closed on January 23, 2023 and a new debt facility was closed in March 2023. The injection of debt and equity will provide enough runway through 2024. 2022 sales growth did not meet expectations due to higher than forecast customer attrition and lower than forecast new customer acquisition.

QLESS 000170

carta

## QLESS FINANCIALS

*Income statement*

| Metric | LTM[2] | NTM[3] | 2024 |
|--------|-------:|-------:|-----:|
| Revenue | $8,024,441 | $10,085,368 | $11,808,516 |
| EBITDA | ($6,544,028) | ($5,896,388) | ($5,005,430) |

*Balance sheet as of Jan. 31, 2023*

| Metric | Value |
|--------|------:|
| Cash and cash equivalents | $6,434,053 |
| Interest bearing liabilities | $5,000,000 |

[1] 'LTM' refers to the period from Feb. 1, 2022 to Jan. 31, 2023.
[2] 'NTM' refers to the period from Feb. 1, 2023 to Jan. 31, 2024.

QLESS 000171

carta

## CAPITALIZATION

*Share classes*

| Outstanding shares | Shares outstanding | Warrants | Options | Total |
|---|---|---|---|---|
| Series A-1 Preferred | 14,585,331 | 0 | 0 | 14,585,331 |
| Series A Preferred | 27,275,000 | 75,430 | 0 | 27,350,430 |
| Common | 6,818,750 | 1,411,466 | 878,894 | 9,109,110 |
| Total | 48,679,081 | 1,486,896 | 878,894 | 51,044,871 |

*Liquidation preferences*

| Share class | Liquidation rank | Issue price | Multiplier | Dividend type | Dividend rate | Participation Y/N | Participation cap | Conversion ratio |
|---|---|---|---|---|---|---|---|---|
| Series A-1 Preferred | 1 | $0.41 | 1.00 | Non-Cumulative | N/M | Y | 2.00x | 1.00 |
| Series A Preferred | 2 | $1.00 | 1.00 | Non-Cumulative | N/M | Y | 2.00x | 1.00 |
| Common | 3 | — | 1.00 | N/A | N/A | N/A | N/A | 1.00 |

*Lowest number liquidation preference is paid out first.*

carta

## VALUATION METHODOLOGY SUMMARY

**Selected valuation approaches**

The first step in valuing the Company's common shares was to determine the value of the Company. In arriving at a conclusion of the Company value, we considered the methodologies below:

**Market approach: Subject company transaction method**

This methodology consists of examining prior transactions of the subject Company. According to the AICPA guidelines, recent securities transactions in the Company's stock should be considered as a relevant input for computing the enterprise valuation.

Given that there were security transactions near the Valuation Date, the Subject Company Transaction Method was used. Detailed discussion and information about this approach can be found in the exhibits and appendix.

**Market approach: Guideline public company method**

The Guideline (or Comparable) Publicly Traded Company Methodology within the Market Approach relies on an analysis of publicly traded companies similar in industry and/or business model to the Company. This methodology uses these guideline companies to develop relevant market multiples and ratios, using metrics such as revenue, earnings before interest and taxes (EBIT), earnings before interest, taxes, depreciation and amortization (EBITDA), net income and/or tangible book value. These multiples and values are then applied to the Company's corresponding financial metrics. Since no two companies are perfectly comparable, premiums or discounts may be applied to the subject company's metrics if its position in its industry is significantly different from the position of the guideline companies, or if its intangible attributes are significantly different.

Given this context, and the Company's recent arm's length financing, the value indication from the Subject Transaction Method was considered a more relevant indicator of value.

**Market approach: Guideline M&A transaction method**

The Guideline Transactions Methodology of the Market Approach uses prices paid in merger and acquisitions targeting companies similar to the Subject Company. These acquisition values were used in conjunction with the transaction targets' financials to calculate implied exit multiples. These multiples are then applied to the Company's corresponding financial data.

Given the recent financing, the value indication from the Subject Company Transaction Method was considered more appropriate. Accordingly, the Guideline Transaction Methodology was not selected.

**Income approach: Discounted cash flow**

This approach focuses on the income-producing capability of a business. Carta Valuations LLC reviewed the Company's historical financials and any forecasts provided by Management.

The Company has not achieved profitability as of the Valuation Date and does not project consistent margins or stable cash flows in the near-term. Given this context, and the Company's recent arm's length financing, the value indication from the Subject Transaction Method was considered a more relevant indicator of value.

QLESS 000173

carta

**Asset approach**

The asset approach measures the value of an asset by the cost to recreate or replace it with another of like utility. When applied to the valuation of equity interests in businesses, value is based on the net aggregate fair market value of the entity's underlying individual assets. This approach is frequently used in valuing holding companies or capital-intensive businesses. This methodology was considered and not used, as it does not accurately represent the going concern value of the Company.

carta

## GUIDELINE PUBLIC COMPANY DISCUSSION

**Public companies selected**

A global list of companies that could be considered similar to QLESS was compiled for comparative purposes from a variety of sources including Capital IQ and our communication with management. We selected publicly traded guideline companies based on consideration of: business descriptions, operations and geographic presence, financial size and performance, stock liquidity, and management recommendations regarding most similar companies. Refer to the Appendix for business descriptions of the selected guideline public companies.

carta

## COMPARABLE COMPANY STATISTICS

*Selected industry: General SaaS,   ($USD in thousands)*

| Company | LTM revenue | Historic growth rate | Projected growth | EBITDA margin | Projected EBITDA margin |
|---|---|---|---|---|---|
| 2U, Inc. | $971,000 | 5.81% | -0.77% | -0.17% | 15.73% |
| Alteryx, Inc. | $728,000 | 39.25% | 27.22% | -31.98% | 7.61% |
| Blackbaud, Inc. | $1,031,000 | 11.79% | 6.41% | 8.90% | 26.06% |
| HubSpot, Inc. | $1,631,000 | 37.79% | 19.29% | -4.85% | 12.90% |
| Okta, Inc. | $1,731,000 | 50.25% | 19.56% | -41.87% | 3.72% |
| Open Text Corporation | $3,514,000 | 2.90% | -0.45% | 27.81% | 36.51% |
| Synchronoss Technologies, Inc. | $265,000 | -4.10% | -3.36% | 11.91% | 20.04% |
| Verint Systems Inc. | $900,000 | 4.01% | 2.86% | 10.90% | 28.45% |
|  |  |  |  |  |  |
| Minimum | $265,000 | -4.10% | -3.36% | -41.87% | 3.72% |
| 10th percentile | $589,000 | 0.80% | -1.55% | -34.95% | 6.45% |
| 25th percentile | $857,000 | 3.74% | -0.53% | -11.63% | 11.58% |
| Mean | $1,346,000 | 18.46% | 8.84% | -2.42% | 18.88% |
| Median | $1,001,000 | 8.80% | 4.64% | 4.36% | 17.89% |
| 75th percentile | $1,656,000 | 38.15% | 19.35% | 11.15% | 26.66% |
| 90th percentile | $2,266,000 | 42.55% | 21.86% | 16.68% | 30.87% |
| Maximum | $3,514,000 | 50.25% | 27.22% | 27.81% | 36.51% |

*Source: Capital IQ*

carta

## REVENUE MULTIPLES

*Selected industry: General SaaS, ($USD in Millions)*

| Name | MVIC | LTM | NTM | 2023 | 2024 | 2025 |
|------|------|-----|-----|------|------|------|
| 2U, Inc. | $1,733.80 | 1.79x | 1.80x | 1.76x | 1.63x | - |
| Alteryx, Inc. | $4,796.96 | 6.59x | 5.18x | 4.95x | 4.23x | 3.66x |
| Blackbaud, Inc. | $4,137.60 | 4.01x | 3.77x | 3.71x | 3.52x | 3.31x |
| HubSpot, Inc. | $17,592.98 | 10.79x | 9.04x | 8.56x | 6.93x | 5.58x |
| Okta, Inc. | $14,171.29 | 8.19x | 6.85x | 6.53x | 5.51x | 4.30x |
| Open Text Corporation | $13,422.11 | 3.82x | 3.84x | 3.82x | 3.70x | - |
| Synchronoss Technologies, Inc. | $318.98 | 1.20x | 1.25x | 1.24x | - | - |
| Verint Systems Inc. | $3,393.95 | 3.77x | 3.67x | 3.60x | 3.26x | 2.98x |
| Minimum | $318.98 | 1.20x | 1.25x | 1.24x | 1.63x | 2.98x |
| 10th percentile | $1,309.35 | 1.61x | 1.64x | 1.60x | 2.61x | 3.11x |
| 25th percentile | $2,978.91 | 3.28x | 3.20x | 3.14x | 3.39x | 3.31x |
| Mean | $7,445.96 | 5.02x | 4.42x | 4.27x | 4.11x | 3.97x |
| Median | $4,467.28 | 3.92x | 3.80x | 3.76x | 3.70x | 3.66x |
| 75th percentile | $13,609.41 | 6.99x | 5.60x | 5.35x | 4.87x | 4.30x |
| 90th percentile | $15,197.79 | 8.97x | 7.51x | 7.14x | 6.08x | 5.07x |
| Maximum | $17,592.98 | 10.79x | 9.04x | 8.56x | 6.93x | 5.58x |

*Source: Capital IQ*

CONFIDENTIAL

QLESS 000177

carta

## MARKET APPROACH: SUBJECT COMPANY TRANSACTION METHOD

The Market Approach: Subject Company Transaction Method calculates the implied total value of an enterprise by accounting for all share class rights and preferences, as of the date of the latest financing. In order to determine the value of the Company's common shares, the Company's recently closed round of financing was used, whereby the Company sold shares of Series A-1 Preferred for $0.41 per share. The total equity value implied by this transaction was then applied in the context of an option pricing model to determine the value of each class of the Company's shares.

### Equity value calculation

As noted above, this analysis considers the Series A-1 Preferred transaction, specifically those shares issued in exchange for new capital. The analysis uses the Black-Scholes option pricing model (OPM) to determine the value of the Company that results in a cumulative value of the transacted shares equal to the amount paid for those shares, or $0.41 per share. In this case, the most recently transacted share class has punitive term rights. Per the AICPA Valuation Guide and sections C.10.49 and C.10.50 in the AICPA PE/VC Guide, performing a backsolve with punitive terms may suppress Common Stock value. Therefore, the Stacked Preference rights for all Preferred share classes were removed when calculating implied equity value. For purposes of determining company value with a Black-Scholes OPM, five key inputs are required:

- Total consideration of the most recent transaction (discussed above);
- The rights and preferences of the shareholders (discussed above);
- Time to liquidity;
- Risk free rate;
- Volatility

### Time to liquidity

In the context of the OPM, the time to a liquidity event (otherwise referred to as "time to exit") constitutes the time until the Company issues an initial public offering ("IPO"), is acquired, or liquidates assets through a dissolution sale. In determining the time to liquidity, the analysis relied upon guidance from Management.

### Risk-free rate

The risk free rate used is the constant maturity US Treasury rate corresponding to the applicable time to liquidity. A risk free rate of 4.210% was applied which represents the US Treasury rate as of the Valuation Date.

### Volatility

The analysis considered the volatility of companies operating in the Company's comparable industry as well as the Company's capital structure and risk profile relative to the peer group. The list of companies was further refined to include only companies with securities traded on major exchanges with sufficient pricing and volume. Typically, size and volatility are inversely correlated. A volatility of 70.00% was selected for the Company.

carta

**Conclusion**

Given the proximity of the transaction and Valuation Date and guidance from Management, no market adjustment to equity value was utilized in this analysis. Based on the Black-Scholes model, a value of $27,692,000 is necessary to provide a fair value of $0.41 per share for the Series A-1 Preferred shares issued in exchange for new capital.

carta

## BACKSOLVE INPUTS

| Inputs | Value |
|---|---|
| Selected preferred share class | Series A-1 Preferred |
| Backsolve date | Jan. 31, 2023 |
| Risk-free interest rate | 4.210% |
| Volatility | 70.00% |
| Weighted time to exit | 2.00 year(s) |
| Calculated backsolve value (rounded) | $27,692,000 |

carta

## BACKSOLVE BREAKPOINTS

| Description | From | To | Delta | Option value | Incremental value |
|---|---|---|---|---|---|
| Liquidation preference: Series A-1 Preferred, Series A Preferred | $0 | $33,324,995 | $33,324,995 | $9,645,662 | $18,046,069 |
| Participates: Series A-1 Preferred, Series A Preferred, Series A Preferred Warrants $1 Strike, Common | $33,324,995 | $46,488,713 | $13,163,718 | $6,978,589 | $2,667,073 |
| Exercises: Common $0.27 Strike | $46,488,713 | $53,675,630 | $7,186,917 | $5,941,124 | $1,037,466 |
| Participation caps: Series A-1 Preferred | $53,675,630 | $68,213,571 | $14,537,941 | $4,407,039 | $1,534,085 |
| Converts to common: Series A-1 Preferred | $68,213,571 | $69,126,826 | $913,255 | $4,329,633 | $77,406 |
| Exercises: Common Warrants $0.848 Strike | $69,126,826 | $76,885,646 | $7,758,820 | $3,740,764 | $588,869 |
| Participation caps: Series A Preferred, Series A Preferred Warrants $1 Strike | $76,885,646 | $100,580,087 | $23,694,441 | $2,494,062 | $1,246,702 |
| Converts to common: Series A Preferred Warrants $1 Strike, Series A Preferred | $100,580,087 | Infinity | Infinity | $0 | $2,494,062 |

# BACKSOLVE ALLOCATION

*Percentages*

| Share classes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Series A Preferred | 81.85% | 55.94% | 54.95% | 77.82% | 54.95% | 53.43% | - | 53.43% |
| Series A-1 Preferred | 18.15% | 29.92% | 29.39% | - | 29.39% | 28.57% | 61.56% | 28.57% |
| Common | - | 13.99% | 13.74% | 19.46% | 13.74% | 13.36% | 28.78% | 13.36% |
| Series A Preferred Warrants $1 Strike | - | 0.15% | 0.15% | 0.22% | 0.15% | 0.15% | - | 0.15% |
| Common $0.27 Strike | - | - | 1.77% | 2.51% | 1.77% | 1.72% | 3.71% | 1.72% |
| Common Warrants $0.848 Strike | - | - | - | - | - | 2.77% | 5.96% | 2.77% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

*$USD*

| Share classes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Series A Preferred | $14,769,890 | $1,492,055 | $570,118 | $1,193,851 | $42,537 | $314,653 | - | $1,332,662 |
| Series A-1 Preferred | $3,276,178 | $797,878 | $304,871 | - | $22,747 | $168,261 | $767,419 | $712,642 |
| Common | - | $373,014 | $142,529 | $298,463 | $10,634 | $78,663 | $358,774 | $333,165 |
| Series A Preferred Warrants $1 Strike | - | $4,126 | $1,577 | $3,302 | $118 | $870 | - | $3,686 |
| Common $0.27 Strike | - | - | $18,371 | $38,470 | $1,371 | $10,139 | $46,244 | $42,943 |
| Common Warrants $0.848 Strike | - | - | - | - | - | $16,283 | $74,265 | $68,964 |
| **Total** | **$18,046,069** | **$2,667,073** | **$1,037,466** | **$1,534,085** | **$77,406** | **$588,869** | **$1,246,702** | **$2,494,062** |

QLESS 000182

carta

## BACKSOLVE RESULTS

| Share class | Share class value | Shares outstanding | Fully marketable value |
|---|---|---|---|
| Series A Preferred | $19,715,765 | 27,275,000 | $0.72 |
| Series A-1 Preferred | $6,049,995 | 14,585,331 | $0.41 |
| Common | $1,595,243 | 6,818,750 | $0.23 |
| Series A Preferred Warrants $1 Strike | $13,678 | 75,430 | $0.18 |
| Common $0.27 Strike | $157,538 | 878,894 | $0.18 |
| Common Warrants $0.848 Strike | $159,513 | 1,411,466 | $0.11 |

carta

## ALLOCATION

After the value of the Company was determined, it was allocated among the various share classes. The three allocation approaches considered are outlined below:

### Option pricing model (OPM)

The OPM allocates a company's equity value among the various capital investors. The OPM takes into account the preferred shareholders' liquidation preferences, participation rights, dividend policy, and conversion rights to determine how proceeds from a liquidity event shall be distributed among the various ownership classes at a future date.

*Option pricing model inputs*

| Inputs | Value |
|---|---:|
| Equity value | $27,692,000 |
| Risk-free interest rate | 4.210% |
| Selected equity volatility | 70.00% |
| Probability weighted time to exit | 2.00 years |

To calculate the fair market value of Common Stock, the Black-Scholes Option Pricing Model was used. The Black-Scholes implementation of the Option Pricing Method treats the rights of holders of various classes of securities (preferred stock, common stock, warrants, and options) as call options on any value of the Company above a series of breakpoints. For the Company, these breakpoints were set after examining the Certificate of Incorporation, warrant and option agreements, and management's records of the numbers of securities outstanding as of the Valuation Date. The values of the breakpoints were calculated by reviewing:

- The liquidation preferences of preferred stock (including seniority of any series of preferred stock);
- The participation rights of preferred stock (including any caps on such participation);
- The strike prices of warrants and options

The Black-Scholes Model requires a series of variables, including the: value of company, time to liquidity event, risk-free rate, and volatility. Below are the key assumptions for each of these variables.

### Company value

The implied equity value of $27,692,000 was used as the underlying value of the Company.

### Time to liquidity

In the context of the OPM, the time to a liquidity event (otherwise referred to as "time to exit") constitutes the time until the Company issues an initial public offering ("IPO"), is acquired, or liquidates assets through a dissolution sale. In determining the time to liquidity, Carta Valuations LLC incorporated guidance from management in the probability weighted time to exit that accounts for different exit, financing, or dissolution scenarios. As for the selected time to exit used in the DLOM, it reflects an approximation of the time to an IPO or M&A event.

As per Section 6.37 of the AICPA Practice Aid, *"...for early-stage firms, the next round of financing may be highly uncertain. Using a term in the OPM based on the expected time to exit, including the likelihood of dissolution in the short term, while still estimating the discount for lack of marketability based on the expected time to a successful exit may provide a more representative value for common stock in situations in which the company's ability to raise the next round of funding is highly uncertain."*

### Risk-free rate

It is commonly accepted that US Treasury securities are a good proxy for the risk-free rate. We used the yield, as of Jan. 31, 2023 of the 2.00 year US Treasury bond, a maturity which closely approximates the forecasted liquidity horizon of the Company.

### Volatility

The estimate for expected volatilities, over the estimated time to a liquidity event, was based upon an analysis of the historical volatility of guideline public companies as well as factors specific to the Company, including, but not limited to, size, expected growth and relative risk. A volatility of 70.00% was selected for the Company.

### Probability weighted expected return method (PWERM)

The Probability Weighted Expected Return Method of allocating value between security holders analyzes the capital structure of a business at the time of several different potential future outcomes. It assumes that the likelihood, timing, and size of financial success or failure can be estimated. This method involves a forward-looking analysis of the possible future outcomes available to the enterprise, the estimation of ranges of future and present value under each outcome, and the application of a probability factor to each outcome as of the Valuation Date.

Given the subjectivity and difficulty associated with estimating exit values and lack of empirical data to support the values at the Company's current stage of development, the probability-weighted expected return method was not selected.

### Current value method

The Current Value Method allocates the Company's current value among various equity owners based on liquidation preferences and other rights under the assumption that all capital owners act to maximize their financial return. According to AICPA guidelines, the Current Value Method is applicable in three circumstances: 1) the assumption of an imminent liquidity event in the form of an acquisition or dissolution of a company; 2) when a company is assumed to be at such an early stage of its development that no material progress has been made on its business plan, no significant value has been created above the liquidation preference of the senior securities, and there is no reasonable basis for estimating the amount and timing of any such common equity above the liquidation preference that might be created in the future; and 3) In the case of a simple capital structure, the equity value is allocated pro rata to the common stock, consistent with a Current Value Method allocation methodology.

The Company is early in its development and does not face an imminent liquidity/dissolution event as of the Valuation Date. Therefore, the Current Value Method was not selected.

carta

## VOLATILITY SELECTION

*Selected industry: General SaaS*

| Comparable company | Symbol | Equity volatility |
|---|---|---|
| 2U, Inc. | TWOU | 91.79% |
| Alteryx, Inc. | AYX | 54.79% |
| Blackbaud, Inc. | BLKB | 37.85% |
| HubSpot, Inc. | HUBS | 64.30% |
| Okta, Inc. | OKTA | 68.09% |
| Open Text Corporation | OTEX | 28.48% |
| Synchronoss Technologies, Inc. | SNCR | 68.05% |
| Verint Systems Inc. | VRNT | 38.83% |
| Minimum | | 28.48% |
| 10th percentile | | 35.04% |
| 25th percentile | | 38.59% |
| Mean | | 56.52% |
| Median | | 59.55% |
| 75th percentile | | 68.06% |
| 90th percentile | | 75.20% |
| Maximum | | 91.79% |
| Selected volatility | | 70.00% |

*The volatility represents the normalized, standard deviation of the natural log of daily price returns of the comparable public companies. All pricing data is sourced from CapitalIQ.*

carta

## BREAKPOINTS

| Description | From | To | Delta | Option value | Incremental value |
|---|---|---|---|---|---|
| Liquidation preference: Series A-1 Preferred | $0 | $6,049,995 | $6,049,995 | $22,378,144 | $5,313,587 |
| Liquidation preference: Series A Preferred | $6,049,995 | $33,324,995 | $27,275,000 | $9,645,662 | $12,732,481 |
| Participates: Series A-1 Preferred, Series A Preferred, Series A Preferred Warrants $1 Strike, Common | $33,324,995 | $46,488,713 | $13,163,718 | $6,978,589 | $2,667,073 |
| Exercises: Common $0.27 Strike | $46,488,713 | $53,675,630 | $7,186,917 | $5,941,124 | $1,037,466 |
| Participation caps: Series A-1 Preferred | $53,675,630 | $68,213,571 | $14,537,941 | $4,407,039 | $1,534,085 |
| Converts to common: Series A-1 Preferred | $68,213,571 | $69,126,826 | $913,255 | $4,329,633 | $77,406 |
| Exercises: Common Warrants $0.848 Strike | $69,126,826 | $76,885,646 | $7,758,820 | $3,740,764 | $588,869 |
| Participation caps: Series A Preferred, Series A Preferred Warrants $1 Strike | $76,885,646 | $100,580,087 | $23,694,441 | $2,494,062 | $1,246,702 |
| Converts to common: Series A Preferred Warrants $1 Strike, Series A Preferred | $100,580,087 | Infinity | Infinity | $0 | $2,494,062 |

CONFIDENTIAL

QLESS 000187

carta

## OPTION PRICING MODEL

*Percentages*

| Share classes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Series A-1 Preferred | 100.00% | - | 29.92% | 29.39% | - | 29.39% | 28.57% | 61.56% | 28.57% |
| Series A Preferred | - | 100.00% | 55.94% | 54.95% | 77.82% | 54.95% | 53.43% | - | 53.43% |
| Common | - | - | 13.99% | 13.74% | 19.46% | 13.74% | 13.36% | 28.78% | 13.36% |
| Series A Preferred Warrants $1 Strike | - | - | 0.15% | 0.15% | 0.22% | 0.15% | 0.15% | - | 0.15% |
| Common $0.27 Strike | - | - | - | 1.77% | 2.51% | 1.77% | 1.72% | 3.71% | 1.72% |
| Common Warrants $0.848 Strike | - | - | - | - | - | - | 2.77% | 5.96% | 2.77% |
| **Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

*$USD*

| Share classes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Series A-1 Preferred | $5,313,587 | - | $797,878 | $304,871 | - | $22,747 | $168,261 | $767,419 | $712,642 |
| Series A Preferred | - | $12,732,481 | $1,492,055 | $570,118 | $1,193,851 | $42,537 | $314,653 | - | $1,332,662 |
| Common | - | - | $373,014 | $142,529 | $298,463 | $10,634 | $78,663 | $358,774 | $333,165 |
| Series A Preferred Warrants $1 Strike | - | - | $4,126 | $1,577 | $3,302 | $118 | $870 | - | $3,686 |
| Common $0.27 Strike | - | - | - | $18,371 | $38,470 | $1,371 | $10,139 | $46,244 | $42,943 |
| Common Warrants $0.848 Strike | - | - | - | - | - | - | $16,283 | $74,265 | $68,964 |
| **Total** | **$5,313,587** | **$12,732,481** | **$2,667,073** | **$1,037,466** | **$1,534,085** | **$77,406** | **$588,869** | **$1,246,702** | **$2,494,062** |

QLESS 000188

carta

## OPTION PRICING MODEL RESULTS

| Share class | Share class value | Shares outstanding | Fully marketable value |
|---|---|---|---|
| Series A-1 Preferred | $8,087,404 | 14,585,331 | $0.55 |
| Series A Preferred | $17,678,356 | 27,275,000 | $0.65 |
| Common | $1,595,243 | 6,818,750 | $0.23 |
| Series A Preferred Warrants $1 Strike | $13,678 | 75,430 | $0.18 |
| Common $0.27 Strike | $157,538 | 878,894 | $0.18 |
| Common Warrants $0.848 Strike | $159,513 | 1,411,466 | $0.11 |

carta

## DISCOUNT FOR LACK OF MARKETABILITY

When selecting a discount for lack of marketability ("DLOM") to be applied to the subject Company's common shares, Carta Valuations LLC relied primarily on put option models as a means to satisfy the AICPA's preference to use quantitative approaches over more subjective approaches when appropriate. Court case rulings (i.e. Mandelbaum, et al v. Commissioner Internal Revenue), restricted stock studies, and IPO studies were also considered to gauge the reasonableness of the put option model results. The results from the selected put option model(s) shown below, suggest a DLOM in the range of 32.25% and 62.92%.

| Inputs | The Asian Put Approach | The Finnerty Approach |
|---|---|---|
| Risk-free interest rate | 3.630% | 3.630% |
| Time to exit | 5.00 years | 5.00 years |
| Common share class volatility | 131.27% | 131.27% |
| Total equity value, *S* | $1.00 | — |
| Equity breakpoint, *X* | $1.00 | — |
| Value of the share of common stock without transfer restrictions, *V* | — | $1.00 |
| Continuously compounded dividend yield rate, *q* | 0.00% | 0.00% |
| Standard normal cumulative distribution of *d1*, *N(d1)* | 33.59% | 66.12% |
| Standard normal cumulative distribution of *d2*, *N(d2)* | 89.81% | 33.88% |
| Calculated value of Put option | $0.61 | $0.32 |
| Calculated discount for lack of marketability | 61.24% | 32.25% |
| | | |
| Selected discount for lack of marketability | | **35.00%** |

*Selected approach: The Incremental Chaffe Approach*

| Inputs | Value |
|---|---|
| Risk-free interest rate | 3.630% |
| Common share class volatility | 131.27% |
| Time to exit | 5.00 years |
| Calculated discount for lack of marketability | 62.92% |
| | |
| Selected discount for lack of marketability | **35.00%** |

carta

# CARTA VALUATIONS LLC QUALIFICATIONS

**Appraisal Team**

Carta Valuations LLC has a team of over 50 valuation personnel with more than 175 collective years of experience in valuation. Team members have previous experience at some of the most well-known valuation shops and audit firms. Members of the team hold various credentials, including CFA, CPA, ABV, and CVA.

Carta Valuations LLC has performed over 15,000 valuations for clients across a wide range of industries, including information technology, software development, life sciences, manufacturing, retail, and others. Since its inception in 2016, the Appraisal Team within Carta Valuations LLC has solidified its place as the market leader in providing IRC §409A/ASC 718 and ASC 820 valuations and is recognized as the premier provider worldwide.

**R&D Team**

Carta Valuations LLC has a dedicated team of engineers and product managers who have created the technology that allows the Appraisal Team to deliver the highest quality valuations more quickly than any provider in the market. The team is made up of 15 people with over 100 years of combined experience and backgrounds at leading software companies. The R&D Team works closely with the Appraisal Team and with Carta clients to understand the business needs and effectively improve the valuation experience both internally and externally. Carta's technology automates many AICPA-compliant methodologies and produces leverage for analysts through complex allocation calculation, public comparable selection, and scenario modeling. Capitalization table data from the Carta platform is utilized to ensure accuracy.

**Valuation Policy**

The Appraisal Team creates valuation policy to ensure consistent application of methodologies. The team leverages deep relationships with all of the major audit firms and works to set valuation policy that matches expectations from the audit community and the IRS. The valuation policy is reviewed on an ongoing basis and updated for any changes in guidance from the AICPA and other regulatory bodies.

QLESS 000191

carta

## REPRESENTATION OF CARTA VALUATIONS LLC

1. The analysis and conclusion of value included in the valuation report are subject to the specified assumptions and limiting conditions.

2. The economic and industry data included in the valuation report have been obtained from various printed or electronic reference sources that Carta Valuations LLC and its valuation professionals believe to be reliable. No corroborating procedures have been performed to substantiate that data.

3. The parties for which the information and use of the valuation report is restricted are identified; the valuation report is not intended to be and should not be used by anyone other than such parties.

4. The compensation to Carta Valuations LLC and its valuation professionals for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

5. Affiliates of Carta Valuations LLC may provide additional services to the Company including management of Company's capitalization table and other services. Carta Valuations LLC and its valuation professionals do not perform any work related to any such additional services. The valuation conclusions in this report are based solely on the information provided by the Company and Carta Valuations LLC's research of economic, industry and capital market information.

6. Neither Carta Valuations LLC nor its staff who conducted this valuation have a present or intended financial interest in the Company.

7. Carta Valuations LLC has no obligation to update the report or the conclusion of value for information that is provided after the date of the report.

QLESS 000192

carta

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

1. The conclusion of value arrived at herein is valid only for the stated purpose as of the date of the valuation.

2. Financial statements and other related information provided by QLESS or its representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the enterprise's liquidation preferences, ownership positions, business conditions and operating results for the respective periods, except as specifically noted herein. Carta Valuations LLC has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

3. Public information and industry and statistical information have been obtained from sources we believe to be reliable. However, we make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate the information.

4. We do not provide assurance on the achievability of the results forecasted by QLESS because events and circumstances frequently do not occur as expected; differences between actual and expected results may be material; and achievement of the forecasted results is dependent on actions, plans, and assumptions of management.

5. The conclusion of value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

6. This report and the conclusion of value arrived at herein are for the exclusive use of QLESS's Board and management, tax advisors, and auditors for the sole and specific purposes as noted herein. They may not be used for any other purpose or by any other party for any purpose. Furthermore, the report and conclusion of value are not intended by Carta Valuations LLC and should not be construed by the reader to be investment advice in any manner whatsoever. The stated valuation represents the considered conclusion of value of Carta Valuations LLC, based on information furnished to them by QLESS and other sources.

7. Neither all nor any part of the contents of this report (especially the conclusion of value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication without the prior written consent and approval of Carta Valuations LLC.

8. Except as specifically stated by Carta Valuations LLC, this valuation report and its contents may not be quoted or referred to, in whole or in part, in any registration statement, prospectus, public filing, loan agreement, or other agreement or document without the prior written approval of Carta Valuations LLC. This valuation report may not be reproduced or distributed to any third parties without Carta Valuations LLC's prior written consent.

9. Future services regarding the subject matter of this report, including, but not limited to testimony or attendance in court, shall not be required of Carta Valuations LLC unless previous arrangements have been made in writing.

10. Carta Valuations LLC is not an environmental consultant or auditor, and it takes no responsibility for any actual or potential environmental liabilities. Any person entitled to rely on this report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment. Carta Valuations LLC does not conduct or provide environmental assessments and has not performed one for the subject property.

carta

11. Carta Valuations LLC has not determined independently whether QLESS is subject to any present or future liability relating to environmental matters (including, but not limited to CERCLA/Superfund liability) nor the scope of any such liabilities. Carta Valuations LLC's valuation takes no such liabilities into account, except as they have been reported to Carta Valuations LLC by QLESS or by an environmental consultant working for QLESS, and then only to the extent that the liability was reported to us in an actual or estimated dollar amount. Such matters, if any, are noted in the report. To the extent such information has been reported to us, Carta Valuations LLC has relied on it without verification and offers no warranty or representation as to its accuracy or completeness.

12. Carta Valuations LLC has not made a specific compliance survey or analysis of any subject property to determine whether it is subject to, or in compliance with, the American Disabilities Act of 1990, and this valuation does not consider the effect, if any, of noncompliance.

13. No change of any item in this report shall be made by anyone other than Carta Valuations LLC, and we shall have no responsibility for any unauthorized change.

14. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

15. If prospective financial information approved by management has been used in our work, we have not examined or compiled the prospective financial information and therefore, do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Events and circumstances frequently do not occur as expected and there will usually be differences between prospective financial information and actual results, and those differences may be material.

16. The management of QLESS has provided materials concerning the past, present, and prospective operating results of the company via interviews, request forms and/or direct correspondence.

17. Except as noted, we have relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate, investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this report. We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the entity has good title to all assets.

18. Nothing in this valuation report is to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation. For various reasons, the price at which the assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the value expressed in this report.

19. This report is limited to issues concerning compliance with IRC §409(A). Additional issues may exist that could affect the federal tax treatment of the interests that are subject to the report, and the report does not consider or provide a conclusion with respect to any additional issues. Carta Valuations LLC's report is not intended or written to be used, and cannot be used, by the Company or any other person or entity, for the purpose of avoiding any penalties that may be imposed on any taxpayer.

20. The text of this report is copyright ©2023, Carta Valuations LLC. All rights are reserved and no reproduction, publication, distribution, or other use of this report is authorized without the prior consent of Carta Valuations LLC.

# Appendix

QLESS 000195

carta

## COMPARABLE COMPANY DESCRIPTIONS

**2U, Inc.**

2U, Inc. operates as an education technology company in the United States, Hong Kong, South Africa, and the United Kingdom. The company operates in two segments, Degree Program and Alternative Credential. The Degree Program segment provides the technology and services to nonprofit colleges and universities to enable the online delivery of degree programs. This segment targets students seeking an undergraduate or graduate degree. The Alternative Credential segment offers online short courses, and technical and skills-based boot camps through nonprofit colleges and universities. This segment targets students seeking to reskill or upskill through shorter duration and lower-priced offerings. It also provides 2UOS, a platform that provides front-end and back-end cloud-based SaaS technology and technology-enabled services. The company was formerly known as 2Tor Inc. and changed its name to 2U, Inc. in October 2012. 2U, Inc. was founded in 2008 and is headquartered in Lanham, Maryland.

**Alteryx, Inc.**

Alteryx, Inc. provides end-to-end analytics platform for data analysts and scientists worldwide. Its analytic process automation software platform includes Alteryx Designer, a data profiling, preparation, blending, and analytics product used to create visual workflows or analytic processes; Alteryx Server, a server-based product for scheduling, sharing, and running analytic processes and applications in a Web-based environment; Alteryx Connect, a collaborative data exploration platform for discovering information assets and sharing recommendations across the enterprise; and Alteryx Promote, an analytics model management product for data scientists and analytics teams to build, manage, monitor, and deploy predictive models into real-time production applications. The company also offers Alteryx Analytics Gallery, a cloud-based collaboration offering that allows users to share workflows in a centralized repository; Alteryx Analytics Hub, a server-based product that provides a centralized and governed, web-based experience for process automation, collaboration, and analytics; Alteryx Intelligence Suite, a hub for machine learning and artificial intelligence capabilities for automated modeling, optical character recognition, and natural language processing; and Alteryx Community, which allow users to gain valuable insights in its platform. In addition, it provides technical support, instruction, and customer services. Alteryx has strategic relationship with Veritone. The company was formerly known as Alteryx, LLC and changed its name to Alteryx, Inc. in March 2011. Alteryx, Inc. was founded in 1997 and is headquartered in Irvine, California.

**Blackbaud, Inc.**

Blackbaud, Inc. provides cloud software solutions to nonprofits, foundations, companies, education institutions, healthcare organizations, and other social good entities in the United States and internationally. The company offers fundraising and relationship management solutions, such as Blackbaud Raiser's Edge NXT and Blackbaud CRM, Blackbaud TeamRaiser, Blackbaud Peer-to-Peer Fundraising, and Blackbaud Guided Fundraising and Blackbaud Volunteer Network Fundraising; marketing and engagement solutions, including Blackbaud Luminate Online, Blackbaud Luminate Advocacy, Blackbaud Online Express, and Blackbaud School Website System; and financial management solutions comprising Blackbaud Financial Edge NXT, Blackbaud Tuition Management, and Blackbaud Financial Aid Management. It also provides grant and award management solutions, consisting of Blackbaud Grantmaking, Blackbaud Outcomes, and Blackbaud Award Management; organizational and program management, such as Blackbaud Student Information System, Blackbaud Learning Management System, Blackbaud Enrollment Management System, Blackbaud Altru, and Blackbaud Church Management; social responsibility solutions, which includes YourCause Grants Connect and YourCause CSR; Blackbaud Merchant Services and Blackbaud Purchase

carta

Cards payment services; and Blackbaud's Intelligence for Good solutions, as well as donor acquisition, prospect research, data enrichment, and benchmarking and performance management solutions and services. It sells its solutions and related services through its direct sales force. The company was founded in 1981 and is headquartered in Charleston, South Carolina.

**HubSpot, Inc.**

HubSpot, Inc. provides a cloud-based customer relationship management (CRM) platform for businesses in the Americas, Europe, and the Asia Pacific. The company's CRM platform includes marketing, sales, service, and content management systems, as well as integrated applications, such as search engine optimization, blogging, website content management, messaging, chatbots, social media, marketing automation, email, predictive lead scoring, sales productivity, ticketing and helpdesk tools, customer NPS surveys, analytics, and reporting. It also offers professional, as well as phone and/or email and chat based support services. It serves mid-market business-to-business companies. HubSpot, Inc. was incorporated in 2005 and is headquartered in Cambridge, Massachusetts.

**Okta, Inc.**

Okta, Inc. provides identity management platform for enterprises, small and medium-sized businesses, universities, non-profits, and government agencies in the United States and internationally. The company offers Okta Identity Cloud, a platform that offers a suite of products to manage and secure identities, such as Universal Directory, a cloud-based system of record to store and secure user, application, and device profiles for an organization; and Single Sign-On that enables users to access their applications in the cloud or on-premise from various devices with a single entry of their user credentials. It also provides Adaptive Multi-Factor Authentication, a product that provides an additional layer of security for cloud, mobile, and Web applications, as well as for data; Lifecycle Management, which enables IT organizations or developers to manage a user's identity throughout its lifecycle; API Access Management that enables organizations to secure APIs; Advanced Server Access to secure cloud infrastructure; and Access Gateway that enables organizations to extend the Okta Identity Cloud from the cloud to their existing on-premise applications. In addition, the company offers customer support and training, and professional services. Okta, Inc. sells its products directly to customers through sales force, as well as through channel partners. The company was formerly known as Saasure, Inc. Okta, Inc. was incorporated in 2009 and is headquartered in San Francisco, California.

**Open Text Corporation**

Open Text Corporation engages in the designs, develops, markets, and sells information management software and solutions. It offers content services; business network that manages data within the organization and outside the firewall; security and protection solutions for defending against cyber threats, and preparing for business continuity and response in the event of a breach; digital investigation and forensic security solutions; OpenText security solutions to address information cyber resilience needs; Carbonite and Webroot products; and OpenText Information Management software platform. The company also provides Discovery platform that provides forensics and unstructured data analytics; OpenText Developer Cloud; key developer API services; AI and analytics that leverages structured or unstructured data; digital process automation solutions, which enables organizations to transform into digital data-driven businesses; and OpenText Digital Experience platform. In addition, it offers customer support programs, including access to software upgrades, a knowledge base, discussions, product information, and an online mechanism to post and review trouble tickets; and consulting and learning services relating to the implementation, training, and integration of its licensed product offerings, as well as cloud services. The company serves

carta

organizations, enterprise and mid-market companies, public sector agencies, small and medium-sized businesses, and direct consumers in Canada, the United States, the United Kingdom, Germany, rest of Europe, the Middle East, Africa, and internationally. It has strategic partnerships with SAP SE, Google Cloud, Amazon AWS, Microsoft Corporation, Oracle Corporation, Salesforce.com Corporation, Accenture plc, ATOS, Capgemini Technology Services SAS, Cognizant Technology Solutions U.S. Corp., Deloitte Consulting LLP, and Tata Consultancy Services. The company was incorporated in 1991 and is headquartered in Waterloo, Canada.

**Synchronoss Technologies, Inc.**

Synchronoss Technologies, Inc. provides cloud, digital, messaging, and network management platforms, products, and solutions in the Americas, Europe, the Middle East, Africa, and the Asia Pacific. Its platforms, products, and solutions include cloud sync, backup, storage, device set up, content transfer, and content engagement for user generated content; multi-channel messaging peer-to-peer communications and application-to-person commerce solutions; customer journey and workflow design, development, orchestration, and experience management solutions; and telecom network infrastructure designing, procuring, managing, and optimizing solutions. In addition, the company offers software development and customization services. It markets and sells its services through direct sales force and strategic partners. Synchronoss Technologies, Inc. was incorporated in 2000 and is headquartered in Bridgewater, New Jersey.

**Verint Systems Inc.**

Verint Systems Inc. provides customer engagement solutions worldwide. It offers various applications for use in Forecasting and Scheduling, which understands the work needed to meet and exceed customer expectations; Quality and Compliance that uses automation and analytics for customer interactions for attended and self-service channels; Interaction Insights, which extracts insights from structured and unstructured customer interactions and activities; Real-Time Work that supports in-the-moment workforce activities; Self-Service, which connects customers and employees with information, resources, and support; Case Management that helps employees to improve efficiency, time to resolution, compliance, and customer satisfaction; and Knowledge Management, which help agents to deliver stellar service with tools. The company also provides Digital Experience that monitors customer-initiated feedback via web and mobile channels; Enterprise Experience, which captures experience data across various channels and unify feedback; Interaction Experience that uses voice surveys and contact center interaction to understand and improve the effectiveness of people, products, and processes; and Predictive Experience, which listens and acts on customer and employee experiences. In addition, it offers engagement data management applications for data management, enrichment, and compliance solutions, as well as cloud platform services. The company was incorporated in 1994 and is headquartered in Melville, New York.

carta

## ECONOMIC OVERVIEW 3Q 2022

The U.S. economy—as indicated by GDP—increased at an annual rate by 2.6% in the third quarter of 2022 after declining at a rate of 0.6% in the second quarter. The rate for the third quarter of 2022 reflected increases in exports, consumer spending, nonresidential fixed investment, federal government spending, and state and local government spending. The increases were partly offset by decreases in residential fixed investment and private inventory investment. Imports, which are a subtraction in the calculation of GDP, declined.

The current-dollar GDP increased 6.7%, or $414.8 billion, in the third quarter, to $25.7 trillion. This followed the second-quarter rate, which increased by 8.5%, or $508.0 billion. The price index for gross domestic purchases rose 4.6% in the third quarter, compared with an increase of 8.5% in the second quarter. The PCE price index went up 4.2%, compared with an increase of 7.3% in the previous quarter.

The U.S. Leading Economic Index (LEI) fell 0.4% in September, and the weaknesses among the indicators were widespread. Most notably, rising inflation, increasing interest rates, and a slowdown in the labor markets stifled the LEI. The LEI is now down 2.8% over the past six months. The senior director of economics with The Conference Board interpreted the data to suggest that a recession is likely coming before the end of 2022.

The Chicago Fed National Activity Index (CFNAI) was unchanged in September, at +0.10. Production-related indicators provided positive contributions to the CFNAI, owing to growth in industrial production. Employment-related contributors also aided the CFNAI, as the unemployment rate edged down. The index's three-month moving average made a significant increase, from +0.04 in August to +0.17 in September.

In September, the U.S. economy added 263,000 jobs. The U.S. Bureau of Labor Statistics reported that the unemployment rate decreased 0.2 percentage point, to 3.5%.

The U6 unemployment rate, the broadest measure of labor underutilization, edged down 0.3 percentage point in September, to 6.7%.

QLESS 000199



**EXHIBIT 1A: Real Gross Domestic Product and Moving Averages**



Source of data: U.S. Department of Commerce.
Note:  Figures are seasonally adjusted at annual rates. As the U.S. Department of Commerce issues revised data, some historically reported figures may change.

carta



**EXHIBIT 1B: GDP Components—Contribution to GDP Rate**

The four-week average of initial claims for unemployment insurance in the last week of September was 219,000. The total number of continued weeks claimed for benefits in all programs for the week ending October 1 was 1,223,968. This is a decrease of 30,879 from the previous week. The number of weekly claims filed for benefits in all programs was 3,279,058 in the comparable week in 2021.

Wages increased 10 cents in September, to $32.46. Real average hourly earnings, seasonally adjusted, have increased by 5.0%, from $30.92, over the 12-month period ending September 2022.

In the third quarter of 2022, the Federal Open Market Committee (FOMC) met twice. In the first meeting in July, the FOMC voted to raise the target range for the federal funds rate from 2.25% to 2.5%.

**EXHIBIT 1: Historical Economic Data 2009-2021 and Forecasts 2022-2032**

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | Consensus Forecasts** | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028-2032 |
| Real GDP* | -2.5 | 2.6 | 1.6 | 2.2 | 1.8 | 2.5 | 3.1 | 1.7 | 2.3 | 2.9 | 2.3 | -2.8 | 5.9 | 1.7 | 0.5 | 1.8 | 2.2 | 2.0 | 1.9 | 1.9 |
| Industrial production* | -11.4 | 5.5 | 3.2 | 3.0 | 2.0 | 3.0 | -1.4 | -2.2 | 1.4 | 3.2 | -0.7 | -7.0 | 4.9 | 4.1 | -0.1 | 1.6 | 2.2 | 2.0 | 1.7 | 1.7 |
| Consumer spending* | -1.3 | 1.7 | 1.9 | 1.5 | 1.5 | 3.0 | 3.8 | 2.8 | 2.4 | 2.9 | 2.0 | -3.0 | 8.3 | 2.4 | 0.8 | 1.8 | 2.1 | 2.1 | 2.0 | 2.0 |
| Real disposable personal income* | -0.4 | 1.0 | 2.5 | 3.1 | -1.4 | 4.0 | 4.1 | 1.8 | 2.8 | 3.3 | 3.5 | 6.2 | 1.9 | -5.2 | 1.8 | 2.6 | 2.3 | 2.1 | 2.1 | 2.1 |
| Business investment* | -14.5 | 4.5 | 8.7 | 9.5 | 4.1 | 6.9 | 1.8 | 0.7 | 4.1 | 6.5 | 3.6 | -4.9 | 6.4 | 4.3 | 0.8 | 3.0 | 3.1 | 2.9 | 2.9 | 2.7 |
| Nominal pretax corp. profits* | 8.4 | 25.0 | 4.0 | 10.0 | 1.7 | 5.4 | -2.8 | -2.4 | 4.5 | 8.6 | 3.9 | -5.9 | 22.6 | 5.0 | -1.5 | 2.4 | 6.0 | 4.7 | 4.2 | 4.0 |
| Total government spending* | 3.5 | 0.0 | -3.1 | -2.1 | -2.4 | -0.9 | 1.8 | 0.5 | 1.7 | 3.3 | 2.6 | 0.6 | -1.4 | 0.9 | 0.4 | 1.0 | NA | NA | NA | NA |
| Consumer price inflation* | -0.4 | 1.6 | 3.2 | 2.1 | 1.5 | 1.6 | 0.1 | 1.3 | 2.1 | 2.4 | 1.8 | 1.2 | 4.7 | 8.0 | 2.8 | 2.4 | 2.4 | 2.5 | 2.4 | 2.3 |
| Core PCE | | | | | | 1.6 | 1.2 | 1.6 | 1.7 | 2.0 | 1.7 | 1.3 | 3.5 | 4.9 | 3.5 | NA | NA | NA | NA | NA |
| 3-month Treasury bill rate | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.2 | 0.5 | 1.4 | 2.4 | 1.5 | 0.1 | 3.6 | 3.4 | 2.5 | 2.6 | 2.6 | 2.5 | NA |
| 10-year Treasury bond yield | 3.3 | 3.2 | 2.8 | 1.8 | 2.4 | 2.5 | 2.2 | 1.8 | 2.8 | 2.7 | 1.9 | 0.9 | 1.1 | 3.1 | 3.2 | 3.4 | 3.4 | 3.3 | 3.3 | 3.3 |
| Unemployment rate | 9.3 | 9.6 | 8.9 | 8.1 | 7.4 | 6.2 | 5.3 | 4.9 | 4.4 | 3.9 | 3.7 | 8.1 | 5.4 | 3.7 | 4.2 | NA | NA | NA | NA | NA |
| Housing starts (millions) | 0.6 | 0.6 | 0.6 | 0.8 | 0.9 | 1.0 | 1.1 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.6 | 1.6 | 1.4 | NA | NA | NA | NA | NA |

Source of historical data: U.S. Department of Commerce, U.S. Department of Labor, U.S. Census Bureau and The Federal Reserve Board.
Source of forecasts: Consensus Forecasts - USA, September 2022.

Notes:

*Numbers are based on percent change from preceding period.
Historic consumer price inflation, unemployment rate, 3-month Treasury rate, and 10-year Treasury yield are the annual averages.

**Forecast numbers are based on percent change from preceding period (excludes unemployment rate, housing starts, 3-month Treasury rate, and 10-year Treasury yield). Consumer price inflation information
is annual averages. The 2022 through 2026 forecasts for the 3-month Treasury rate and 10-year Treasury yield are for the end of each period. Forecasts for 2028-2032 signify the average for that period.

Consumer spending, also known as personal consumption expenditures, includes spending on services, durable, and nondurable goods.
Business investment is also referred to as nonresidential fixed investment.
Total government spending includes federal, state, and local government spending.

Every month, Consensus Economics surveys a panel of 30 prominent United States economic and financial forecasters for their predictions on a range of variables including future growth, inflation, current
account and budget balances, and interest rates.

At the September meeting, the FOMC unanimously voted to raise the target for the federal funds rate by 75 basis points, bringing the range to between 3.0% and 3.25%. The federal funds rate is the interest rate at which a commercial bank lends immediately available funds in balances at the Federal Reserve to another commercial bank. The committee announced it will continue to reduce its holdings of Treasury securities, agency debt, and agency mortgage-backed securities. The FOMC issued a press release stating that recent indicators in spending and production pointed to a modest growth. It also mentioned that job gains continued to be robust and unemployment had been low in recent months. Inflation, however, remains elevated due to pandemic-related supply-and-demand bottlenecks, rising food and energy prices, and other broad price pressures. The statement also pointed to the invasion of Ukraine by Russia as a key driver of inflationary pressures and instability in global economic activity. The committee also voted unanimously to approve a 75-basis-point increase to the primary credit rate, to 3.25%. The primary credit rate is the basic interest rate charged to most banks.

**EXHIBIT 2B: Historical Energy Data 2009-2021 and Forecasts 2022-2023**

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | EIA Forecasts | | % Change | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | 2022 | 2023 | 2022 | 2023 |
| Brent crude oil spot price* | 61.8 | 79.6 | 111.3 | 111.7 | 108.6 | 98.9 | 52.3 | 43.7 | 54.2 | 71.2 | 64.3 | 41.7 | 70.9 | 104.2 | 96.9 | 47.0% | -7.0% |
| West Texas intermediate crude oil price* | 62.0 | 79.5 | 94.9 | 94.1 | 98.0 | 93.2 | 48.7 | 43.3 | 50.8 | 65.1 | 57.0 | 39.2 | 68.2 | 98.1 | 90.9 | 43.8% | -7.3% |
| Heating oil retail price** | 252.4 | 297.1 | 365.7 | 378.6 | 378.3 | 371.4 | 264.9 | 210.3 | 250.7 | 301.2 | 299.9 | 244.3 | 300.0 | 461.0 | 411.0 | 53.7% | -10.8% |
| Gasoline regular grade retail price** | 234.9 | 278.1 | 352.6 | 362.7 | 350.6 | 336.4 | 242.8 | 214.9 | 241.7 | 272.7 | 260.4 | 218.4 | 302.0 | 398.0 | 361.0 | 31.8% | -9.3% |
| Electricity residential retail price*** | 11.5 | 11.5 | 11.7 | 11.9 | 12.1 | 12.5 | 12.7 | 12.6 | 12.9 | 12.9 | 13.0 | 13.2 | 13.7 | 14.8 | 15.2 | 7.5% | 3.1% |
| Electricity commerical retail price*** | 10.2 | 10.2 | 10.2 | 10.1 | 10.3 | 10.7 | 10.6 | 10.4 | 10.7 | 10.7 | 10.6 | | 11.3 | 12.1 | 12.5 | 7.5% | 3.1% |
| Electricity industrial retail price*** | 6.8 | 6.8 | 6.8 | 6.7 | 6.9 | 7.1 | 6.9 | 6.8 | 6.9 | 6.9 | 6.8 | 6.7 | 7.3 | 8.0 | 8.0 | 10.6% | 3.1% |
| Natural gas Henry Hub spot price**** | 4.0 | 4.4 | 4.0 | 2.8 | 3.7 | 4.4 | 2.6 | 2.5 | 3.0 | 3.2 | 2.6 | 2.0 | 3.9 | 7.4 | 6.0 | 88.5% | -18.5% |
| Airline Ticket Price Index | 258.0 | 278.2 | 304.0 | 305.0 | 312.7 | 307.7 | 292.2 | 282.6 | 275.8 | 264.9 | 265.4 | 217.6 | 217.5 | 290.0 | 281.8 | 33.3% | -2.8% |
| Producer Price Index: Petroleum | 1.8 | 2.3 | 3.0 | 3.1 | 3.0 | 2.8 | 1.8 | 1.4 | 1.7 | 2.1 | 1.9 | 1.4 | 2.4 | 3.4 | 2.9 | 41.9% | -15.8% |
| Producer Price Index: all commodities | 1.7 | 1.9 | 2.0 | 2.0 | 2.0 | 2.1 | 1.9 | 1.9 | 1.9 | 2.0 | 2.0 | 1.9 | 2.3 | 2.7 | 2.5 | 16.7% | -4.5% |

Source of historical and forecast data: U.S. Energy Information Administration.

Notes:
*Dollars per barrel
**Cents per gallon, U.S. average
***Cents per kilowatthour, U.S. average
****Dollars per million Btu

The Consumer Confidence Index increased 4.4 points in September. The September gain marked the second consecutive monthly increase, breaking a three-month streak of declines. The index now stands at 108.0. Consumers' assessment of current conditions and their short-term outlook both improved.

MetLife and the U.S. Chamber of Commerce published their third-quarter 2022 survey in August. The quarter's score dropped to 62.1, which is the lowest since the start of the pandemic. The third-quarter score fell 4.7 points, from 66.8 points last quarter. Despite the drop, the score remains higher compared to the all-time low of 39.5 at

carta

the start of the pandemic in the second quarter of 2020.

The survey highlighted three key findings for the quarter:

■   Half of the respondents stated that inflation is their bigger challenge. This result was the increasing concern
    for the fifth consecutive quarter. It also indicates a significant 31-point increase since last year.

■   Less than 60% of the small-business owners remarked that the economy is currently in poor health, an increase
    of 10 percentage points from last quarter.

■   Small businesses are reportedly becoming less comfortable with their cash flow. Although more than half
    (66.0%) of small businesses stated that they are comfortable with their current cash flow, it is 7.0 points lower
    than it was last quarter. This is a notable decline since mid-2020.

**EXHIBIT 3: Key Economic Variables Actual 2009-2021 and Forecast 2022-2032**



Source of historical data: U.S. Department of Commerce, U.S. Department of Labor and The Federal Reserve Board.
Source of forecasts: Consensus Forecasts.

*Numbers are based on percent change from preceding period. Consumer price inflation information is annual averages.

The RSM U.S. Middle Market Business Index continued to rebound in September, rising 7.3 points, to 138.5 points.
The September increase brought the index closer to its record-high of 143.7, which it hit in the third quarter of
2021. Despite elevated inflation, the report noted that 48.0% of respondents saw an increase in their gross rev-
enues, while 60% expected their revenues to rise in the next six months.

carta

The Institute for Supply Management's Manufacturing PMI index decreased by 1.9 percentage points in September, to 50.9%. Despite the decrease, the score indicates an expansion in the manufacturing economy for the 28th consecutive month, albeit at a lower rate. A reading above 50% indicates that the manufacturing economy is generally expanding, while a reading below 50% indicates that it is generally contracting. Over the past 12 months, the Manufacturing PMI has averaged 56.2%.

The Federal Reserve reported that total industrial production increased by 0.4% in September, to 105.2. In the third quarter of 2022, industrial production increased at an annual rate of 2.9%. The total industrial production was 5.3% higher than it was one year ago. Capacity utilization for the industrial sector was at 80.3% in September, a rate that is 0.7 percentage point above its long-run (1972-to-2020) average.

The Institute for Supply Management's Services PMI index declined 0.2 percentage point in September, to a reading of 56.7%. While the index declined in September, it remained at a level that represented growth in the services sector for the 28th consecutive month. The Services PMI has remained in growth territory since the start of the coronavirus pandemic in March 2020 and April 2020, the only two periods of contraction in the last 152 months. Over the past 12 months, the Services PMI has averaged 59.2%. Fourteen industries reported growth in business activity during the month.

Stocks continued to decline in September. The S&P 500 dropped 9.2%, the Dow Jones Industrial Average fell 8.8%, and the Nasdaq Composite lost 10.5%. The Russell MidCap shed 9.3 percentage points in September, while the Russell 2000 Index retreated 9.6%. Stock volatility remained high in September, with the Chicago Board Options Exchange Volatility Index averaging 27.2, up from the August average of 25.8.

During the third quarter of 2022, the yield on the benchmark 10-year U.S. Treasury bond started the quarter at 2.9% and rose to 3.8% by the end of the quarter.

Housing starts increased 1.9% in September, to a seasonally adjusted rate of 1.439 million units. Despite the monthly increase, housing starts are 3.2% below their mark from one year ago. Single-family housing starts in September were at a rate of 892,000, 4.7% lower than the revised August figure and 18.5% lower than the rate from one year ago. Multifamily starts fell 13.1% in September, to a rate of 530,000, but remain up 16.5% from one year ago.

Existing-home sales declined for the eighth consecutive month, falling 1.5% to a seasonally adjusted annual rate of 4.71 million. Prospective buyers continued to face rising interest rates and rising home prices in most markets. On a year-over-year basis, home sales fell 23.8%.

The number of building permits authorized for new privately owned housing units, which measures how much construction is in the pipeline, rose 1.4% in September, to 1.564 million. On a year-over-year basis, the rate is down 3.2%. The number of privately owned housing completions increased by 6.1% in September and is 15.7% higher than the September 2021 rate.

The NAHB/Wells Fargo Housing Marking Index (HMI) decreased by 3.0 points, to 46.0 points. The report attributed the decline to weaker buyer traffic since early this year, and a rising number of builders have reported a spike in cancellations.

carta

The National Association of Realtors' most recent "Commercial Market Insights Report," which analyzed the commercial real estate market in the past 12 months, stated that, after the strong rebound in 2021, the commercial real estate market slowed down in 2022. The combination of high inflation, lowered household incomes, and geopolitical events is causing a decline in the growth of commercial real estate.

Multifamily home rent growth and absorption are decelerating, with rent growing year over year by 5.7%, a slower rate compared to the 9.4% and 11.3% in two previous quarters. Net absorption for office space dropped as the vacancy rate rose to 12.4% in the third quarter of 2022. Absorption for the industrial sector is reportedly double that of the prepandemic times. This sector had the lowest vacancy rate, 4.0%, than any other sector in the commercial real estate market.

CONFIDENTIAL
QLESS 000205

carta

**EXHIBIT 4: Economic Indicators Historical Data**

| Monthly Data | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Real GDP | | | 7.0 | | | -1.6 | | | -0.6 | | | 2.6 |
| Consumer spending | | | 3.1 | | | 1.3 | | | 2.0 | | | 1.4 |
| Business investment | | | 1.1 | | | 7.9 | | | 0.1 | | | 3.7 |
| Total government spending | | | -1.0 | | | -2.3 | | | -1.6 | | | 2.4 |
| Exports | | | 23.5 | | | -4.6 | | | 13.8 | | | 14.4 |
| Imports | | | 18.6 | | | 18.4 | | | 2.2 | | | -6.9 |
| CPI (one-month % change) | 0.8 | 0.5 | 0.3 | 0.8 | 0.9 | 1.3 | 0.6 | 1.1 | 1.4 | 0.0 | 0.0 | 0.2 |
| Unemployment rate | 4.6 | 4.2 | 3.9 | 4.0 | 3.8 | 3.6 | 3.6 | 3.6 | 3.6 | 3.5 | 3.7 | 3.5 |
| PMI | 60.8 | 60.6 | 58.8 | 57.6 | 58.6 | 57.1 | 55.4 | 56.1 | 53.0 | 52.8 | 52.8 | 50.9 |
| Services PMI | 66.7 | 68.4 | 62.3 | 59.9 | 56.5 | 58.3 | 57.1 | 55.9 | 55.3 | 56.7 | 56.9 | 56.7 |
| HMI | 80.0 | 83.0 | 84.0 | 83.0 | 81.0 | 79.0 | 77.0 | 69.0 | 67.0 | 55.0 | 49.0 | 46.0 |
| Housing starts (millions) | 1.6 | 1.7 | 1.8 | 1.7 | 1.8 | 1.7 | 1.8 | 1.6 | 1.6 | 1.4 | 1.6 | 1.4 |
| Building permits (millions) | 1.7 | 1.7 | 1.9 | 1.8 | 1.9 | 1.9 | 1.8 | 1.7 | 1.7 | 1.7 | 1.6 | 1.6 |

Notes: Real GDP and subcomponents data only available on a quarterly basis and therefore, are quarterly figures. GDP and its subcomponents, along with housing starts and building permits, are seasonally adjusted at annual rates. PMI is the Institute of Supply Management's Manufacturing Index—any reading above 50.0% suggests growth in the manufacturing economy, whereas a reading below 50.0% indicates contraction. Services PMI is the Institute of Supply Management's Non-Manufacturing Index, which measures the strength of the services sector—any reading above 50.0% suggests growth, whereas a reading below 50.0% indicates contraction. HMI is the National Association of Home Builders/Wells Fargo Housing Market Index—any reading over 50 indicates that more builders view sales conditions as good than poor.

| Quarterly Data | 4Q 18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Real GDP | 0.7 | 2.2 | 2.7 | 3.6 | 1.8 | -4.6 | -29.9 | 35.3 | 3.9 | 6.3 | 7.0 | 2.7 |
| Consumer spending | 1.8 | 0.4 | 2.6 | 3.4 | 2.4 | -6.2 | -32.1 | 43.0 | 3.9 | 10.8 | 12.1 | 3.0 |
| Business investment | 3.8 | 1.8 | 6.2 | 4.1 | -1.6 | -8.2 | -29.4 | 20.2 | 11.5 | 8.9 | 9.9 | 0.6 |
| Total government spending | 0.1 | 4.9 | 5.3 | 3.4 | 2.4 | 3.3 | 7.3 | -5.9 | -0.1 | 6.5 | -3.0 | -0.2 |
| Exports | 1.2 | 4.8 | -2.3 | 0.0 | 0.8 | -15.3 | -60.9 | 59.5 | 24.2 | 0.4 | 4.9 | -1.1 |
| Imports | 3.9 | 1.3 | 0.7 | -1.7 | -8.0 | -12.2 | -53.7 | 88.2 | 32.9 | 7.6 | 7.9 | 6.6 |
| CPI (3-month % change) | -0.5 | 1.2 | 0.8 | 0.2 | 0.1 | 0.4 | -0.1 | 1.0 | 0.1 | 1.7 | 2.6 | 1.0 |
| Unemployment rate | 3.9 | 3.8 | 3.7 | 3.5 | 3.5 | 4.4 | 11.1 | 7.9 | 4.2 | 6.0 | 5.9 | 4.8 |
| PMI | 54.3 | 54.6 | 51.6 | 48.2 | 47.8 | 49.7 | 52.2 | 55.7 | 60.5 | 64.7 | 60.9 | 60.5 |
| Services PMI | 58.0 | 56.3 | 55.4 | 53.5 | 54.9 | 53.6 | 56.5 | 57.2 | 57.7 | 63.7 | 60.7 | 62.6 |
| HMI | 56.0 | 62.0 | 64.0 | 68.0 | 76.0 | 72.0 | 58.0 | 83.0 | 86.0 | 82.0 | 81.0 | 76.0 |
| Housing starts (millions) | 1.1 | 1.2 | 1.2 | 1.3 | 1.6 | 1.3 | 1.3 | 1.4 | 1.7 | 1.7 | 1.7 | 1.6 |
| Building permits (millions) | 1.3 | 1.3 | 1.3 | 1.4 | 1.5 | 1.4 | 1.3 | 1.6 | 1.8 | 1.8 | 1.6 | 1.6 |

Notes: Unemployment rate, housing starts, building permits, PMI, Services PMI, and HMI are readings from the last month of the quarter. GDP and its subcomponents, along with housing starts and building permits, are seasonally adjusted at annual rates.

| Yearly Data | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Real GDP | 2.6 | 1.6 | 2.2 | 1.8 | 2.3 | 2.7 | 1.7 | 2.2 | 2.9 | 2.3 | -2.8 | 5.9 |
| Consumer spending | 1.7 | 1.9 | 1.5 | 1.5 | 2.7 | 3.3 | 2.5 | 2.4 | 2.9 | 2.0 | -3.0 | 8.3 |
| Business investment | 4.5 | 8.7 | 9.5 | 4.1 | 7.2 | 2.3 | 0.9 | 4.1 | 6.5 | 3.6 | -4.9 | 6.4 |
| Total government spending | 0.0 | -3.1 | -2.1 | -2.4 | -0.9 | 1.8 | 2.0 | 0.4 | 1.7 | 3.3 | 2.6 | 0.6 |
| Exports | 12.1 | 7.1 | 3.4 | 3.0 | 3.9 | 0.3 | 0.4 | 4.3 | 2.8 | 0.5 | -13.2 | 6.1 |
| Imports | 13.1 | 5.6 | 2.7 | 1.2 | 5.2 | 5.2 | 1.5 | 4.5 | 4.2 | 1.1 | -9.0 | 14.1 |
| Consumer Price Index | 1.6 | 3.2 | 2.1 | 1.5 | 1.6 | 0.1 | 1.3 | 2.1 | 1.9 | 2.3 | 0.1 | 0.6 |
| Unemployment rate | 9.6 | 8.9 | 8.1 | 7.4 | 6.2 | 5.3 | 4.9 | 4.4 | 3.9 | 3.7 | 8.1 | 5.4 |
| Housing starts (millions) | 0.6 | 0.6 | 0.8 | 0.9 | 1.0 | 1.1 | 1.2 | 1.2 | 1.2 | 1.3 | 1.4 | 1.6 |
| Building permits (millions) | 0.6 | 0.6 | 0.8 | 1.0 | 1.1 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.5 | 1.7 |

Notes: Yearly Consumer Price Index rates and yearly unemployment rates are the annual average rates.

Personal consumption includes spending on services and durable and nondurable goods.
Government spending includes federal, state, and local government spending.
As the government issues revised data, some historical reported figures may have changed.

Source of data: U.S. Department of Commerce, U.S. Department of Labor, U.S. Census Bureau, The Federal Reserve Board, the Institute of Supply Management, and the National Association of Home Builders.

# ECONOMIC OUTLOOK

Consensus Economics Inc., the publisher of Consensus Forecasts—USA, reports that the consensus of U.S. fore-casters believe that real GDP will rise at an annual rate of 0.7% in the fourth quarter of 2022 and will increase at a rate of by 0.2% in the first quarter of 2023. Every month, Consensus Economics surveys a panel of 30 prominent U.S. economic and financial forecasters for their predictions on a range of variables, including future growth, in-flation, current account and budget balances, and interest rates. The forecasters expect GDP to increase 1.7% in 2022 and 0.5% in 2023.

carta

They forecast that consumer spending will increase at a rate of 1.2% in the fourth quarter of 2022 and will rise 0.4% in the first quarter of 2023. They expect consumer spending to increase 2.4% in 2022 and 0.8% in 2023.

The forecasters believe unemployment will average 3.7% in the fourth quarter of 2022 and 3.9% in the first quarter of 2023. They predict that unemployment will average 3.7% in 2022 and 4.2% in 2023.

The forecasters believe that the three-month Treasury bill rate will be 3.6% at the end of the fourth quarter of 2022 and will stay at 3.6% at the end of the first quarter of 2023. They predict the 10-year Treasury bond yield will be 3.3% at the end of the fourth quarter of 2022 and will remain at 3.3% at the end of the first quarter of 2023.

They also believe consumer prices will rise at a rate of 4.4% in the fourth quarter of 2022 before increasing 3.7% in the first quarter of 2023. They expect consumer prices to increase by 8.0% in 2022 and 3.8% in 2023. They expect producer prices to increase 4.4% in the fourth quarter of 2022 before increasing 2.5% in the first quarter of 2023. The forecasters anticipate producer prices will rise 13.4% in 2022 and 3.1% in 2023.

The forecasters believe real disposable personal income will rise 1.3% in the fourth quarter of 2022 and increase by 2.7% in the first quarter of 2023. They believe real disposable personal income will decrease by 5.2% in 2022 but rise by 1.8% in 2023.

The forecasters expect industrial production to increase 0.3% in the fourth quarter of 2022 and fall 1.1% in the first quarter of 2023. They forecast that industrial production will increase 4.1% in 2022 and fall 0.1% in 2023.

Nominal pretax corporate profits are expected to increase 5.0% in 2022 but decrease 1.5% in 2023. The forecasters also project housing starts in 2022 will be 1,560,000 and 1,390,000 in 2023.

The most recent release of The Livingston Survey (the Survey) predicts GDP growth of 2.1% for the second half of 2022, which is a downward revision from the previously forecasted rate of 3.5% in the prior survey. The Survey, conducted by the Federal Reserve Bank of Philadelphia, is the oldest continuous survey of economists' expectations. It summarizes the forecasts of economists from industry, government, banking, and academia. The survey forecasts GDP growth of 2.3% in the first half of 2023. The forecasters predict a lower unemployment rate compared with their prior expectations. In June 2022, they forecast the unemployment rate will drop to 3.4% in December 2022 from the current rate of 3.6%, then rise to 3.5% by June 2023. The forecasters believe CPI inflation will be 7.6% for 2022 and 3.8% for 2023 while PPI inflation will be 13.2% for 2022 but drop significantly, to 4.2% for 2023.

The Congressional Budget Office (CBO) provided its baseline economic forecast that is used as the basis for updating its budget projections for 2022 to 2032. In the report, the CBO projects that, if current laws governing federal taxes and spending generally remain in place, the economy will grow modestly for the rest of the year. Real (inflation-adjusted) gross domestic product (GDP) is expected to grow at 3.1% by the fourth quarter of 2022 over the fourth quarter of 2021 and by 2.2% by the fourth quarter of 2023. The unemployment rate is projected to average 3.7% in 2022 and fall to 3.6% in 2023.

The CBO assumes in its forecast that many of the current disruptions in the supply chain, as well as many of the effects of pandemic-related demand for goods and services, will cause inflation to remain high through midyear 2022 and those effects will start to fade through 2023, staying above 2%, however, into 2024. The impact of price increases of food, energy, and motor vehicles are expected taper off in 2023.

CONFIDENTIAL

QLESS 000207

carta

The Federal Reserve published its summary of economic projections, which is released with the FOMC meeting minutes in September 2022. For 2022, the Federal Reserve forecasts real GDP to increase by 0.2%, which is less than its prior forecast for growth of 1.7%. Real GDP is forecasted to grow by 1.2% in 2023 and by 1.7% in 2024. The unemployment rate is projected to be 3.8% for 2022, which is more than its earlier projection of 3.7%. Unemployment is expected to be at 4.4% in 2023 and 4.4% in 2024. The Federal Reserve forecasts PCE to be at 5.4% in 2022, higher than the previously projected rate of 5.2%, but it is expected to moderate to 2.8% in 2023 and 2.3% in 2024. Core PCE is forecasted to be 4.5%, more than the originally projected rate of 4.3% in 2022, but is projected to increase to 3.1% in 2023 and 2.3% in 2024.

The Energy Information Administration (EIA) predicts that the West Texas Intermediate crude oil spot price will average approximately $98.07 per barrel in 2022, down from $98.71 per barrel in the previous forecast, and fall to $90.91 per barrel in 2023, up from $89.13 per barrel in the previous forecast. The average price for West Texas Intermediate crude in 2021 was $68.21 per barrel. The EIA expects retail prices for regular-grade gas to average $3.98 per gallon in 2022 and $3.61 per gallon in 2023, compared with $3.02 per gallon in 2021.

The EIA believes the Henry Hub natural gas spot price will average $7.37 per million Btu (MMBtu) in 2022, up from $6.80 per MMBtu in the previous forecast, and drop to $6.01 per MMBtu in 2023. The average Henry Hub natural gas spot price was $3.91 per MMBtu in 2021.

The cost of coal delivered to electricity-generating plants, which averaged $1.98 per MMBtu in 2021, is expected to average $2.26 per MMBtu in 2022 and similarly $2.26 per MMBtu in 2023. Residential electricity prices, which averaged 13.72 cents per kilowatt-hour (kWh) in 2021, are expected to average 14.75 cents per kWh in 2022 then rise to 15.24 cents per kWh in 2023. The airline ticket price index, which averaged $217.50 in 2021, is expected to rise to $290.00 in 2022, a slight decrease from the previous forecast, before declining to $281.80 in 2023.

The most recent three-year outlook from the Urban Land Institute (ULI) and Ernst & Young (EY) found that real estate economists and analysts expect a slowing economy with minimal growth in 2022 and 2023 but will return to stronger growth in 2024. The forecast also projects a full recovery from the 9.3 million jobs lost in 2020 by adding 4.3 million jobs in 2022 to the 6.74 million jobs added in 2021. The forecast further projects job growth to continue but at a slower pace by 0.6 million and 1.5 million jobs in 2023 and 2024, respectively. The ULI/EY Real Estate Consensus Forecast, a semiannual publication, is based on a survey of 43 of the industry's top economists and analysts representing 37 of the country's leading real estate investment, advisory, and research firms and organizations. The forecast for each indicator is the median forecast from the 43 survey respondents. The key findings from the Real Estate Consensus Forecast include:

carta

- U.S. commercial real estate transaction volumes reached an all-time high of $855 billion in 2021, a rebound from a seven-year low of $432 billion in the pandemic of 2020. It is forecasted to slow down to $600 billion in 2022 and remain at that level in 2023. Transaction volume is predicted to grow stronger in 2024, to $750 billion; this would exceed annual volumes in all prepandemic years.

- Overall price increased by 19.2% in 2021 but is expected to lower substantially, to 5.5%, in 2022. Although it remain above the long-term average, it is expected to dip in 2023 to 3.0% and rise to 5.0% in 2024.

- Office vacancy rates are predicted to rise to 17.2% in 2022, following a weak two previous years. Vacancy rates will continue at an elevated level, 17.6% in 2023, and stay at that level in 2024.

- Single-family housing starts are projected to slow down in 2022 and remain low by almost 30.0% by 2023. Housing starts are expected to recover in 2024, though not yet back to their long-term average.

- National Council of Real Estate Investment Fiduciaries (NCREIF) total returns, which were positive for 11 consecutive years, finished at a strong 17.7% in 2021. Total returns are predicted to be 11.0% in 2022, 3.8% in 2023, and 7.0% in 2024. The 2022 total returns forecast range by property type; the range was from industrial, at 18.9%, to office, at 2.0%. In 2024, returns are projected to range from industrial, at 9.6%, to office, at 4.1%.

- In 2021, the vacancy/availability rates for apartments dropped substantially, to 2.6%. Vacancy rates are expected to remain low by historic standard but increase over time to 3.2% in 2022, 3.6% in 2023, and 3.7% in 2024.

- Commercial property rent growth differs widely by property type. Industrial and apartment rent growth are expected to reach their strongest level in 2022 and stay at moderate levels for the next two years. The annual growth averaged by 5.9% in 2023, then 4.5% in 2024. Annual retail rent growth will average 1.7% over the forecast years, with a dip in 2023. Rent for office space will grow 0.3% on average, with the most growth to occur in 2024. For hotels—which track revenue per available room (RevPAR), combining rental rates and occupancy—growth will rise 40.0% in 2022, bringing it to above prepandemic levels. The growth will continue but at far more moderate rates of 3.7% in 2023 and 5.0% in 2024.

*Source*

*All of the contents of the economic outlook section of this valuation report are quoted from the Economic Outlook UpdateTM 3Q 2022 published by Business Valuation Resources, LLC, © 2022 reprinted with permission. The editors and Business Valuation Resources, LLC, while considering the contents to be accurate as of the date of publication of the EOU, take no responsibility for the information contained therein. Relation of this information to this valuation engagement is the sole responsibility of the author of this valuation report.*

carta

# INDUSTRY SUMMARY

Operators in the Software Publishing industry design, develop and publish software. Industry revenue expanded rapidly over the five years to 2022, as businesses and consumers increased their investment in software, computers, smartphones and video games. Rising private investment in computers and software stimulated demand from businesses, while higher consumer spending encouraged consumers to spend on software as well. Moreover, new internet-based solutions and the increasing popularity of mobile devices have triggered an explosion of mobile software applications. Industry revenue is estimated to rise at an annualized rate of 7.1% to $442.5 billion over the past five years. Moreover, in 2020, the industry experienced strong revenue growth of 7.6%, as the COVID-19 (coronavirus) pandemic compelled businesses to increase spending on software for remote operations and consumers increased spending on social and entertainment software offerings. Revenue is anticipated to rise 0.8% in 2022. Software publishers are often highly profitable despite the prevalence of software piracy, litigation and an expensive workforce. Publishers have focused on strategic acquisitions and product development in recent years, with large software publishers regularly acquiring smaller operators with specialties in high-growth, niche markets. Additionally, most operators have switched to the software-as-a-service (SaaS) model to stabilize cash flows. This model makes it more affordable to buy software products, enticing smaller and cash-strapped companies to subscribe while also facilitating easy scalability and frequent software updates. Greater ubiquity of software in daily activities and the rise of predictive analytics and artificial intelligence software will benefit the industry over five years to 2027, expanding software publishers' product offerings and markets. For example, connected cars, smart appliances and automated logistics services are all expected to continue integrating with the daily activities of US consumers and businesses. Mobile computing devices are also providing new platforms on which operators can compete, while cloud computing is opening a wider array of software possibilities for smartphones and tablets that are no longer hampered by low storage capacities. Altogether, revenue is expected to rise at an annualized rate of 3.1% to $515.2 billion over the next five years.

## MAJOR PRODUCTS

### APPLICATION SOFTWARE PUBLISHING

This segment is accountable for 48.2% of total revenue for the Software Publishing industry in 2022. General business productivity and home use applications make up 48.2% of the application software segment's revenue overall. This category includes software products such as Microsoft Corporation (Microsoft)'s Office and Apple Inc. (Apple)'s iWork. Other sources of revenue in this segment includes sales of cross-industry application software, utilities software and vertical market application software. The COVID-19 (coronavirus) pandemic incentivized businesses to transition to remote work and update their processes, this segment has grown as a share of revenue.

### SYSTEM SOFTWARE PUBLISHING

In 2022, this segment is accountable for an estimated 26.0% of industry revenue, having grown over the past five years. System software includes operating systems, network software, database management software and development tools and programming language software, among other systems software products. Operating systems software, which manages a computer's processes, memory and hardware, account for 32.3% of the segment's revenue and includes Microsoft Windows and Apple's Mac OS X. Network software accounts for 26.8% of the segment's revenue and is designed to set up, manage and monitor computer networks. Finally, sales of database software represent 21.4% of this segment's revenue.

carta

## OTHER

Custom application design and development are designed for specific organizations and users. These may include agriculture, aerospace & defense, education, healthcare, and transportation industries among others. More expensive than other types of software, custom software accommodates the customers' needs and may be designed in stages and permit changes and improvements.

## MAJOR MARKETS

### BUSINESSES

Businesses adopt operating systems and application software to boost productivity and cater to industry-specific environments, such as computer-aided design and manufacturing. Virus prevention and protection from "hackers" are also areas in which businesses require continual upgrades in software to meet ever-changing threats to internal networks and websites. Some industries, including those in the health and finance sectors, have increased spending on software to improve systems in coping with regulatory and market changes. Large businesses have increasingly resorted to "off-the-shelf" software, including enterprise resource planning software, customer relationship management software and database management software. A move toward networked workplaces has driven demand for networking software, as well as applications software. The COVID-19 (coronavirus) pandemic and subsequent shift to work from home for a large portion of the workforce has resulted in an increase in demand for virtual communications platforms such as Microsoft teams. Demand from businesses remained steady in 2021 amid a continuation of employees working from home and conducting meetings with clients virtually.

### GOVERNMENT AND HOUSEHOLDS

Governmental needs are similar to that of business users, while the household market is more diverse, as purchases range from games and photo editing to educational, word-processing and spreadsheet software. As households have widely adopted mobile devices, including smartphones and tablets, gross and relative revenue from this consumer class have both stagnated. However, emerging high-growth markets that appeal to households, such as video game software, continue to generate high revenue growth and maintain a strong share of total industry revenue for the segment. Moreover, rising per-capita disposable income during the coronavirus pandemic enabled consumers to purchase industry products such as video game software, boosting households' share of industry revenue. In 2022 this trend is likely to wane somewhat as alternate entertainment options, such as sporting events and bars and restaurants are anticipated to continue to experience rising demand, potentially limiting time spent playing video games.

CONFIDENTIAL

QLESS 000211

carta

# OPERATING CONDITIONS

## CAPITAL INTENSITY

The Software Publishing industry is highly labor-intensive, with companies allocating only $0.11 toward capital investments for every $1.00 spent on labor. Most software companies require only limited capital goods, such as computers and office space. Software is an intangible product that requires highly skilled employees and a significant time investment. Companies rarely encode their software on discs themselves, preferring to outsource that activity or by selling via downloadable files through the internet.

## REVENUE VOLATILITY

Increasing use of technology in business and consumers' everyday lives has spurred demand during the period. Additionally, the increasing prevalence of subscription-based software sales has smoothed out demand during the period. The majority of industry revenue comes from software sold to businesses, normally on a subscription basis. Most businesses treat software spending as a capital expense, as software is viewed as a productivity-enhancing tool. In times of increasing demand, businesses take advantage of available funds to invest in computer software and increase productivity. Conversely, many businesses do not view software spending as necessary in an environment of declining demand. Companies that primarily sell their products to consumers or businesses on a single license basis experience much more revenue volatility than business-oriented software companies. This is particularly true for software which is updated regularly and customarily bought in concordance with new hardware. In these cases, operators are exposed when consumer credit tightens and consumers reduce their debt levels, causing hardware sales to decline, and software sales and updates decline as a result.

## REGULATION

Failure to protect such technology could lead to a loss of valuable assets and competitive advantage. Software companies protect their proprietary information through the use of patents, copyrights, trademarks, trade secret laws, confidentiality procedures and contractual provisions. Congress has passed the Sherman Antitrust Act, the Clayton Act and the Robinson-Patman Act, along with various other regulations regarding unfair competition. In addition, states have enacted their own antitrust laws to ensure that the general public is provided with the best prices, quality and competition among businesses. In 2010, the Department of Justice (DOJ) filed a lawsuit against Oracle, claiming that between 1998 and 2006, the federal government did not receive the same discounts for services as the commercial sector. The case was ultimately settled for just under $199.5 million plus interest fees. In 1994, the DOJ opened an investigation into whether Microsoft was abusing its monopoly on the PC operating system market. The investigation resulted in a settlement, in which Microsoft consented to not tying other Microsoft products to the sale of its Windows operating system. In 1998, the DOJ and the attorney generals of 20 states sued Microsoft for illegally thwarting competition. In 2001, the DOJ reached a proposed settlement, requiring Microsoft to share its application programming interfaces with third-party companies and appoint a panel of three people that would have full access to Microsoft's systems, records and source code for five years to ensure compliance. In 2004, a US Appeals Court approved the settlement, with Microsoft's obligation under the settlement, as originally drafted, expiring on November 12, 2007. Microsoft later agreed to a two-year extension of part of the final judgments dealing with communications protocol.

carta

QLESS 000213

carta

## INDUSTRY STRUCTURE

### BARRIERS TO ENTRY

The Software Publishing industry has moderate barriers to entry, though certain product segments have much stronger barriers than others. Patents on intellectual property are commonly used to limit competition, though in many cases companies are willing to license their patented technology. In certain product segments, particularly operating systems, network effects are a key factor protecting incumbent products; for example, the ubiquity of Microsoft Corporation (Microsoft)'s Windows operating system makes it extremely difficult for competing products to gain market share, even when the competing software is more technologically robust and given away for free. Software publishers have historically been the targets of antitrust regulators. In 1998, the US Department of Justice brought charges against Microsoft for anticompetitive business practices that led to the dominance of Microsoft's Internet Explorer internet browser over competing programs. Microsoft had been bundling its internet browser with its immensely popular Windows operating system and forming restrictive licensing agreements with comput- er vendors. Software bundling remains a common competition-limiting practice, though large software publishers must be careful not to garner too much regulatory scrutiny. Companies seeking to supply software to the gov- ernment, particularly military contractors, must have that software approved through additional certification and accreditation processes. On an investment basis, there are few barriers to entry for software publishing start-ups. Many software companies began with a little more than a handful of computers and programmers. Scarcity of high- ly skilled, creative programmers is the most limiting factor for software publishers, leading to very high wages or stock-based compensation plans.

carta

## COMPETITIVE LANDSCAPE

### MARKET SHARE CONCENTRATION

The Software Publishing industry has a medium level of market share concentration, with the four largest compa-nies estimated to account for a combined 49.0% of industry revenue in 2022. Due to the varied nature of different industry software, it is difficult for a single player to dominate the industry. Microsoft Corporation (Microsoft) is the industry's largest player with a market share of 22.5% of industry revenue in 2021. The size of Microsoft's market share is due to its leading role in the operating system, business analytics and video game software segments. Oth-er players in this industry, however, focus on only one or two industry segments. As a result, their market share for software publishing is relatively small, resulting in a low market share concentration for the industry. Concentration for the Software Publishing industry has remained relatively consistent over the five years to 2022, falling slightly as new operators have increasingly entered the industry.

### COMPETITION

This industry can be segmented into more specific markets, including operating systems, database publishing and video game software (IBISWorld reports 51121a, 51121b and 51121e, respectively). Companies that produce soft-ware, including operating systems software, video games and productivity tools, experience high competition. A major internal threat to revenue-generating companies is that of open-source software, where programmers con-tribute to create and distribute free programs. While such software can lack the polish (i.e. usability, attractiveness and stability) of professionally published programs, these programs can be updated more easily and often are more standards-compliant. While business and enterprise customers tend to stay away from this software, open-source programs are becoming more popular with consumers seeking free or low- cost alternatives to expensive software sold by the likes of Microsoft Corporation (Microsoft) or Apple Inc.

### GLOBALIZATION

Globalization is on the rise as major players in the Software Publishing industry increasingly become multinational companies and control a large percentage of the worldwide software publishing market. Typically, sales to cus-tomers outside the United States can represent a significant share of revenue. For example, 50.1% of Microsoft Corporation's revenue was generated outside the US in fiscal 2021. Additionally, many industry players have made acquisitions and formed collaborative alliances across national borders to achieve economies of scale and reach local markets. International trade flows do not reflect these trends because software is increasingly transferred dig-itally rather than by physical CD. Therefore, industry trade is almost negligible. Companies can also outsource the production of code to low wage countries such as India or China. This option can be attractive to start-up compa-nies that want to design software such as mobile applications but do not have the coding knowledge to create the software or the budget to hire an in-house team.

carta

## STAGE OF DEVELOPMENT

### SELECTED STAGE OF DEVELOPMENT: STAGE FOUR

The American Institute of Certified Public Accountants (AICPA) defines six stages of enterprise development:

### STAGE ONE

Enterprise has no product revenue to date and limited expense history, and typically an incomplete management team with an idea, plan, and possibly some initial product development. Typically, seed capital or first-round financing is provided during this stage by friends and family, angels, or venture capital firms focusing on early-stage enterprises, and the securities issued to those investors are occasionally in the form of common stock but are more commonly in the form of preferred stock.

### STAGE TWO

Enterprise has no product revenue but substantive expense history, as product development is underway and business challenges are thought to be understood. Typically, a second or third round of financing occurs during this stage. Typical investors are venture capital firms, which may provide additional management or board of directors expertise. The typical securities issued to those investors are in the form of preferred stock.

### STAGE THREE

Enterprise has made significant progress in product development; key development milestones have been met (for example, hiring of a management team); and development is near completion (for example, alpha and beta testing), but generally there is no product revenue. Typically, later rounds of financing occur during this stage. Typical investors are venture capital firms and strategic business partners. The typical securities issued to those investors are in the form of preferred stock.

### STAGE FOUR

Enterprise has met additional key development milestones (for example, first customer orders, first revenue shipments) and has some product revenue, but is still operating at a loss. Typically, mezzanine rounds of financing occur during this stage. Also, it is frequently in this stage that discussions would start with investment banks for an IPO.

### STAGE FIVE

Enterprise has product revenue and has recently achieved breakthrough measures of financial success such as operating profitability or breakeven or positive cash flows. A liquidity event of some sort, such as an IPO or a sale of the enterprise, could occur in this stage. The form of securities issued is typically all common stock, with any outstanding preferred converting to common upon an IPO (and perhaps also upon other liquidity events).

carta

**STAGE SIX**

Enterprise has an established financial history of profitable operations or generation of positive cash flows. An IPO or sale of the enterprise could also occur during this stage.

carta

## VALUATION METHODOLOGIES

In valuing the FMV of QLESS's common shares, Carta Valuations LLC has considered the three generally accepted valuation approaches as recommended by the American Institute of Certified Public Accountants (AICPA).

In its Valuation of Privately-Held-Company Equity Securities Issued as Compensation publication, the AICPA outlines three approaches to determining fair market value: market approach, income approach, and asset approach.

## MARKET APPROACH

According to the AICPA, the **market approach** is a valuation technique that uses prices and other relevant information generated by market transactions involving identical or comparable (that is, similar) assets, liabilities, or a group of assets and liabilities, such as a business. The market approach derives value based on the value implied by these other similar enterprises or transactions. Using this approach, Carta Valuations LLC would examine investments by unrelated parties or examine transactions in enterprises with equity securities similar to QLESS. Within the market approach, Carta Valuations LLC considers three valuation methods:

- Guideline Public Company Method
- Guideline Company Transactions Method
- Subject Company Transactions Method

### GUIDELINE PUBLIC COMPANY METHOD

Relevant market multiples from the guideline comparable public companies are developed using metrics such as revenue and earnings before interest, taxes, depreciation and amortization (EBITDA).

### GUIDELINE TRANSACTIONS METHOD

This methodology utilizes valuation multiples based on actual transactions that have occurred in the subject entity's industry or related industries to arrive at an indication of value. These derived multiples are then adjusted and applied to the appropriate operating data of the subject entity to arrive at an indication of value.

### SUBJECT COMPANY TRANSACTIONS METHOD

The method is useful for valuators when there has been a recent transaction in the company's own securities. At a fundamental level, the Subject Company Transactions Method answers the singular question:

> *What would the total value of the enterprise need to be, in order for a third-party investor to invest at the given per-share price, accounting for all liquidation preferences and seniorities for all share classes in the enterprise?*

In other words, given that an investment occurred, the method calculates the implied total value of the enterprise if the valuation accounts for all share class rights and preferences, as of the date of the latest financing.

According to the AICPA, the backsolve is the most reliable indicator of enterprise value for early-stage customers, provided that the relevant transactions in the enterprise's shares have occurred at **arm's length**[*].

The Subject Company Transactions Method considers the various terms of an enterprise's shareholder agreements that would affect the distributions to each class of equity upon a liquidity event as of the future liquidation date, including:

- the level of seniority among securities,
- dividend policy,
- conversion ratios,
- and cash allocations.

[*]**Arm's length transaction:** A transaction that was entered into by informed but unrelated market participants, simultaneously seeking the best terms possible.

[*]**Note:** In many situations, the transactions are not done at arm's length. It is still possible to perform the valuation in these cases, but additional considerations need to be made.

## INCOME APPROACH

According to the FASB ASC glossary, the Income Approach is defined as a:

> *"Valuation technique that converts future amounts (for example, cash flows or income and expenses) to a single current (that is, discounted) amount."*

This approach finds conceptual support in the basic assumption that the value of an enterprise is represented by the aggregate expectations of future income and cash flows.

### DISCOUNTED CASH FLOW METHOD

The income approach converts future cash flows to a single, current discounted amount. The fair value measurement is estimated on the basis of the value indicated by current market expectations about those future cash flow amounts. The DCF method converts these future cash flows to their present value using a specific discount rate that factors in the time value of money and any measurable level of risks associated with the business.

### WACC CALCULATION

The Weighted Average Cost of Capital ("WACC") is the rate of return specific to the enterprise being valued that reflects the risk of investment in said enterprise. In general, the higher the WACC, the higher an investor's expected return would be for an investment in the enterprise. When performing a Discounted Cash Flow analysis, Carta Valuations LLC computes an enterprise-specific WACC using the Capital Asset Pricing Model ("CAPM").

carta

The CAPM formula is defined as follows:

$$R_E = R_F + B * (R_M) + SP + CSRP$$

Where:

**R$_e$** = Return on equity                    **R$_f$** = Risk-free rate

**β** = Beta                                      **R$_m$** = Market risk premium

**SP** = Small company size premium              **CSRP** = Company-specific risk premium

**SMALL COMPANY SIZE PREMIUM**

Given that most of the comparable public companies are much larger than the enterprise being valued, we apply an additional premium to the cost of equity calculation to reflect the additional premium that investors would re-quire to invest in small cap public shares.

**COMPANY-SPECIFIC RISK PREMIUM**

To capture the added risk involved in investing in smaller, less profitable, and less mature companies, an additional company specific risk premium is applied to the cost of equity calculation. This risk premium reflects the additional risk associated with the enterprise's revenue relative to the market at large.

# ASSET APPROACH

Among the three valuation approaches discussed, the AICPA considers the Asset Approach in most circumstances to be the weakest valuation method from a conceptual standpoint. This approach is frequently used in valuing cap-ital-intensive companies and holding companies. Typically this approach would only be used when valuing enter-prises that:

- are in the very early stages of development,
- have not yet raised any arms-length financing,
- or when there is a limited (or no) basis for the application of the Income Approach or the Market Approach.

**COST TO RECREATE METHOD**

This method defines an enterprise's fair market value as the sum total of the enterprise's assets minus the sum total of the corresponding liabilities. In the case that an enterprise's assets are not sufficiently captured on its balance sheet, the **cost to recreate** method assumes that the enterprise's fair market value is consistent with the replace-ment cost (i.e. **cost to recreate**) of the enterprise's assets.

carta

# EQUITY VALUE ALLOCATION

After calculating the total value of the enterprise, valuators must then allocate the value to the various classes of securities in the capital structure. The generally accepted methods of equity allocation are explained below.

## CURRENT VALUE METHOD (CVM)

The Current Value Method allocates enterprise value to the various series of an enterprise's preferred stock based on the respective liquidation preferences or conversion values, in accordance with the terms of the enterprise's Articles/Certificate of Incorporation.

This approach involves allocating the company's current value among the various capital owners based on their respective liquidation preferences and conversion, dividend, and other rights under the assumption that all capital owners act in a manner that maximizes their financial return. Unlike the OPM and the PWERM approaches, this methodology is not forward-looking, and therefore fails to consider the possibility that the value of the company and the individual share classes will increase or decrease between the Valuation Date and a future date when the common shareholders receive a return on their investment (e.g., through a liquidity event such as an IPO or sale/merger). Per the AICPA guidelines:

*"Because the CVM focuses on the present and is not forward looking, the task force believes its usefulness is limited primarily to two types of circumstances. The first occurs when a liquidity event in the form of an acquisition or dissolution of the enterprise is imminent, and expectations about the future of the enterprise as a going concern are virtually irrelevant. The second occurs when an enterprise is at such an early stage of its development that (a) no material progress has been made on the enterprise's business plan, (b) no significant common equity value has been created in the business above the liquidation preference on the preferred shares, and (c) no reasonable basis exists for estimating the amount and timing of any such common equity value above the liquidation preference that might be created in the future."*

carta

## OPTION PRICING MODEL

This approach allows for the allocation of the determined value of the company among the various equity capital owners (preferred and common shareholders). The OPM uses the preferred shareholders' liquidation preferences, participation rights, dividend policy, and conversion rights to determine how proceeds from a liquidity event shall be distributed among the various ownership classes at a future date. Per the AICPA guidelines:

*"The OPM treats common stock and preferred stock as call options on the company's value, with exercise prices based on the liquidation preferences of the preferred stock. Under this method, the common stock has value only if the funds available for distribution to shareholders exceed the value of the liquidation preferences at the time of a liquidity event (for example, a merger or sale), assuming the enterprise has funds available to make a liquidation preference meaningful and collectible by the shareholders. The common stock is modeled as a call option that gives its owner the right, but not the obligation, to buy the underlying value at a predetermined or exercise price. In the model, the exercise price is based on a comparison with the value rather than, as in the case of a "regular" call option, a comparison with a per-share stock price. Thus, common stock is considered to be a call option with a claim on the equity at an exercise price equal to the remaining value immediately after the preferred stock is liquidated."*

## PROBABILITY WEIGHTED EXPECTED RETURN

This approach involves the estimation of future potential outcomes for the company, as well as values and probabilities associated with each respective potential outcome. The common stock per share value determined using this approach is ultimately based upon probability-weighted per share values resulting from the various future scenarios, which can include an IPO, merger or sale, dissolution, or continued operation as a private company. Per the AICPA guidelines:

*"Under a PWERM, the value of the various equity securities are estimated based upon an analysis of future values for the enterprise, assuming various future outcomes. Share value is based upon the probability-weighted present value of expected future investment returns, considering each of the possible future outcomes available to the enterprise, as well as the rights of each share class."*

carta

## OPTION PRICING MODEL

Carta Valuations LLC estimated the fair market value of QLESS common shares using the Option Pricing Model (OPM).

One of the most common AICPA-approved methods to value private companies with complex capital structures is the Option Pricing Model. The Option Pricing Model (OPM) treats each share class as a call option on the value of the entire firm, with exercise prices based on the liquidation preferences of the preferred stock. One notable benefit to using the OPM is that it accounts for the economic rights often seen in venture-capital backed preferred shares, including preferred liquidation preferences and payout seniority. In this method, each share class only has value if the funds available for distribution to shareholders exceed the value of the liquidation preferences at the time of a liquidity event for each of the prior share classes in a company's cap table.

Using the OPM, the common stock is modeled as a call option that gives its owner the right, but not the obligation, to buy the underlying value at a predetermined price. The considered "price" of these common-stock "call options" is based on the value of the entire enterprise at specific values ('breakpoints'). Thus, the common stock is considered to be a call option with a claim on the equity at an exercise price equal to the remaining value immediately after all share classes with lower-numbered liquidation seniority have liquidated. Carta Valuations LLC utilizes the Black-Scholes-Merton Option Pricing Model.

## OPTION PRICING MODEL CONSIDERATIONS

The OPM considers the various terms of an enterprise's stockholder agreements that would affect the distributions to each class of equity upon a liquidity event as of the future liquidation date, including:

- the level of seniority among securities,
- dividend policy,
- conversion ratios,
- and cash allocations.

### OPTION PRICING MODEL INPUTS

The Option Pricing Model relies on four inputs:

- the total value of the enterprise,
- the expected time to exit,
- the risk free rate of interest as of the Valuation Date,
- the volatility derived from similar publicly traded companies.

The formula for the Option Pricing Model is as follows:

$$C = S_0 \, e^{-qt} * N(d_1) - X \, e^{-rt} * N(d_2)$$

carta

**Where:**

- $S_0$ = Total value
- $X$ = Breakpoint value
- $q$ = Continuously compounded dividend yield
- $t$ = Time to exit (years)
- $\sigma$ = Volatility
- $r$ = Risk free rate

and $d_1$ and $d_2$ are defined as:

$$d_1 = \frac{ln(\frac{S_0}{X}) + t\,(r - q + \frac{\sigma^2}{2})}{\sigma\,\sqrt{t}}$$

$$d_2 = d_1 - \sigma\,\sqrt{t}$$

CONFIDENTIAL

QLESS 000224

carta

## VOLATILITY ASSUMPTIONS

Volatilities are estimated using historical daily pricing data, provided by CapIQ, for the selected comparable companies. The historical pricing data is gathered for a look-back period that matches the expected term.

Although more typical in later stage companies, the subject company may use both equity and debt instruments to finance their business activities. Per Section 6.36 of the AICPA Valuation of Privately-Held-Company Equity Securities Issued as Compensation, "[...] consideration should be given to the effect of the company's leverage." In order to account for the different capital structures across the subject company and its peer group, Carta Valuations LLC makes adjustments to the capital structure based on the Merton model and the equity volatility and asset volatility relationships listed below.

Under certain circumstances, applying an asset volatility and allocating enterprise value may have the effect of shifting value from the senior equity securities to the junior equity securities, as the liquidation preference for the senior securities is "sandwiched" between debt and the junior securities. When this sandwich effect occurs, Carta Valuations LLC deems it appropriate to apply an equity volatility (instead of an asset volatility) and allocate equity value. When such circumstance does not exist, the most appropriate volatility to use when allocating value across all investments is the asset volatility.

$$EquityValue = AssetValue * N(d_1) - [Debt * e^{(-rT)} * N(d_2)]$$

$$EquityVolatility = \frac{AssetVolatility*(AssetValue*N(d_1))}{EquityValue}$$

- **Asset Value** = total equity and debt value (**$S_0$**)
- **Equity Value** = total equity value only
- **Debt** = total value of debt claims outstanding (**X**)
- **q** = continuously compounded dividend yield

- **t** = probability weighted time to exit (years)
- **σ** = volatility
- **r** = risk-free rate
- **N(.)** = standard normal cumulative distribution function

carta

## VALUATION ADJUSTMENTS

### DISCOUNT FOR LACK OF MARKETABILITY

When valuing closely-held (private) companies, valuators typically apply a discount for lack of marketability (DLOM) to the share price, to account for the fact that private company shares are not as liquid as their public comparable company counterparts. In other words, one should expect to pay less for a closely-held (private) share of stock than that same investor would pay for a publicly-traded, fully liquid security.

**Discount for lack of marketability:** "An amount or percentage deducted from the value of an ownership interest to reflect the relative absence of marketability."[1]

**Marketability:** "The ability to quickly convert property to cash at minimal cost, with a high degree of certainty of realizing the anticipated amount of proceeds."[1,2]

### WHAT TO CONSIDER

This valuation, in accordance with the parameters set forth in **Mandelbaum v. Commissioner**[3], takes into account the following:

- The value of the subject corporation's privately traded securities vis-a-vis its publicly traded securities (or, if the subject corporation does not have stock that is traded both publicly and privately, the cost of a similar corporation's public and private stock);
- an analysis of the subject corporation's financial statements;
- the corporation's dividend-paying capacity, its history of paying dividends, and the amount of its prior dividends;
- the nature of the corporation, its history, its position in the industry, and its economic outlook;
- the corporation's management;
- the degree of control transferred with the block of stock to be valued;
- any restriction on the transferability of the corporation's stock;
- the period of time for which an investor must hold the subject stock to realize a sufficient profit;
- the corporation's redemption policy;
- the cost of effectuating a public offering of the stock to be valued, e.g. legal, accounting, and underwriting fees.

carta

**SUMMARY OF APPROACHES**

In preparing this valuation, we considered number of different approaches to computing the proper Discount for Lack of Marketability, loosely categorizable into the following: **benchmark study approach** and **securities-based approaches.**

---

[1]*International Glossary of Business Valuation Terms, as adopted in 2001 by American Institute of Certified Public Accountants, American Society of Appraisers, Canadian Institute of Chartered Business Valuators, National Association of Certified Valuation Analysts, and The Institute of Business Appraisers.*
[2]*Shannon P. Pratt, Alina V. Niculita, Valuing a Business, The Analysis and Appraisal of Closely HeldBusinesses, 5th ed (New York: McGraw Hill, 2008), p.39.*
[3]*Mandelbaum v. Commissioner, T.C. Memo 1995-255, 36.*
[4]*Securities Act of 1933 (Section 230.144). Note: Because the holder of restricted common stock is prohibited from selling any of the stock for full year (1997-2008, thereafter holding period is six months) and has additional constraints on the amounts that may be sold for an additional year, the restricted stock is significantly less liquid (and therefore less valuable) than its unrestricted counterpart.*

---

carta

# BENCHMARK STUDY APPROACH

This approach estimates the appropriate DLOM based on restricted stock studies, as well as pre-Initial Public Offering (IPO) pricing studies. This valuation considers the pre-IPO pricing studies a generally less-accurate indicator of private company DLOM for smaller, earlier-stage companies. Accordingly, we have not relied upon pre-IPO studies in determining an appropriate DLOM.

**Restricted stock:** unregistered common stock of a corporation identical in every respect to its publicly traded shares, except that it has not been registered, and is therefore, not freely tradable.[4]

We considered the following restricted stock studies because the effect of lack of marketability can be quantified by comparing the sale price of publicly traded shares to the sale price of so-called restricted shares of the same company that are identical in all rights and powers except for their ability to be freely marketed. Restricted stock studies are published, empirical studies, the most often cited of which are indicated below:

| Empirical study | Time period covered | Mean DLOM |
|---|---|---|
| SEC overall average [a] | Jan 1966 - Jan 1969 | 25.8% |
| SEC non-reporting OTC companies [a] | Jan 1966 - Jan 1969 | 32.6% |
| Gelman [b] | Jan 1968 - Dec 1970 | 33.0% |
| Trout [c] | Jan 1968 - Dec 1972 | 33.5% |
| Moroney [d] | Jan 1969 - Dec 1972 | 35.6% |
| Maher [e] | Jan 1969 - Dec 1973 | 35.4% |
| Standard Research Consultants [f] | Oct 1978 - Jun 1982 | 45.0% (median) |
| Willamette Management Associates [g] | 1981 - 1984 | 31.2% (median) |
| Silber [h] | Jan 1981 - Dec 1988 | 33.8% |
| FMV Opinions, Inc. [i] | Jan 1979 - Apr 1992 | 23.0% |
| Management Planning, Inc. [j] | Jan 1980 - Dec 1996 | 27.1% |
| Bruce Johnson Study [k] | Jan 1991 - Dec 1995 | 20.0% |
| Columbia Financial Advisors [l] | Jan 1996 - Apr 1997 | 21.0% |
| Columbia Financial Advisors [l] | May 1997 - Dec 1998 | 13.0% |

[a]Discounts Involved in Purchases of Common Stock (1966-1969), Institutional Investor Study Report of the Securities and Exchange Commission, H.R. Do. No. 92-64, Part 5, 92nd Congress, 1st Session, 1971, 2444- 2456.
[b]Gelman, Milton, An Economist Financial Analyst's Approach to Valuing Stock of a Closely Held Company, Journal of Taxation, June 1972, 353-354.
[c]Trout, Robert R., Estimation of the Discount Associated with the Transfer of Restricted Securities, Taxes, June 1997, 381-384.
[d]Moroney, Robert E., Most Courts Overvalue Closely Held Stocks, Taxes, March 1993, 144-154.
[e]Maher, Michael J., Discounts for Lack-of-marketability for Closely Held Business Interests, Taxes, September 1976, 562-71.
[f]Pittock, William F., and Stryker, Charles H., Revenue Ruling 77-287 Revisited, SRC Quarterly Reports, Spring 1983.
[g]Willamette Management Associates study (unpublished)
[h]Silber, William L., Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices, Financial Analysts Journal, July-August 1991, 60-64.
[i]Hall, Lance S., and Timothy C . Polacek, "Strategies for Obtaining the Largest Valuation Discounts," Estate Planning, January/February 1994. pp. 38-44.
[j]Oliver, Robert P. and Roy H Meyers, "Discounts Seen in Private Placements of Restricted Stock: The Management Planning, Inc., Long-Term Study (1980-1996)" (Chapter 5) in Robert F, Reilly and Robert P. Schweihs, eds, The Handbook of Advanced Business Valuations (New York: McGraw-Hill, 2000).
[k]Johnson, Bruce, "Restricted Stock Discounts, 1991-95", Shannon Pratt's Business Valuation Update, Vol. 5, No. 3, March 1999, pp. 1-3. "Quantitative Support for Discounts for Lack of Marketability." Business Valuation Review, December, 1999, pp. 152- 155
[l]CFAI Study, Aschwald, Kathryn F., "Restricted Stock Discounts Decline as Result of 1-Year Holding Period – Studies After 1990 'No Longer Relevant' for Lack of Marketability Discounts," SHANNON PRATT'S BUSINESS VALUATION UPDATE, Vol. 6, No. 5, May 2000, pp. 1-5.

carta

CONFIDENTIAL

carta

## SECURITIES-BASED APPROACHES

Securities-based approaches to computing Discount for Lack of Marketability rely on firmly-established stock option pricing theory. In compiling this valuation, we considered three distinct stock option pricing models - **The Chaffe Approach**, **The Asian Put Approach** and **The Finnerty Approach**.

carta

**THE CHAFFE APPROACH**[6]

$$P = Xe^{-rt} * \mathcal{N}(-d_2) - S_0 e^{-qt} * \mathcal{N}(-d_1)$$

$S_0$ = total equity value

$X$ = equity breakpoint value

$q$ = continuously compounded dividend yield

$t$ = time to expiration (% of year)

$\sigma$ = volatility

$r$ = risk-free rate

$N(.)$ = standard normal cumulative distribution function

## REPRESENTATIVE DLOMS

| Time to exit | Volatility: | 25.00% | 50.00% | 75.00% | 100.00% | 125.00% |
|---|---|---|---|---|---|---|
| 1 year | | 9.25% | 18.97% | 27.48% | 37.40% | 45.86% |
| 2 years | | 12.61% | 26.01% | 37.41% | 50.11% | 60.25% |
| 3 years | | 14.97% | 30.98% | 44.20% | 58.28% | 68.81% |
| 4 years | | 16.81% | 34.84% | 49.30% | 64.02% | 74.35% |
| 5 years | | 18.32% | 37.97% | 53.50% | 68.20% | 78.00% |

[6] David B.H. Chaffe III, "Option Pricing as a Proxy for Discount for Lack of Marketability in Private Company Valuations," Business Valuation Review (December 1993): 182–6. (Model corrected and updated in 2009; the Carta Valuations LLC uses the corrected, updated model)

carta

## THE ASIAN PUT APPROACH[7]

$$p = e^{-rT}\left[KN(-d_2) - F_0 N(-d_1)\right]$$

Where

$$d_1 = \frac{\ln\left(S_0 e^{aT} / K\right) + \left(\frac{1}{2}\sigma_A^2\right)T}{\sigma_A\sqrt{T}}, \quad d_2 = d_1 - \sigma_A\sqrt{T}$$

$$a = \frac{1}{2}\left(r - q - \frac{\sigma^2}{6}\right), \qquad \sigma_A = \frac{\sigma}{\sqrt{3}}$$

And

$$F_0 = S_0 e^{aT}$$

| | |
|---|---|
| *P* = Discount for Lack of Marketability | *σ* = Volatility |
| *K* = *F$_0$* = The value of the share of common stock without transfer restrictions | *r* = Risk-free rate |
| *q* = Continuously compounded dividend yield | *e* = The mathematical constant = 2.71828... |
| *T* = Time to expiration (% of year) | *N(.)* = Standard normal cumulative distribution function |

## REPRESENTATIVE DLOMS

| Time to exit | Volatility: | 25.00% | 50.00% | 75.00% | 100.00% | 125.00% |
|---|---|---|---|---|---|---|
| 1 year | | 6.00% | 12.00% | 19.00% | 26.00% | 33.00% |
| 2 years | | 9.00% | 18.00% | 28.00% | 37.00% | 47.00% |
| 3 years | | 11.00% | 22.00% | 34.00% | 46.00% | 57.00% |
| 4 years | | 12.00% | 26.00% | 39.00% | 53.00% | 64.00% |
| 5 years | | 14.00% | 29.00% | 44.00% | 58.00% | 70.00% |

[7] *David LeRay, "Efficient Pricing of an Asian Put Option Using Stiff ODE Methods", A Master's Project, Worcester Polytechnic Institute Review (2007).*

carta

## THE FINNERTY APPROACH[8]

$$D(T) = V_0 e^{-qT}[\mathcal{N}(v\sqrt{T}/2) - \mathcal{N}(-v\sqrt{T}/2)] \qquad v\sqrt{T} = \sqrt{\sigma^2 T + \ln[2(e^{\sigma^2 T} - \sigma^2 T - 1)] - 2\ln(e^{\sigma^2 T} - 1)}$$

*D(T)* = Discount for Lack of Marketability

*V₀* = The value of the share of common stock without transfer restrictions

*q* = Continuously compounded dividend yield

*t* = Time to expiration (% of year)

*σ* = Volatility

*r* = Risk-free rate

*e* = The mathematical constant = 2.71828...

*N(.)* = standard normal cumulative distribution function

## REPRESENTATIVE DLOMS

| Time to exit | Volatility: | 25.00% | 50.00% | 75.00% | 100.00% | 125.00% |
|---|---|---|---|---|---|---|
| 1 year | | 5.72% | 11.24% | 16.34% | 20.85% | 24.62% |
| 2 years | | 8.04% | 15.50% | 21.84% | 26.63% | 29.74% |
| 3 years | | 9.79% | 18.52% | 25.26% | 29.50% | 31.49% |
| 4 years | | 11.24% | 20.85% | 27.54% | 30.95% | 32.05% |
| 5 years | | 12.49% | 22.73% | 29.10% | 31.66% | 32.22% |

*Note: The Finnerty model has a mathematical asymptote at approximately 32%. Thus, for companies at higher volatilities, this model may understate the proper DLOM. [8] John D. Finnerty, "An Average-Strike Put Option Model of the Marketability Discount", The Journal of Derivatives (2012).*

carta

## THE DIFFERENTIAL PUT APPROACH

The Differential Put Approach is an option pricing model method that quantitatively approximates a discount for lack of marketability of common stock in a company where a precedent transaction, typically a preferred stock financing round, is used as an indication of fair value.

When applying the backsolve methodology to determine the value of common stock based on the price paid in the most recent preferred financing round, the resulting value of common stock already incorporates an implied discount for lack of marketability that is reflected in the price of the most recent preferred stock transaction. Therefore, according to the differential put approach, the appropriate discount for lack of marketability for the common stock is the incremental discount between the common stock and most recently transacted preferred share class.

The Chaffe or the Finnerty put models are applied to the share class volatilities to determine the specific discount for each share class.

$$D(T) = V_0 e^{-qT} \left( N(v\sqrt{T}/2) - N(-v\sqrt{T}/2) \right)$$

$$v\sqrt{T} = \sqrt{\sigma^2 T + \ln\left(2\left(e^{\sigma^2 T}\right)\right) - 2\ln\left(e^{\sigma^2 T} - 1\right)}$$

$$\text{DLOM}_{\text{incremental}} = 1 - (1 - \text{DLOM}_{\text{common}})/(1 - \text{DLOM}_{\text{preferred}})$$

$$\sigma_{\text{class}} = \sigma_{\text{equity}} * \text{Equity Value} * N(d_1)/\text{Class Value}$$

$$N(d_1)_{\text{class}} = \sum (N(d_1)_{\text{incremental}} * \text{Incremental Allocation})$$

$$p = X e^{-rt} N(-d_2) - S_0 N(-d_1)$$

**$S_0$** = total equity value

**$X$** = equity breakpoint value

**$t$** = Time to expiration (% of year)

**$\sigma$** = Volatility

**$r$** = Risk-free rate

**$e$** = The mathematical constant = 2.71828...

**$N(.)$** = standard normal cumulative distribution function

CONFIDENTIAL

carta

## VOLATILITY ANALYSIS

*Historical volatilities as of the Valuation Date.*

| Company name | 1 year | 2 years | 3 years | 4 years |
|---|---|---|---|---|
| 2U, Inc. | 119.19% | 91.79% | 89.47% | 97.33% |
| Alteryx, Inc. | 61.48% | 54.79% | 66.31% | 62.38% |
| Blackbaud, Inc. | 40.35% | 37.85% | 45.82% | 42.39% |
| HubSpot, Inc. | 73.20% | 64.30% | 63.59% | 57.95% |
| Okta, Inc. | 83.95% | 68.09% | 63.04% | 58.57% |
| Open Text Corporation | 35.58% | 28.48% | 32.53% | 29.68% |
| Synchronoss Technologies, Inc. | 72.22% | 68.05% | 75.67% | 73.51% |
| Verint Systems Inc. | 33.75% | 38.83% | 46.00% | 42.61% |
| Maximum | 119.19% | 91.79% | 89.47% | 97.33% |
| 90th percentile | 94.52% | 75.20% | 79.81% | 80.66% |
| 75th percentile | 75.89% | 68.06% | 68.65% | 65.16% |
| Median | 66.85% | 59.55% | 63.32% | 58.26% |
| Mean | 64.97% | 56.52% | 60.30% | 58.05% |
| 25th percentile | 39.16% | 38.59% | 45.96% | 42.56% |
| 10th percentile | 35.03% | 35.04% | 41.84% | 38.58% |
| Minimum | 33.75% | 28.48% | 32.53% | 29.68% |

*Source: Capital IQ*

CONFIDENTIAL

QLESS 000235