## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 21st day of August, 2024, I caused a true and correct copy of the foregoing *Objection of Alex Bäcker and Certain Preferred Shareholders to Debtor's Subchapter V Eligibility and Plan* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

| | |
|---|---|
| *Via Hand Delivery & E-mail*<br>Jeffrey N. Pomerantz<br>James E. O'Neill<br>Jordan A. Kroop<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>E-mail: jpomerantz@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jkroop@pszjlaw.com<br><br>*Counsel to the Debtor* | *Via Hand Delivery and E-mail*<br>Office of the United States Trustee<br>Attn: Malcom M. Bates<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2008 – Lockbox #35<br>Wilmington, DE 19801<br>E-mail: Malcom.m.bates@usdoj.gov<br><br>*Office of United States Trustee* |
| *Via Hand Delivery & E-mail*<br>David M. Klauder<br>**BIELLI & KLAUDER LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>E-mail: dklauder@bk-legal.com<br><br>*Subchapter V Trustee* | |

Dated: August 21, 2024         */s/ Laurel D. Roglen*
Wilmington, Delaware            Laurel D. Roglen (DE No. 5759)
                                BALLARD SPAHR LLP