# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QLESS, INC.<br><br>Debtor. | Chapter 11, Subchapter V<br><br>Case No. 24-11395 (BLS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jon M. Talotta, of Hogan Lovells US LLP, to represent Palisades Growth Capital II, L.P. in the above-captioned case and any related adversary proceedings.

Dated: August 21, 2024  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*  
Christopher M. Samis (No. 4909)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: csamis@potteranderson.com

\\4127-6413-8322 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Virginia, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: August 21, 2024

*/s/ Jon M. Talotta*
Jon M. Talotta, Esq.
**HOGAN LOVELLS US LLP**
8350 Broad Street, 17th Floor
Tysons, Virginia 22102
Telephone: (703) 610-6156
Facsimile: (703) 610-6200
Email: jon.talotta@hoganlovells.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 21st, 2024**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

\\4127-6413-8322  v1
IMPAC - 11705218v.1  8/21/2024 12:15 PM