## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| QLESS, INC., | Chapter 11, Subchapter V |
| Debtor. | Case No. 24-11395 (BLS) |

## NOTICE OF FILING AMENDED PLAN

**PLEASE NOTE:**

      1.      On July 19, 2024, the debtor-in-possession (the "**Debtor**") filed its *Plan* [Docket No. 70] (the "**Plan**"). On August 21, 2024, the Debtor filed its *Amended Plan,* which supersedes the previously-filed Plan. The *Amended Plan* is attached as **Exhibit 1** to this Notice. A redline comparison between the Amended Plan and the previously-filed Plan is attached as **Exhibit 2** to this Notice. The exhibits to the Plan remain unchanged in the Amended Plan except for Exhibit B (Projected Disposable Income).

      2.      The hearing to consider confirmation of the Amended Plan remains scheduled for **August 27, 2024 at 2:00 p.m. (Eastern Time)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801. The deadline for objections to confirmation was August 21, 2024, at 5:00 p.m. Eastern Time.

Dated: August 21, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
Hayley R. Winograd (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: joneill@pszjlaw.com
      jpomerantz@pszjlaw.com
      jkroop@pszjlaw.com
      hwinograd@pszjlaw.com

*Counsel to the Debtor in Possession*