## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| QLESS, INC., | Case No. 24-11395 (BLS) |
| Debtor. | **Related Docket No. 122** |

### CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING PLAN

1. On July 19, 2024, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed its plan (the "**Original Plan**") [Docket No. 70].

2. On August 21, 2024, the Debtor filed its amended plan (the "**Plan**") [Docket No. 122].

3. On August 23, 2024, the Debtor filed its *Brief in Support of Plan Confirmation* [Docket No. 130], along with the proposed confirmation order (the "**Original Confirmation Order**") attached as Exhibit B thereto.

4. A hearing was scheduled for August 27, 2024 before the Honorable Brendan L. Shannon to consider confirmation of the Plan, which was continued to September 13, 2024 (the "**Confirmation Hearing**").

5. At the Confirmation Hearing on September 13, 2024, the Court conducted an evidentiary hearing regarding the Plan and the Objection of Alex Backer and Certain Preferred Shareholders to Debtor's Subchapter V Eligibility and Plan [Docket Nos. 188 and 147] (together, the "**Objection**"),

6. On September 16, 2024, the Court gave its ruling overruling the Objection and confirming the Plan.

7.      Attached hereto as **Exhibit A** is the modified proposed confirmation order (the "**Confirmation Order**") for entry by the Court.

8.      Attached hereto as **Exhibit B** is a redline comparison of the proposed Confirmation Order against the Original Confirmation Order.

9.      Prior to submitting the Confirmation Order, the Debtor circulated it to the Subchapter V Trustee, the United States Trustee, and counsel for (a) Alex Backer and Certain Preferred Shareholders, and (b) Palisades Growth Capital II, L.P. who have no objection to entry of the Confirmation Order.

Accordingly, the Debtor respectfully requests that the Court enter the proposed Confirmation Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: September 16, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
Greg V. Demo (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: joneill@pszjlaw.com
       jpomerantz@pszjlaw.com
       jkroop@pszjlaw.com
       gdemo@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*