# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QLESS, INC.,<br><br>    Reorganized Debtor. | Chapter 11, Subchapter V<br><br>Case No. 24-11395 (BLS) |

## NOTICE OF REJECTION OF CONTRACTS AND LEASES

**PLEASE NOTE:**

QLess, Inc. filed its *Amended Plan* on August 21, 2024 [Doc 122] (the "**Plan**"). The Plan provides that, as of its confirmation, the executory contracts and unexpired leases listed on Plan Exhibit D-2 are rejected under Bankruptcy Code § 365. On September 17, 2024, the Bankruptcy Court confirmed the Plan and it became effective the next day. Accordingly, the following executory contracts and unexpired leases are rejected as of September 17, 2024:

| Counterparty | Contract/Lease Description |
|---|---|
| Definitive Healthcare | Vendor services agreement |
| Providence Partners LLC | Office lease |
| Various entities | Warrant agreements to purchase Debtor's stock |
| Brex | Credit card processing and related services |

Under Plan § 8.2.2, all claims arising from the rejection of an executory contract or unexpired lease ("**Rejection Damages Claims**") must be filed electronically at

<b>https://veritaglobal.net/qless</b>

by October 21, 2024 (the "**Rejection Claims Bar Date**"). Any Rejection Damages Claim not filed by the Rejection Claims Bar Date is forever barred.

September 20, 2024

                     **PACHULSKI STANG ZIEHL & JONES LLP**
                     */s/ James E. O'Neill*
                     James E. O'Neill (DE Bar No. 4042)
                     Jeffrey N. Pomerantz (*pro hac vice*)
                     Jordan A. Kroop (*pro hac vice*)
                     919 North Market Street, 17th Floor
                     P.O. Box 8705
                     Wilmington, Delaware 19899 (Courier 19801)
                     Telephone: (302) 652-4100
                     Email: joneill@pszjlaw.com
                          jpomerantz@pszjlaw.com
                          jkroop@pszjlaw.com
                     *Counsel for Reorganized Debtor*

4888-8986-3398.1 72746.00002