**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QLESS, INC.,<br><br>            Reorganized Debtor. | Chapter 11, Subchapter V<br><br>Case No. 24-11395 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 26, 2025 AT 10:30 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE BRENDAN L. SHANNON**

*AS NO MATTERS ARE GOING FORWARD,*

*THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION*

**RESOLVED MATTER:**

1.  Motion for Final Decree [Filed 2/27/25, Docket No. 230]

    Response Deadline:   March 13, 2025 at 4:00 p.m. (prevailing Eastern Time),

    Responses Received:  None.

    Related Documents:

    (a) Certificate of No Objection Regarding Final Decree Closing Case [Filed 3/14/25, Docket No. 235]

    (b) Order Approving Motion for Final Decree [Filed 3/14/25, Docket No. 236]

    Status: The order approving the motion for final decree has been entered. No hearing is necessary and the hearing has been cancelled with the Court's permission.

4897-7246-4940.1 72746.00003

| | |
|---|---|
| Dated: March 21, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | <u>/s/ *James E. O'Neill*</u> |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
| | Jordan A. Kroop (admitted *pro hac vice*) |
| | Hayley R. Winograd (admitted *pro hac vice*) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email: joneill@pszjlaw.com |
| | jpomerantz@pszjlaw.com |
| | jkroop@pszjlaw.com |
| | hwinograd@pszjlaw.com |
| | |
| | *Counsel to the Reorganized Debtor* |