| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2024 | 11 | Alex Backer | Laurel Roglen & Matthew G. Summers | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 13 | Alex Backer | Laurel Roglen & Matthew G. Summers | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 07/26/2024 | 4 | Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | Office of the Arizona Attorney General - BCE | 2005 N Central Ave Suite 100 | | Phoenix | AZ | 85004 | $4,455.00 | Priority | | | | QLess, Inc. | 24-11395 |
| 11/21/2024 | 28 | Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | Office of the Arizona Attorney General - BCE | 2005 N Central Ave Suite 100 | | Phoenix | AZ | 85004 | $2,800.00 | Priority | A | | 07/26/2024 | QLess, Inc. | 24-11395 |
| 12/18/2024 | 30 | Arizona Department of Revenue | c/o Tax, Bankruptcy and Collection Sct | Office of the Arizona Attorney General - BCE | 2005 N Central Ave Suite 100 | | Phoenix | AZ | 85004 | $1,400.00 | Priority | A | | 11/21/2024 | QLess, Inc. | 24-11395 |
| 08/19/2024 | 18 | Cerocaru Investment Trust | c/o Laurel D. Roglen, Esq & Matthew G. Summers | Ballard Spahr LLP | 919 N Market St 11th Floor | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/01/2024 | 6 | City of Philadelphia | Megan Harper | City of Philadelphia Law Dept | Tax Litigation + Collections Unit | 1401 John F. Kennedy Blvd., 5th Floor | Philadelphia | PA | 19102 | $304.56 | Priority | | | | QLess, Inc. | 24-11395 |
| 08/01/2024 | 6 | City of Philadelphia | Megan Harper | City of Philadelphia Law Dept | Tax Litigation + Collections Unit | 1401 John F. Kennedy Blvd., 5th Floor | Philadelphia | PA | 19102 | $119.50 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 07/19/2024 | 3 | Colorado Department of Revenue | Bankruptcy Unit | 1881 Pierce St Rm 104 | | | Lakewood | CO | 80214 | $9,004.00 | Priority | | | | QLess, Inc. | 24-11395 |
| 07/19/2024 | 3 | Colorado Department of Revenue | Bankruptcy Unit | 1881 Pierce St Rm 104 | | | Lakewood | CO | 80214 | $5,561.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 09/09/2024 | 24 | Colorado Department of Revenue | Bankruptcy Unit | 1881 Pierce St Rm 104 | | | Lakewood | CO | 80214 | $9,461.00 | Priority | A | | 07/19/2024 | QLess, Inc. | 24-11395 |
| 09/09/2024 | 24 | Colorado Department of Revenue | Bankruptcy Unit | 1881 Pierce St Rm 104 | | | Lakewood | CO | 80214 | $5,610.00 | General Unsecured | A | | 07/19/2024 | QLess, Inc. | 24-11395 |
| 07/03/2024 | 1 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | $5,000.00 | Priority | | | | QLess, Inc. | 24-11395 |
| 08/23/2024 | 23 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | $10,000.00 | Priority | A | | 07/03/2024 | QLess, Inc. | 24-11395 |
| 11/27/2024 | 29 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | $5,000.00 | Priority | | | | QLess, Inc. | 24-11395 |
| 01/15/2025 | 32 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | $0.00 | Priority | | | | QLess, Inc. | 24-11395 |
| 07/31/2024 | 5 | EPIC SYSTEMS CORPORATION | | 1979 MILKY WAY | | | Verona | WI | 53593 | $285.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/20/2024 | 22 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | $856.78 | Priority | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 16 | Global Data Risk LLC | | 7439 Old Maple Sq | | | Mclean | VA | 22102 | $4,955.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 12 | Kevin Grauman and Mark Tapling | Andrew H. Sauder | 1201 North Orange Street Suite 7300 | | | Wilmington | DE | 19801 | $54,208.65 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/07/2024 | 8 | Louisiana Department of Revenue | Bankruptcy Section | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | $424.58 | Priority | | | | QLess, Inc. | 24-11395 |
| 08/07/2024 | 8 | Louisiana Department of Revenue | Bankruptcy Section | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | $168.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 03/06/2024 | 33 | Louisiana Department of Revenue | Bankruptcy Section | PO Box 66658 | | | Baton Rouge | LA | 70896-6658 | $0.00 | Priority | A | | 08/07/2024 | QLess, Inc. | 24-11395 |
| 09/25/2024 | 25 | NJ Dept. of Labor, Div. Employer Accounts | | PO Box 379 | | | Trenton | NJ | 08625 | $1,326.84 | Priority | | | | QLess, Inc. | 24-11395 |
| 07/11/2024 | 2 | Oregon Department of Revenue | | 955 Center St NE | | | Salem | OR | 97301-2555 | $0.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 10/14/2024 | 27 | Oregon Department of Revenue | | 955 Center St NE | | | Salem | OR | 97301-2555 | $0.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 14 | Providence Partners, LLC | Scott Pudalov | 520 Zang Street, Suite 222 | | | Broomfield | CO | 80021 | $8,624.45 | Secured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 14 | Providence Partners, LLC | Scott Pudalov | 520 Zang Street, Suite 222 | | | Broomfield | CO | 80021 | $101,959.40 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 19 | Ricardo Backer | c/o Laurel D. Roglen, Esq. & Matthew G. Summers | Ballard Spahr LLP | 919 N Market St 11th Floor | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/16/2024 | 10 | Scopia Holdings LLC | Aaron Morse | 152 West 57th Street, 33rd Floor | | | New York | NY | 10019 | $30,352.64 | General Unsecured | | | | QLess, Inc. | 24-11395 |

Claims Register by Name

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2024 | 31 | State of New Jersey Division of Taxation Bankruptcy Section | | PO Box 245 | | | Trenton | NJ | 08695-0245 | $3,000.00 | General Unsecured | A | | 10/04/2024 | QLess, Inc. | 24-11395 |
| 10/04/2024 | 26 | State of NJ Division of Taxation Bankruptcy Section | Leslie Sawyer | P.O. Box 245 | | | Trenton | NJ | 08695-0245 | $4,005.52 | Priority | | | | QLess, Inc. | 24-11395 |
| 10/04/2024 | 26 | State of NJ Division of Taxation Bankruptcy Section | Leslie Sawyer | P.O. Box 245 | | | Trenton | NJ | 08695-0245 | $8,000.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/05/2024 | 7 | STUBBS ALDERTON & MARKILES, LLP | | 15260 VENTURA BLVD., 20TH FL | | | SHERMAN OAKS | CA | 91403 | $46,900.00 | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 15 | Texas Comptroller of Public Accounts | Office of Attorney General Bankruptcy & Collections Division | PO Box 12548 MC-008 | | | Austin | TX | 78711 | W/D | Priority | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 21 | Thomas M. Mitchell Living Trust | Laurel D. Roglen, Esq. & Matthew G. Summers | Ballard Spahr LLP | 919 N. Market St., 11th floor | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/19/2024 | 20 | Tom Mitchell | c/o Laurel D. Roglen, Esq. & Matthew G. Summers | Ballard Spahr LLP | 919 N. Market St., 11th Floor | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |
| 08/15/2024 | 9 | Wolflick, Khachaturian Bouayad, APC | Gregory Donald Wolflick | 130 N Brand Blvd Suite 410 | | | Glendale | CA | 91203 | $139,260.07 | General Unsecured | A | | 06/19/2024 | QLess, Inc. | 24-11395 |
| 08/19/2024 | 17 | Xianzhong Chen | Attn Laurel D. Roglen, Esquire & Matthew G. Summers | Ballard Spahr LLP | 919 N. Market St 11th Floor | | | Wilmington | DE | 19801 | W/D | General Unsecured | | | | QLess, Inc. | 24-11395 |